Nicole M. Strickler (IL 6298459)
166 W. Washington St., Suite 300
Chicago, IL 60602
(312) 334-3442 Telephone
(312) 334-3434 Facsimile
strickler@messerstilp.com

Attorneys for Defendants
CACH, LLC and
MANDARICH LAW GROUP, LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. HADSELL,<br><br>            Plaintiff,<br><br>     vs.<br><br>CACH, LLC and MANDARICH LAW GROUP, LLP,<br><br>            Defendants. | CASE NO. 3:12-CV-0235-L -RBB<br><br>**MOTION FOR SUMMARY JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56** |

PLEASE TAKE NOTICE that on April 29, 2013 at 10:30 a.m., or as soon thereafter as this matter may be heard before the Honorable Judge Lorenz, of the above-entitled Court, located at U.S. District Court, Southern District of California, 940 Front Street, San Diego, CA 92101-8900, Defendant MANDARICH LAW GROUP, LLP and CACH, LLC ("Mandarich", "CACH" or "Defendants") will move for summary judgment pursuant to Federal Rule of Civil Procedure 56.

The grounds for this Motion are that Plaintiff has not put forth sufficient evidence to satisfy the elements of the claims asserted and no genuine issue as to any material fact exists, such that Defendants are entitled to judgment as a matter of law.

This Motion is based on this Notice, the attached Memorandum of Points and Authorities and Statement of Material Facts filed and served concurrently herewith, all papers and pleadings on file, and on such further oral and documentary evidence that may be offered at the Motion hearing.

DATED: March 12, 2013               MANDARICH LAW GROUP, LLP
                                    CACH, LLC


                                    By    /s/*Nicole M. Strickler*
                                          Attorneys for Defendants
                                          MANDARICH LAW GROUP LLP
                                          CACH, LLC