Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
**HYDE & SWIGART**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Attorneys for Richard Hadsell

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| Richard Hadsell, | Case No: 12-CV 0235 L RBB |
|---|---|
| Plaintiff, | **DECLARATION OF RICHARD HADSELL IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| v. | |
| CACH and Mandarich Law Group, LLP, | |
| Defendants. | Date: April 29, 2013<br>Time: 10:30 AM<br>Courtroom 5B<br>Judge: Hon. M. James Lorenz |

1.  I, Richard Hadsell, hereby declare under penalty of perjury, and pursuant to the laws of the State of California and the United States, that the foregoing is true and correct.

2.  If called as a witness, I would competently testify to the matters herein from my own personal knowledge.

3.  I am the plaintiff in this matter.

4. On or about December 30, 2011, Defendants sued me in state court for a debt they claimed I owed to Defendant, CACH, allegedly rising from a credit card allegedly transferred from FIA and/or Bank of America.

5. Subsequently, I was directly served with a summons and complaint in the State court matter.

6. In the State action against me, Defendants falsely alleged that I owed a debt which accrued interest at the rate of 10%, an interest rate, which was in excess of the agreement I entered into with FIA and/or Bank of America.

7. As evidenced by the documents produced by CACH through FIA and/or Bank of America, the interest rate which was contracted for was 8.9% for purchases.

8. Attached hereto as Exhibit A to my declaration is what appears to be a true copy of a statement sent to me by FIA and/or Bank of America on or about January 2010. On page 3 of Exhibit A, it is clear that the contract rate for purchases (which on this statement from FIA and/or Bank of America appears to be $4,972.89) is 8.9%.

9. Attached hereto as Exhibit B to my declaration is what appears to be a true copy of a statement sent to me by FIA and/or Bank of America on or about January 2011. On page 3 of Exhibit B, it is clear that the contract rate for purchases (which on this statement from FIA and/or Bank of America appears to be $5,552.15) is 8.9%. I did not believe I received any additional statements from FIA and/or Bank of America concerning this account after the January 2011 date.

10. I never agreed to modify this rate, to a rate of 10%, and have disputed this increased, incorrect, interest rate throughout the entire State court proceedings and this proceeding as well. Additionally, I never received any notices or communications from FIA and/or Bank of America that they were modifying the agreed upon rate of 8.9% to an increased rate of 10%.

1  11.   I declare nothing further.

2

3  Date: 3-11-13                By: _____
4                                    Richard Hadsell