Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
(619) 233-7770
(619) 297-1022

Attorneys for Richard Hadsell

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| Richard Hadsell,<br><br>         Plaintiff,<br><br>v.<br><br>CACH and Mandarich Law Group, LLP,<br><br>         Defendants. | Case No: 12-CV 0235 L RBB<br><br>**DECLARATION OF JOSHUA B. SWIGART IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANTS CACH AND MANDARICH LAW GROUP LLP**<br><br>**Date: April 29, 2013**<br>**Time: 10:30 AM**<br>**Courtroom 5B**<br>**Judge: Hon. M. James Lorenz** |
|---|---|

1. I, Joshua B. Swigart, hereby declare under penalty of perjury, and pursuant to the laws of the State of California, that the foregoing is true and correct.

2. If called as a witness, I would competently testify to the matters herein from my own personal knowledge.

3. I am one of the attorneys of record in this case and represent Plaintiff.

4. Attached hereto as Exhibit A is a true and correct copy of selected portions of the deposition of Magic West.

5. Attached hereto as Exhibit B is a true and correct copy of selected portions of the deposition of Ryan Vos

6. Attached hereto as Exhibit C is a true and correct copy of selected portions of the deposition of Magic West in the case CACH v. Ingya Case No.: 37-2011-00070906-CL-CL-EC

7. I declare nothing further.


Date: March 7, 2013                    By:/s/ Joshua B. Swigart
                                       Joshua B. Swigart