Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Attorneys for Richard Hadsell

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Hadsell,<br><br>       Plaintiff,<br><br>v.<br><br>CACH and Manderich Law Group, LLP,<br><br>       Defendants. | Case No: 12-CV 0235 L RBB<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANTS**<br><br>**Date: April 29, 2013<br>Time: 10:30 AM<br>Courtroom 5B<br>Judge: Hon. M. James Lorenz** |

1. Plaintiff, Richard Hadsell, requests that the Court take judicial notice of the following document, pursuant To Federal Rule of Evidence section 201:

1. Exhibit A, a copy of the Complaint filed on December 30, 2011 by Defendant CACH, LLC in the Superior Court of California, County of San Diego, in the matter entitled *CACH, LLC v. Richard A. Hadsell*, Case No.: 37-2011-00071687-CL-CL-EC.

**Hyde & Swigart**

Date: March 7, 2013                     By: /s Joshua B. Swigart
                                        Joshua B. Swigart
                                        Attorneys for Plaintiff