FILED

MAR 1 5 2013

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# EXHIBIT
# E

NUNC PRO TUNC

MAR 1 4 2013



RICHARD A HADSELL
Account Number: ▮▮▮▮▮1158
January 6 - February 3, 2011

**Account Information:**
www.bankofamerica.com

Mail billing inquiries to:
Bank of America
P.O. Box 15026
Wilmington, DE 19850-5026

Mail payments to:
Bank of America
P.O. Box 301200
Los Angeles, CA 90030-1200

Customer Service:
1.800.421.2110

(1.800.346.3178 TTY)

### Payment Information

| | |
|---|---|
| New Balance Total | $0.00 |
| Current Payment Due | $0.00 |
| Total Minimum Payment Due | $0.00 |
| Payment Due Date | 3/2/11 |

Late Payment Warning: If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to $35.00.

### Account Summary

| | |
|---|---|
| Previous Balance | $5,606.24 |
| Payments and Other Credits | –5,606.24 |
| Purchases and Adjustments | 0.00 |
| Fees Charged | 0.00 |
| Interest Charged | 0.00 |
| New Balance Total | $0.00 |
| Credit Line | $0.00 |
| Statement Closing Date | 2/3/11 |
| Days in Billing Cycle | 30 |

### Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Payments and Other Credits** | | | | |
| | 01/31 | CHARGE-OFF ADJUSTMENT | | | –5,606.24 | |
| | | | | | | –$5,606.24 |
| | | **Interest Charged** | | | | |
| 02/03 | 02/03 | Interest Charged on Balance Transfers | | | 0.00 | |
| 02/03 | 02/03 | Interest Charged on Cash Advances | | | 0.00 | |
| 02/03 | 02/03 | Interest Charged on Purchases | | | 0.00 | |
| | | **TOTAL INTEREST FOR THIS PERIOD** | | | | $0.00 |

### 2011 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2011 | $35.00 |
| Total interest charged in 2011 | $43.32 |

04   0000000000000000000000900000▮▮▮▮▮1158

BANK OF AMERICA
P.O. BOX 301200
LOS ANGELES, CA 90030-1200

Account Number: ▮▮▮▮▮1158

| | |
|---|---|
| New Balance Total | $0.00 |
| Total Minimum Payment Due | 0.00 |
| Payment Due Date | 03/02/11 |

RICHARD A HADSELL
1515 E CHASE AVE
EL CAJON CA 92020-8267

Enter payment amount   $

☐ Check here for a change of mailing address or phone numbers.
Please provide all corrections on the reverse side.
Mail this coupon along with your check payable to: Bank of America

⑆5240 22250⑆   ▮▮▮▮▮1158⑈



FIA078

**IMPORTANT INFORMATION ABOUT THIS ACCOUNT**                                                    USE611 Rev. 08/10

**CUSTOMER TIPS FOR DISPUTED ITEMS**

Many times disputed charges are legitimate charges that customers may not recognize or remember. Before disputing a charge, we recommend that you verify a few things and make every effort to resolve the dispute with the merchant. Often the merchant can answer your questions and easily resolve your dispute. The merchant's phone number may be located on your receipt or billing statement.

- **Has a credit posted to your account?**
  Please allow up to 30 days from the date on your credit voucher or acknowledgement letter for the merchant credit to post.
- **Is the charge or amount unfamiliar?**
  Check with other persons authorized to use the account to make sure they did not make the charge. It is possible that the merchants' billing names and store names are different or amounts can easily be confused with similar charges or include tips.

One way to check for the credits or to view transaction details is to look at your account statements online. If you are not enrolled in Online Banking, it is easy to enroll using the web address on the front of your statement or give us a call.

Please remember: Once you receive your statement with a transaction you wish to dispute, you only have 60 days to dispute the charge.

 **ONLINE**
Online Banking is available 24 hours a day, 7 days a week and allows you to view the most recent activity on your account.

 **PHONE**
1.866.266.0212
For prompt service, please have the merchant reference number(s) available for the charge(s) in question.

 **MAIL**
Attn: Billing Inquiries PO Box 15026, Wilmington, DE 19850-5026
When writing, please include Your Name, Account Number, the reference number of the disputed item and specific details regarding your dispute, including dates of contact with the merchant and the merchant's response in each instance. Please include all supporting documentation, including sales and credit vouchers, contract and postage return receipts as proof of any returns.

---

**GRACE PERIOD/PAYING INTEREST**

"Grace Period" means the period of time during a billing cycle when you will not accrue interest on certain transactions or balances. There is no Grace Period for Balance Transfers or Cash Advances; we begin charging interest on Balance Transfers and Cash Advances on the transaction date. We will not charge interest on Purchases on the next statement if you pay the New Balance Total in full by the Payment Due Date, and you had paid in full by the previous Payment Due Date.

**CALCULATION OF BALANCES SUBJECT TO INTEREST RATE**

**Average Balance Method (including new Balance Transfers and new Cash Advances):**

We calculate separate Balances Subject to an Interest Rate for Balance Transfers, Cash Advances, and for each Promotional Offer balance consisting of Balance Transfers or Cash Advances. We do this by: (1) calculating a daily balance for each day in this statement's billing cycle; (2) calculating a daily balance for each day prior to this statement's billing cycle that had a "Pre-Cycle balance" - a Pre-Cycle balance is a Balance Transfer or Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance; add new Balance Transfers, new Cash Advances and Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle balance, we take the beginning balance attributable solely to Pre-Cycle balance (which will be zero on the transaction date of the first Pre-Cycle balance), add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, and add only the applicable Pre-Cycle balances, and their related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

**Average Daily Balance Method (including new Purchases):**

We calculate separate Balances Subject to an Interest Rate for Purchases and for each Promotional Offer balance consisting of Purchases. We do this by: (1) calculating a daily balance for each day in the billing cycle; (2) adding all the daily balances together; and (3) dividing the sum of the daily balances by the number of days in the billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Purchases, new Account Fees, and new Transaction Fees, and subtract applicable payments and credits. If any daily balance is

less than zero we treat it as zero.

We include the fees for credit card debt cancellation or credit insurance purchased through us in calculating the beginning balance for the first day of the billing cycle after the billing cycle in which such fees are billed.

**TOTAL INTEREST CHARGE COMPUTATION**

Interest Charges accrue and are compounded on a daily basis. To determine the Interest Charge we multiply each Balance Subject to Interest Rate by its applicable Daily Periodic Rate and that result by the number of days in the billing cycle. To determine the total Interest Charge for the billing cycle, we add the Periodic Rate Interest Charges together. A Daily Periodic Rate is calculated by dividing an Annual Percentage Rate by 365.

**HOW WE ALLOCATE YOUR PAYMENTS**

If your account has balances with different APRs, we will allocate the amount of your payment equal to the Total Minimum Payment Due to the lowest APR balances first (including transactions made after this statement). Payment amounts in excess of your Total Minimum Payment Due will be applied to balances with higher APRs before balances with lower APRs.

**IMPORTANT INFORMATION ABOUT PAYMENTS BY PHONE**

When using the optional Pay-by-Phone service, you authorize us to initiate an electronic payment from your account at the financial institution you designate. You must authorize the amount and timing of each payment. For your protection, we will ask for security information. A fee may apply for expedited service. To cancel, call us before the scheduled payment date. Same-day payments cannot be edited or canceled.

**MISCELLANEOUS**

For the complete terms and conditions of your account, consult your Credit Card Agreement. FIA Card Services is a trademark of FIA Card Services, N.A. This account is issued and administered by FIA Card Services, N.A.

---

**PAYMENTS**

We credit mailed payments as of the date received, if the payment is: (1) received by 5 p.m. local time at the address shown on the remittance slip on the front of your monthly statement; (2) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order; and (3) sent in the return envelope with only the remittance portion of your statement accompanying it. Payments received by mail after 5 p.m. local time at the remittance address on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. Payments made online or by phone will be credited as of the date of receipt if made by 5 p.m. Central time. Credit for any other payments may be delayed up to five days.

No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process most payment checks electronically by using the information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you. For more information or to stop the electronic funds transfers, call us at the number listed on the front.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop payment, your letter must reach us at least three business days before the automatic payment is scheduled to occur.

If your billing address or contact information has changed, or if your address is incorrect as it appears on this bill, please provide all corrections here.



Address 1 _____

Address 2 _____

City _____

State _____ Zip _____

Area Code & Home Phone _____

Area Code & Work Phone _____

 **WorldPoints**

1168
January 6 - February 3, 2011
Page 3 of 4

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|
| Balance Transfers | 0.00% | | | | $0.00 |
| Cash Advances | 0.00% | | | | $0.00 |
| Purchases | 0.00% | | | | $0.00 |

APR Type Definitions: APR Type: Temporary APR (APR for special circumstances)

FIA080

 **WorldPoints**

RICHARD A HADSELL
Account Number: ▓▓▓▓▓▓1158
December 4 - January 4, 2011

**Account Information:**
www.bankofamerica.com

**Mail billing inquiries to:**
Bank of America
P.O. Box 15026
Wilmington, DE 19850-5026

**Mail payments to:**
Bank of America
P.O. Box 301200
Los Angeles, CA 90030-1200

**Customer Service:**
1.800.421.2110

(1.800.346.3178 TTY)

## Payment Information

New Balance Total ................................................$5,606.24
Current Payment Due ..............................................$133.00
Past Due Amount ...................................................$842.00
_____
Total Minimum Payment Due ......................................$975.00
Payment Due Date ..................................................2/2/11

**Late Payment Warning:** If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to $35.00.

**Total Minimum Payment Warning:** If you make only the Total Minimum Payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will pay off the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the Total Minimum Payment | 21 years | $8,819.10 |

If you would like information about credit counseling services, call 1-866-300-5238.

## Account Summary

Previous Balance ..........................$5,527.92
Payments and Other Credits...................0.00
Purchases and Adjustments...................0.00
Fees Charged ...................................35.00
Interest Charged...............................43.32

New Balance Total....................$5,606.24

Credit Line...............................$5,000.00
Statement Closing Date ..................1/4/11
Days in Billing Cycle .........................32

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Fees** | | | | |
| 01/02 | 01/03 | LATE FEE FOR PAYMENT DUE 01/02 | 5527 | | 35.00 | |
| | | TOTAL FEES FOR THIS PERIOD | | | | $35.00 |
| | | **Interest Charged** | | | | |
| 01/04 | 01/04 | Interest Charged on Balance Transfers | | | 0.00 | |
| 01/04 | 01/04 | Interest Charged on Cash Advances | | | 0.00 | |
| | | continued on next page... | | | | |

04     0056062400097500000009000000▓▓▓▓▓▓1158

BANK OF AMERICA
P.O. BOX 301200
LOS ANGELES, CA 90030-1200

Account Number: 1158

New Balance Total....................................................$5,606.24
Total Minimum Payment Due .....................................976.00
Payment Due Date ...............................................02/02/11

RICHARD A HADSELL
1515 E CHASE AVE
EL CAJON CA 92020-8267

Enter payment amount   $

☐ *Check here for a change of mailing address or phone numbers. Please provide all corrections on the reverse side.*
Mail this coupon along with your check payable to: Bank of America

⑈524022250⑈ ▓▓▓▓▓▓ 1158⑈

FIA081

**IMPORTANT INFORMATION ABOUT THIS ACCOUNT**

USE611 Rev. 08/10

**CUSTOMER TIPS FOR DISPUTED ITEMS**

Many times disputed charges are legitimate charges that customers may not recognize or remember. Before disputing a charge, we recommend that you verify a few things and make every effort to resolve the dispute with the merchant. Often the merchant can answer your questions and easily resolve your dispute. The merchant's phone number may be located on your receipt or billing statement.

- **Has a credit posted to your account?**
  Please allow up to 30 days from the date on your credit voucher or acknowledgement letter for the merchant credit to post.

- **Is the charge or amount unfamiliar?**
  Check with other persons authorized to use the account to make sure they did not make the charge. It is possible that the merchants' billing names and store names are different or amounts can easily be confused with similar charges or include tips.

One way to check for the credits or to view transaction details is to look at your account statements online. If you are not enrolled in Online Banking, it is easy to enroll using the web address on the front of your statement or give us a call.

Please remember: Once you receive your statement with a transaction you wish to dispute, you only have 60 days to dispute the charge.


**ONLINE**
Online Banking is available 24 hours a day, 7 days a week and allows you to view the most recent activity on your account.


**PHONE**
1.866.266.0212
For prompt service, please have the merchant reference number(s) available for the charge(s) in question.


**MAIL**
Attn: Billing Inquiries PO Box 15026, Wilmington, DE 19850-5026
When writing, please include Your Name, Account Number, the reference number of the disputed item and specific details regarding your dispute, including dates of contact with the merchant and the merchant's response in each instance. Please include all supporting documentation, including sales and credit vouchers, contract and postage return receipts as proof of any returns.

**GRACE PERIOD/PAYING INTEREST**

"Grace Period" means the period of time during a billing cycle when you will not accrue interest on certain transactions or balances. There is no Grace Period for Balance Transfers or Cash Advances; we begin charging interest on Balance Transfers and Cash Advances on the transaction date. We will not charge interest on Purchases on the next statement if you pay the New Balance Total in full by the Payment Due Date, and you had paid in full by the previous Payment Due Date.

**CALCULATION OF BALANCES SUBJECT TO INTEREST RATE**

Average Balance Method (including new Balance Transfers and new Cash Advances):

We calculate separate Balances Subject to an Interest Rate for Balance Transfers, Cash Advances, and for each Promotional Offer balance consisting of Balance Transfers or Cash Advances. We do this by: (1) calculating a daily balance for each day in this statement's billing cycle; (2) calculating a daily balance for each day prior to this statement's billing cycle that had a "Pre-Cycle balance" - a Pre-Cycle balance is a Balance Transfer or a Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Balance Transfers, new Cash Advances and Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle balance, we take the beginning balance attributable solely to Pre-Cycle balance (which will be zero on the transaction date of the first Pre-Cycle balance), add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, and add only the applicable Pre-Cycle balances, and their related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

Average Daily Balance Method (including new Purchases):

We calculate separate Balances Subject to an Interest Rate for Purchases and for each Promotional Offer balance consisting of Purchases. We do this by: (1) calculating a daily balance for each day in the billing cycle; (2) adding all the daily balances together; and (3) dividing the sum of the daily balances by the number of days in the billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Purchases, new Account Fees, and new Transaction Fees, and subtract applicable payments and credits. If any daily balance is

less than zero we treat it as zero.

We include the fees for credit card debt cancellation or credit insurance purchased through us in calculating the beginning balance for the first day of the billing cycle after the billing cycle in which such fees are billed.

**TOTAL INTEREST CHARGE COMPUTATION**

Interest Charges accrue and are compounded on a daily basis. To determine the Interest Charges we multiply each Balance Subject to Interest Rate by its applicable Daily Periodic Rate and that result by the number of days in the billing cycle. To determine the total Interest Charge for the billing cycle, we total the Periodic Rate Interest Charges together. A Daily Periodic Rate for the billing cycle, we total the Periodic Rate Interest Charges together. A Daily Periodic Rate is determined by dividing an Annual Percentage Rate by 365.

**HOW WE ALLOCATE YOUR PAYMENTS**

If your account has balances with different APRs, we will allocate the amount of your payment equal to the Total Minimum Payment Due to the lowest APR balances first (including transactions made after this statement). Payment amounts in excess of your Total Minimum Payment Due will be applied to balances with higher APRs before balances with lower APRs.

**IMPORTANT INFORMATION ABOUT PAYMENTS BY PHONE**

When using the optional Pay-by-Phone service, you authorize us to initiate an electronic payment from your account at the financial institution you designate. You must authorize the amount and timing of each payment. For your protection, we will ask for security information. A fee may apply for expedited service. To cancel, call us before the scheduled payment date. Same-day payments cannot be edited or canceled.

**MISCELLANEOUS**

For the complete terms and conditions of your account, consult your Credit Card Agreement. FIA Card Services is a tradename of FIA Card Services, N.A. This account is issued and administered by FIA Card Services, N.A.

**PAYMENTS**

We credit mailed payments as of the date received, if the payment is: (1) received by 5 p.m. local time at the address shown on the front of your monthly statement; (2) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order; and (3) sent in the return envelope with only the remittance portion of your statement accompanying it. Payments received by mail after 5 p.m. local time at the remittance address on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. Payments made online or by phone will be credited as of the date of receipt if made by 5 p.m. Central time. Credit for any other payments may be delayed up to five days.

No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process most payment checks electronically by using the information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you. For more information or to stop the electronic funds transfers, call us at the number listed on the front.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop payment, your letter must reach us at least three business days before the automatic payment is scheduled to occur.

If your billing address or contact information has changed, or if your address is incorrect as it appears on this bill, please provide all corrections here.

Address 1

Address 2

City

State                                      Zip

Area Code &
Home Phone

Area Code &
Work Phone

FIA082

**WorldPoints** 

2158
December 4 - January 4, 2011
Page 3 of 4

## Transactions continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| 01/04 | 01/04 | Interest Charged<br>Interest Charged on Purchases<br>TOTAL INTEREST FOR THIS PERIOD | | | 43.32 | $43.32 |

### 2011 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2011 | $35.00 |
| Total interest charged in 2011 | $43.32 |

## Important Messages

Your balance exceeds the credit limit.

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|
| Balance Transfers | 8.90%V | | | $ 0.00 | $ 0.00 |
| Cash Advances | 24.99%V | | | $ 0.00 | $ 0.00 |
| Purchases | 8.90%V | | | $5,552.15 | $43.32 |

APR Type Definitions: Daily Interest Rate Type: V= Variable Rate (rate may vary)

FIA083



RICHARD A HADSELL
Account Number: ████████168
November 4 – December 3, 2010

**Account Information:**
www.bankofamerica.com

Mail billing inquiries to:
Bank of America
P.O. Box 15026
Wilmington, DE 19850-5026

Mail payments to:
Bank of America
P.O. Box 301200
Los Angeles, CA 90030-1200

Customer Service:
1.800.421.2110

(1.800.346.3178 TTY)

## Payment Information

New Balance Total .......................................$5,527.92
Current Payment Due ...................................$129.00
Past Due Amount ..........................................$713.00

Total Minimum Payment Due ........................$842.00
Payment Due Date ........................................1/2/11

**Late Payment Warning:** If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to $35.00.

**Total Minimum Payment Warning:** If you make only the Total Minimum Payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the Total Minimum Payment | 21 years | $8,781.28 |

If you would like information about credit counseling services, call 1-866-300-5238.

## Account Summary

Previous Balance ........................$5,452.87
Payments and Other Credits.................0.00
Purchases and Adjustments.................0.00
Fees Charged .....................................35.00
Interest Charged .................................40.05

New Balance Total .......................$5,527.92

Credit Line.......................................$5,000.00
Statement Closing Date ..................12/3/10
Days in Billing Cycle ..............................30

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Fees** | | | | |
| 12/02 | 12/02 | LATE FEE FOR PAYMENT DUE 12/02 | 5462 | | 35.00 | |
| | | TOTAL FEES FOR THIS PERIOD | | | | $35.00 |
| | | **Interest Charged** | | | | |
| 12/03 | 12/03 | Interest Charged on Balance Transfers | | | 0.00 | |
| 12/03 | 12/03 | Interest Charged on Cash Advances | | | 0.00 | |
| | | continued on next page. | | | | |

04      0055279200084200000090000000████████1158

BANK OF AMERICA
P.O. BOX 301200
LOS ANGELES, CA 90030-1200

Account Number: ████████1158

New Balance Total ......................................$5,527.92
Total Minimum Payment Due ........................842.00
    Payment Due Date .................................01/02/11

RICHARD A HADSELL
1515 E CHASE AVE
EL CAJON CA 92020-8267

Enter payment amount  $

☐ *Check here for a change of mailing address or phone numbers.*
*Please provide all corrections on the reverse side.*
Mail this coupon along with your check payable to: Bank of America

⑆5240 22250⑆ ████████ 1158⑆

FIA084

**IMPORTANT INFORMATION ABOUT THIS ACCOUNT**
USE611 Rev. 08/10

**CUSTOMER TIPS FOR DISPUTED ITEMS**

Many times disputed charges are legitimate charges that customers may not recognize or remember. Before disputing a charge, we recommend that you verify a few things and make every effort to resolve the dispute with the merchant. Often the merchant can answer your questions and easily resolve your dispute. The merchant's phone number may be located on your receipt or billing statement.

- **Has a credit posted to your account?**
  Please allow up to 30 days from the date on your credit voucher or acknowledgement letter for the merchant credit to post.

- **Is the charge or amount unfamiliar?**
  Check with other persons authorized to use the account to make sure they did not make the charge. It is possible that the merchants' billing names and store names are different or amounts can easily be confused with similar charges or include tips.

One way to check for the credits or to view transaction details is to look at your account statements online. If you are not enrolled in Online Banking, it is easy to enroll using the web address on the front of your statement or give us a call.

Please remember: Once you receive your statement with a transaction you wish to dispute, you only have 60 days to dispute the charge.



**ONLINE**
Online Banking is available 24 hours a day, 7 days a week and allows you to view the most recent activity on your account.



**PHONE**
1.866.266.0212
For prompt service, please have the merchant reference number(s) available for the charge(s) in question.



**MAIL**
Attn: Billing Inquiries PO Box 15026, Wilmington, DE 19850-5026
When writing, please include Your Name, Account Number, the reference number of the disputed item and specific details regarding your dispute, including dates of contact with the merchant and the merchant's response in each instance. Please include all supporting documentation, including sales and credit vouchers, contract and postage return receipts as proof of any returns.

**GRACE PERIOD/PAYING INTEREST**

"Grace Period" means the period of time during a billing cycle when you will not accrue interest on certain transactions or balances. There is no Grace Period for Balance Transfers or Cash Advances; we begin charging interest on Balance Transfers and Cash Advances on the transaction date. We will not charge interest on Purchases on the next statement if you pay the New Balance Total in full by the Payment Due Date, and you had paid in full by the previous Payment Due Date.

**CALCULATION OF BALANCES SUBJECT TO INTEREST RATE**

Average Balance Method (including new Balance Transfers and new Cash Advances):

We calculate separate Balances Subject to an Interest Rate for Balance Transfers, Cash Advances, and for each Promotional Offer balance consisting of Balance Transfers or Cash Advances. We do this by: (1) calculating a daily balance for each day in this statement's billing cycle; (2) calculating a daily balance for each day prior to this statement's billing cycle that had a "Pre-Cycle balance" – a "Pre-Cycle balance is a Balance Transfer or a Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Balance Transfers, new Cash Advances and Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle balance, we take the beginning balance attributable solely to the Pre-Cycle balance (which will be zero on the transaction date of the first Pre-Cycle balance), add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, and add only the applicable Pre-Cycle balances, and their related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

Average Daily Balance Method (including new Purchases):

We calculate separate Balances Subject to an Interest Rate for Purchases and for each Promotional Offer balance consisting of Purchases. We do this by: (1) calculating a daily balance for each day in the billing cycle; (2) adding all the daily balances together; and (3) dividing the sum of the daily balances by the number of days in the billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Purchases, new Account Fees, and new Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

**PAYMENTS**

We credit mailed payments as of the date received, if the payment is: (1) received by 5 p.m. local time at the address shown on the remittance slip on the front of your monthly statement; (2) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order; and (3) sent in the return envelope with only the remittance portion of your statement accompanying it. Payments received by mail after 5 p.m. local time at the remittance address on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. Payments made online or by phone will be credited as of the date of receipt if made by 5 p.m. Central time. Credit for any other payments may be delayed up to five days.

No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process most payment checks electronically by using the information found on your check. Each check authorizes us to create a one-time electronic payment (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you. For more information or to stop the electronic funds transfer, call us at the number listed on the front.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop payment, your letter must reach us at least three business days before the automatic payment is scheduled to occur.

less than zero we treat it as zero.

We include the fees for credit card debt cancellation or credit insurance purchased through us in calculating the beginning balance for the first day of the billing cycle after the billing cycle in which such fees are billed.

**TOTAL INTEREST CHARGE COMPUTATION**

Interest Charges accrue and are compounded on a daily basis. To determine the Interest Charges we multiply each Balance Subject to Interest Rate by its applicable Daily Periodic Rate and the result by the number of days in the billing cycle. To determine the total Interest Charge for the billing cycle, we add the Periodic Rate Interest Charges together. A Daily Periodic Rate is calculated by dividing an Annual Percentage Rate by 365.

**HOW WE ALLOCATE YOUR PAYMENTS**

If your account has balances with different APRs, we will allocate the amount of your payment equal to the Total Minimum Payment Due to the lowest APR balances first (including transactions made after this statement). Payment amounts in excess of your Total Minimum Payment Due will be applied to balances with higher APRs before balances with lower APRs.

**IMPORTANT INFORMATION ABOUT PAYMENTS BY PHONE**

When using the optional Pay-by-Phone service, you authorize us to initiate an electronic payment from your account at the financial institution you designate. You must authorize the amount and timing of each payment. For your protection, we will ask for security information. A fee may apply for expedited service. To cancel, call us before the scheduled payment date. Same-day payments cannot be edited or canceled.

**MISCELLANEOUS**

For the complete terms and conditions of your account, consult your Credit Card Agreement. FIA Card Services is a trademark of FIA Card Services, N.A. This account is issued and administered by FIA Card Services, N.A.

If your billing address or contact information has changed, or if your address is incorrect as it appears on this bill, please provide all corrections here.

Address 1 _____

Address 2 _____

City _____

State _____ Zip _____

Area Code &
Home Phone _____

Area Code &
Work Phone _____

FIA085



████████ 1158
November 4 - December 3, 2010
Page 3 of 4

## Transactions continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| 12/03 | 12/03 | Interest Charged<br>Interest Charged on Purchases<br>TOTAL INTEREST FOR THIS PERIOD | | | 40.05 | $40.05 |

| 2010 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2010 | $208.00 |
| Total interest charged in 2010 | $457.15 |

## Important Messages

Your balance exceeds the credit limit.

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|
| Balance Transfers | 8.90%V | | | $ 0.00 | $ 0.00 |
| Cash Advances | 24.99%V | | | $ 0.00 | $ 0.00 |
| Purchases | 8.90%V | | | $5,474.53 | $40.05 |

APR Type Definitions: Daily Interest Rate Type: V= Variable Rate (rate may vary)

FIA086



RICHARD A HADSELL
Account Number: ████ 1158
October 5 - November 3, 2010

## Payment Information

| | |
|---|---|
| New Balance Total | $5,452.87 |
| Current Payment Due | $128.00 |
| Past Due Amount | $585.00 |
| Total Minimum Payment Due | $713.00 |
| Payment Due Date | 12/2/10 |

**Late Payment Warning:** If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to $35.00.

**Total Minimum Payment Warning:** If you make only the Total Minimum Payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the Total Minimum Payment | 21 years | $8,742.51 |

If you would like information about credit counseling services, call 1-866-300-5238.

### Account Information:
www.bankofamerica.com

**Mail billing inquiries to:**
Bank of America
P.O. Box 15026
Wilmington, DE 19850-5026

**Mail payments to:**
Bank of America
P.O. Box 301200
Los Angeles, CA 90030-1200

**Customer Service:**
1.800.421.2110

(1.800.346.3178 TTY)

## Account Summary

| | |
|---|---|
| Previous Balance | $5,378.37 |
| Payments and Other Credits | 0.00 |
| Purchases and Adjustments | 0.00 |
| Fees Charged | 35.00 |
| Interest Charged | 39.50 |
| New Balance Total | $5,452.87 |
| Credit Line | $5,000.00 |
| Statement Closing Date | 11/3/10 |
| Days in Billing Cycle | 30 |

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Fees** | | | | |
| 11/02 | 11/02 | LATE FEE FOR PAYMENT DUE 11/02 | 6378 | | 35.00 | |
| | | TOTAL FEES FOR THIS PERIOD | | | | $35.00 |
| | | **Interest Charged** | | | | |
| 11/03 | 11/03 | Interest Charged on Balance Transfers | | | 0.00 | |
| 11/03 | 11/03 | Interest Charged on Cash Advances | | | 0.00 | |
| | | continued on next page... | | | | |

04     00545287000713000000900000█████1158

BANK OF AMERICA
P.O. BOX 301200
LOS ANGELES, CA 90030-1200

Account Number: ████ 1158

| | |
|---|---|
| New Balance Total | $5,452.87 |
| Total Minimum Payment Due | 713.00 |
| Payment Due Date | 12/02/10 |

Enter payment amount   $

RICHARD A HADSELL
1515 E CHASE AVE
EL CAJON CA 92020-8267

☐ Check here for a change of mailing address or phone numbers. Please provide all corrections on the reverse side.
Mail this coupon along with your check payable to: Bank of America

⑆5240 22250⑆    1158⑈

FIA087

**IMPORTANT INFORMATION ABOUT THIS ACCOUNT**                                    USE611 Rev. 08/10

**CUSTOMER TIPS FOR DISPUTED ITEMS**

Many times disputed charges are legitimate charges that customers may not recognize or remember. Before disputing a charge, we recommend that you verify a few things and make every effort to resolve the dispute with the merchant. Often the merchant can answer your questions and resolve your dispute. The merchant's phone number may be located on your receipt or billing statement.

- **Has a credit posted to your account?**
  Please allow up to 30 days from the date on your credit voucher or acknowledgement letter for the merchant credit to post.

- **Is the charge or amount unfamiliar?**
  Check with other persons authorized to use the account to make sure they did not make the charge. It is possible that the merchants' billing names and store names are different or amounts can easily be confused with similar charges or include tips.

One way to check for the credits or to view transaction details is to look at your account statements online. If you are not enrolled in Online Banking, it is easy to enroll using the web address on the front of your statement or give us a call.

Please remember: Once you receive your statement with a transaction you wish to dispute, you only have 60 days to dispute the charge.


**ONLINE**
Online Banking is available 24 hours a day, 7 days a week and allows you to view the most recent activity on your account.


**PHONE**
1.866.266.0212
For prompt service, please have the merchant reference number(s) available for the charge(s) in question.


**MAIL**
Attn: Billing Inquiries PO Box 15026, Wilmington, DE 19850-5026
When writing, please include Your Name, Account Number, the reference number of the disputed item and specific details regarding your dispute, including dates of contact with the merchant and the merchant's response in each instance. Please include all supporting documentation, including sales and credit vouchers, contract and postage return receipts as proof of any returns.

**GRACE PERIOD/PAYING INTEREST**

"Grace Period" means the period of time during a billing cycle when you will not accrue interest on certain transactions or balances. There is no Grace Period for Balance Transfers or Cash Advances; we begin charging interest on Balance Transfers and Cash Advances on the transaction date. We will not charge interest on Purchases on the next statement if you pay the New Balance Total in full by the Payment Due Date, and you had paid in full by the previous Payment Due Date.

**CALCULATION OF BALANCES SUBJECT TO INTEREST RATE**

Average Balance Method (including new Balance Transfers and new Cash Advances):

We calculate separate Balances Subject to an Interest Rate for Balance Transfers, Cash Advances, and for each Promotional Offer balance consisting of Balance Transfers or Cash Advances. We do this by: (1) calculating a daily balance for each day in this statement's billing cycle; (2) calculating a daily balance for each day prior to this statement's billing cycle that had a "Pre-Cycle balance" - a Pre-Cycle balance is a Balance Transfer or a Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Balance Transfers, new Cash Advances and Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle balance, we take the beginning balance attributable solely to the Pre-Cycle balance (which will be zero on the transaction date of the first Pre-Cycle balance), add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, and add only the applicable Pre-Cycle balances, and their related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

Average Daily Balance Method (including new Purchases):

We calculate separate Balances Subject to an Interest Rate for Purchases and for each Promotional Offer balance consisting of Purchases. We do this by: (1) calculating a daily balance for each day in the billing cycle; (2) adding all the daily balances together; and (3) dividing the sum of the daily balances by the number of days in the billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Purchases, new Account Fees, and new Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero, we treat it as zero.

We include the fees for credit card debt cancellation or credit insurance purchased through us in calculating the beginning balance for the first day of the billing cycle after the billing cycle in which such fees are billed.

**TOTAL INTEREST CHARGE COMPUTATION**

Interest Charges accrue and are compounded on a daily basis. To determine the Interest Charges we multiply each Balance Subject to Interest Rate by its applicable Daily Periodic Rate and that result by the number of days in the billing cycle. To determine the total Interest Charge for the billing cycle, we add the Periodic Rate Interest Charges together. A Daily Periodic Rate is calculated by dividing an Annual Percentage Rate by 365.

**HOW WE ALLOCATE YOUR PAYMENTS**

If your account has balances with different APRs, we will allocate the amount of your payment equal to the Total Minimum Payment Due to the lowest APR balances first (including transactions made after this statement). Payment amounts in excess of your Total Minimum Payment Due will be applied to balances with higher APRs before balances with lower APRs.

**IMPORTANT INFORMATION ABOUT PAYMENTS BY PHONE**

When using the optional Pay-by-Phone service, you authorize us to initiate an electronic payment from your account at the financial institution you designate. You must authorize the amount and timing of each payment. For your protection, we will ask for security information. A fee may apply for expedited service. To cancel, call us before the scheduled payment date. Same-day payments cannot be edited or canceled.

**MISCELLANEOUS**

For the complete terms and conditions of your account, consult your Credit Card Agreement. FIA Card Services is a trademark of FIA Card Services, N.A. This account is issued and administered by FIA Card Services, N.A.

**PAYMENTS**

We credit mailed payments as of the date received, if the payment is: (1) received by 5 p.m. local time at the address shown on the remittance slip on the front of your monthly statement; (2) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order; and (3) sent in the return envelope with only the remittance portion of your statement accompanying it. Payments received by mail after 5 p.m. local time at the remittance address on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. Payments made online or by phone will be credited as of the date of receipt if made by 5 p.m. Central time. Credit for any other payments may be delayed up to five days.

No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process most payment checks electronically by using the information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you. For more information or to stop the electronic funds transfers, call us at the number listed on the front.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop payment, your letter must reach us at least three business days before the automatic payment is scheduled to occur.

If your billing address or contact information has changed, or if your address is incorrect as it appears on this bill, please provide all corrections here.

Address 1

Address 2

City

State                                                     Zip

Area Code &
Home Phone

Area Code &
Work Phone

FIA088

 **WorldPoints** ⋇

▬▬▬ 1168
October 5 - November 3, 2010
Page 3 of 4

## Transactions continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | Interest Charged | | | | |
| 11/03 | 11/03 | Interest Charged on Purchases | | | 39.50 | |
| | | TOTAL INTEREST FOR THIS PERIOD | | | | $39.50 |

| 2010 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2010 | $173.00 |
| Total interest charged in 2010 | $417.10 |

## Important Messages

Your balance exceeds the credit limit.

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|
| Balance Transfers | 8.90%V | | | $ 0.00 | $ 0.00 |
| Cash Advances | 24.99%V | | | $ 0.00 | $ 0.00 |
| Purchases | 8.90%V | | | $5,399.76 | $39.50 |

APR Type Definitions: Daily Interest Rate Type: V= Variable Rate (rate may vary)



RICHARD A HADSELL
Account Number: ██████1158
September 4 - October 4, 2010

**Account Information:**
www.bankofamerica.com

**Mail billing inquiries to:**
Bank of America
P.O. Box 15026
Wilmington, DE 19850-5026

**Mail payments to:**
Bank of America
P.O. Box 301200
Los Angeles, CA 90030-1200

**Customer Service:**
1.800.421.2110

(1.800.346.3178 TTY)

## Payment Information

| | |
|---|---|
| New Balance Total | $5,378.37 |
| Current Payment Due | $128.00 |
| Past Due Amount | $457.00 |
| Total Minimum Payment Due | $585.00 |
| Payment Due Date | 11/2/10 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $38.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the minimum payment | 21 years | $8,712.71 |

If you would like information about credit counseling services, call 1-866-300-5238.

## Account Summary

| | |
|---|---|
| Previous Balance | $5,303.11 |
| Payments and Other Credits | 0.00 |
| Purchases and Adjustments | 0.00 |
| Fees Charged | 35.00 |
| Interest Charged | 40.26 |
| New Balance Total | $5,378.37 |
| Credit Line | $5,000.00 |
| Statement Closing Date | 10/4/10 |
| Days in Billing Cycle | 31 |

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Fees** | | | | |
| 10/02 | 10/02 | LATE FEE FOR PAYMENT DUE 10/02 | 5303 | | 35.00 | |
| | | TOTAL FEES FOR THIS PERIOD | | | | $35.00 |
| | | **Interest Charged** | | | | |
| 10/04 | 10/04 | Interest Charged on Balance Transfers | | | 0.00 | |
| 10/04 | 10/04 | Interest Charged on Cash Advances | | | 0.00 | |
| | | continued on next page.. | | | | |

04      00537837000585000000900000 ██████1158

BANK OF AMERICA
P.O. BOX 301200
LOS ANGELES, CA 90030-1200

Account Number: ██████1158

| | |
|---|---|
| New Balance Total | $5,378.37 |
| Total Minimum Payment Due | 585.00 |
| Payment Due Date | 11/02/10 |

Enter payment amount   $

RICHARD A HADSELL
1515 E CHASE AVE
EL CAJON CA 92020-8267

☐ *Check here for a change of mailing address or phone numbers.
Please provide all corrections on the reverse side.*
Mail this coupon along with your check payable to: Bank of America

⑈5240 22250⑈: ██████ 1158⑈



FIA090

**IMPORTANT INFORMATION ABOUT THIS ACCOUNT** — USE611 Rev. 08/10

### CUSTOMER TIPS FOR DISPUTED ITEMS

Many times disputed charges are legitimate charges that customers may not recognize or remember. Before disputing a charge, we recommend that you verify a few things and make every effort to resolve the dispute with the merchant. Often the merchant can answer your questions and easily resolve your dispute. The merchant's phone number may be located on your receipt or billing statement.

- **Has a credit posted to your account?**
  Please allow up to 30 days from the date on your credit voucher or acknowledgement letter for the merchant credit to post.

- **Is the charge or amount unfamiliar?**
  Check with other persons authorized to use the account to make sure they did not make the charge. It is possible that the merchants' billing names and store names are different or amounts can easily be confused with similar charges or include tips.

One way to check for the credits or to view transaction details is to look at your account statements online. If you are not enrolled in Online Banking, it is easy to enroll using the web address on the front of your statement or give us a call.

Please remember: Once you receive your statement with a transaction you wish to dispute, you only have 60 days to dispute the charge.


**ONLINE**
Online Banking is available 24 hours a day, 7 days a week and allows you to view the most recent activity on your account.


**PHONE**
1.866.266.0212
For prompt service, please have the merchant reference number(s) available for the charge(s) in question.


**MAIL**
Attn: Billing Inquiries PO Box 15026, Wilmington, DE 19850-5026
When writing, please include Your Name, Account Number, the reference number of the disputed item and specific details regarding your dispute, including dates of contact with the merchant and the merchant's response in each instance. Please include all supporting documentation, including sales and credit vouchers, contract and postage return receipts as proof of any returns.

### GRACE PERIOD/PAYING INTEREST

"Grace Period" means the period of time during a billing cycle when you will not accrue interest on certain transactions or balances. There is no Grace Period for Balance Transfers or Cash Advances; we begin charging interest on Balance Transfers and Cash Advances on the transaction date. We will not charge interest on Purchases on the next statement if you pay the New Balance Total in full by the Payment Due Date, and you had paid in full by the previous Payment Due Date.

**CALCULATION OF BALANCES SUBJECT TO INTEREST RATE**

Average Balance Method (including new Balance Transfers and new Cash Advances):

We calculate separate Balances Subject to an Interest Rate for Balance Transfers, Cash Advances, and for each Promotional Offer balance consisting of Balance Transfers or Cash Advances. We do this by: (1) calculating a daily balance for each day in this statement's billing cycle; (2) calculating a daily balance for each day prior to this statement's billing cycle that had a "Pre-Cycle balance" -a Pre-Cycle balance is a Balance Transfer or a Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate the daily balance for each day in this statement's billing cycle: we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Balance Transfers, new Cash Advances and Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle balance, we take the beginning balance attributable solely to the Pre-Cycle balance (including new Balance Transfers or new Cash Advances we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, and add only the applicable Pre-Cycle balances, and their related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

Average Daily Balance Method (including new Purchases):

We calculate separate Balances Subject to an Interest Rate for Purchases and for each Promotional Offer balance consisting of Purchases. We do this by: (1) calculating a daily balance for each day in the billing cycle; (2) adding all the daily balances together; and (3) dividing the sum of the daily balances by the number of days in the billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Purchases, new Account Fees, and new Transaction Fees, and subtract applicable payments and credits. If any daily balance is

### PAYMENTS

We credit mailed payments as of the date received, if the payment is: (1) received by 5 p.m. local time at the address shown on the remittance slip on the front of your monthly statement; (2) paid with a check drawn on U.S. dollars on a U.S. financial institution or a U.S. dollar money order; and (3) sent in the return envelope with only the remittance portion of your statement accompanying it. Payments received by mail after 5 p.m. local time at the remittance address on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. Payments made online or by phone will be credited as of the date of receipt if made by 5 p.m. Central time. Credit for any other payments may be delayed up to five days.

No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process most payment checks electronically by using the information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you. For more information or to stop the electronic funds transfers, call us at the number listed on the front.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop payment, your letter must reach us at least three business days before the automatic payment is scheduled to occur.

less than zero we treat it as zero.

We include the fees for credit card debt cancellation or credit insurance purchased through us in calculating the beginning balance for the first day of the billing cycle after the billing cycle in which such fees are billed.

**TOTAL INTEREST CHARGE COMPUTATION**

Interest Charges accrue and are compounded on a daily basis. To determine the Interest Charges we multiply each Balance Subject to Interest Rate by its applicable Daily Periodic Rate and that result by the number of days in the billing cycle. To determine the total Interest Charge for the billing cycle, we add the Periodic Rate Interest Charges together. A Daily Periodic Rate is calculated by dividing an Annual Percentage Rate by 365.

**HOW WE ALLOCATE YOUR PAYMENTS**

If your account has balances with different APRs, we will allocate the amount of your payment equal to the Total Minimum Payment Due to the lowest APR balances first (including transactions made after this statement). Payment amounts in excess of your Total Minimum Payment Due will be applied to balances with higher APRs before balances with lower APRs.

**IMPORTANT INFORMATION ABOUT PAYMENTS BY PHONE**

When using the optional Pay-by-Phone service, you authorize us to initiate an electronic payment from your account at the financial institution you designate. You must authorize the amount and timing of each payment. For your protection, we will ask for security information. A fee may apply for expedited service. To cancel, call us before the scheduled payment date. Same-day payments cannot be edited or canceled.

**MISCELLANEOUS**

For the complete terms and conditions of your account, consult your Credit Card Agreement. FIA Card Services is a trademark of FIA Card Services, N.A. This account is issued and administered by FIA Card Services, N.A.

If your billing address or contact information has changed, or if your address is incorrect as it appears on this bill, please provide all corrections here.



Address 1

Address 2

City

State                                    Zip

Area Code &
Home Phone

Area Code &
Work Phone

FIA091



**WorldPoints**

████████1156
September 4 - October 4, 2010
Page 3 of 4

## Transactions continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Interest Charged** | | | | |
| 10/04 | 10/04 | Interest Charged on Purchases | | | 40.26 | |
| | | TOTAL INTEREST FOR THIS PERIOD | | | | $40.26 |

| 2010 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2010 | $138.00 |
| Total interest charged in 2010 | $377.60 |

## Important Messages

Your balance exceeds the credit limit.

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|
| Balance Transfers | 9.90%V | | | $ 0.00 | $ 0.00 |
| Cash Advances | 24.99%V | | | $ 0.00 | $ 0.00 |
| Purchases | 9.90%V | | | $5,325.94 | $40.26 |

APR Type Definitions: Daily Interest Rate Type: V= Variable Rate (rate may vary)

FIA092


**WorldPoints**

RICHARD A HADSELL
Account Number: 1158
August 5 - September 3, 2010

**Account Information:**
www.bankofamerica.com

Mail billing inquiries to:
Bank of America
P.O. Box 15026
Wilmington, DE 19850-5026

Mail payments to:
Bank of America
P.O. Box 301200
Los Angeles, CA 90030-1200

Customer Service:
1.800.421.2110

(1.800.346.3178 TTY)

### Payment Information

| | |
|---|---|
| New Balance Total | $5,303.11 |
| Current Payment Due | $115.00 |
| Past Due Amount | $342.00 |
| Total Minimum Payment Due | $457.00 |
| Payment Due Date | 10/2/10 |

Late Payment Warning: If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00.

Minimum Payment Warning: If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the minimum payment | 21 years | $8,678.26 |

If you would like information about credit counseling services, call 1-866-300-5238.

### Account Summary

| | |
|---|---|
| Previous Balance | $5,239.63 |
| Payments and Other Credits | 0.00 |
| Purchases and Adjustments | 0.00 |
| Fees Charged | 25.00 |
| Interest Charged | 38.48 |
| New Balance Total | $5,303.11 |
| Credit Line | $5,000.00 |
| Statement Closing Date | 9/3/10 |
| Days In Billing Cycle | 30 |

### Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Fees** | | | | |
| 09/02 | 09/02 | LATE FEE FOR PAYMENT DUE 09/02 | 5239 | | 25.00 | |
| | | TOTAL FEES FOR THIS PERIOD | | | | $25.00 |
| | | **Interest Charged** | | | | |
| 09/03 | 09/03 | Interest Charged on Balance Transfers | | | 0.00 | |
| 09/03 | 09/03 | Interest Charged on Cash Advances | | | 0.00 | |
| | | continued on next page... | | | | |

04    00530311000457000000900000          1158

BANK OF AMERICA
P.O. BOX 301200
LOS ANGELES, CA 90030-1200

RICHARD A HADSELL
1515 E CHASE AVE
EL CAJON CA 92020-8267

Account Number: 1158

| | |
|---|---|
| New Balance Total | $5,303.11 |
| Minimum Payment Due | 457.00 |
| Payment Due Date | 10/02/10 |

Enter payment amount   $

☐ Check here for a change of mailing address or phone numbers. Please provide all corrections on the reverse side.
Mail this coupon along with your check payable to: Bank of America

⑆524022250⑈          1158⑈



FIA093

**IMPORTANT INFORMATION ABOUT THIS ACCOUNT**

USE611 Rev. 08/10

**CUSTOMER TIPS FOR DISPUTED ITEMS .**

Many times disputed charges are legitimate charges that customers may not recognize or remember. Before disputing a charge, we recommend that you verify a few things and make every effort to resolve the dispute with the merchant. Often the merchant can answer your questions and easily resolve your dispute. The merchant's phone number may be located on your receipt or billing statement.

- **Has a credit posted to your account?**
  Please allow up to 30 days from the date on your credit voucher or acknowledgement letter for the merchant credit to post.

- **Is the charge or amount unfamiliar?**
  Check with other persons authorized to use the account to make sure they did not make the charge. It is possible that the merchants' billing names and store names are different or amounts can easily be confused with similar charges or include tips.

One way to check for the credits or to view transaction details is to look at your account statements online. If you are not enrolled in Online Banking, it is easy to enroll using the web address on the front of your statement or give us a call.

Please remember: Once you receive your statement with a transaction you wish to dispute, you only have 60 days to dispute the charge.



**ONLINE**
Online Banking is available 24 hours a day, 7 days a week and allows you to view the most recent activity on your account.



**PHONE**
1.866.266.0212
For prompt service, please have the merchant reference number(s) available for the charge(s) in question.



**MAIL**
Attn: Billing Inquiries PO Box 15026, Wilmington, DE 19850-5026
When writing, please include Your Name, Account Number, the reference number of the disputed item and specific details regarding your dispute, including dates of contact with the merchant and the merchant's response in each instance. Please include all supporting documentation, including sales and credit vouchers, contract and postage return receipts as proof of any returns.

**GRACE PERIOD/PAYING INTEREST**

"Grace Period" means the period of time during a billing cycle when you will not accrue interest on certain transactions or balances. There is no Grace Period for Balance Transfers or Cash Advances; we begin charging interest on Balance Transfers and Cash Advances on the transaction date. We will not charge interest on Purchases on the next statement if you pay the New Balance Total in full by the Payment Due Date, and you had paid in full by the previous Payment Due Date.

**CALCULATION OF BALANCES SUBJECT TO INTEREST RATE**

Average Balance Method (including new Balance Transfers and new Cash Advances):

We calculate separate Balances Subject to an Interest Rate for Balance Transfers, Cash Advances, and for each Promotional Offer balance consisting of Balance Transfers or Cash Advances. We do this by: (1) calculating a daily balance for each day in this statement's billing cycle; (2) calculating a daily balance for each day prior to this statement's billing cycle that had a "Pre-Cycle balance" - a Pre-Cycle balance is a Balance Transfer or a Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Balance Transfers, new Cash Advances and Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle balance, we take the beginning balance attributable solely to Pre-Cycle balance (which will be zero on the transaction date of the first Pre-Cycle balance), add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, and add only the applicable Pre-Cycle balances, and their related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

Average Daily Balance Method (including new Purchases):

We calculate separate Balances Subject to an Interest Rate for Purchases and for each Promotional Offer balance consisting of Purchases. We do this by: (1) calculating a daily balance for each day in the billing cycle; (2) adding all the daily balances together; and (3) dividing the sum of the daily balances by the number of days in the billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Purchases, new Account Fees, and new Transaction Fees, and subtract applicable payments and credits. If any daily balance is

**PAYMENTS**

We credit mailed payments as of the date received, if the payment is: (1) received by 5 p.m. local time at the address shown on the remittance slip on the front of your monthly statement; (2) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order; and (3) sent in the return envelope with only the remittance portion of your statement accompanying it. Payments received by mail after 5 p.m. local time at the remittance address on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. Payments made online or by phone will be credited as of the date of receipt if made by 5 p.m. Central time. Credit for any other payments may be delayed up to five days.

No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process most payment checks electronically by using the information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you. For more information or to stop the electronic funds transfers, call us at the number listed on the front.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop payment, your letter must reach us at least three business days before the automatic payment is scheduled to occur.

less than zero we treat it as zero.

We include the fees for credit card debt cancellation or credit insurance purchased through us in calculating the beginning balances for the first day of the billing cycle in after this billing cycle in which such fees are billed.

**TOTAL INTEREST CHARGE COMPUTATION**

Interest Charges accrue and are compounded on a daily basis. To determine the Interest Charges we multiply each Balance Subject to Interest Rate by its applicable Daily Periodic Rate and that result by the number of days in the billing cycle. To determine the total Interest Charge for the billing cycle, we add the Periodic Rate Interest Charges together. A Daily Periodic Rate is calculated by dividing an Annual Percentage Rate by 365.

**HOW WE ALLOCATE YOUR PAYMENTS**

If your account has balances with different APRs, we will allocate the amount of your payment equal to the Total Minimum Payment Due to the lowest APR balances first (including transactions made after the statement). Payment amounts in excess of your Total Minimum Payment Due will be applied to balances with higher APRs before balances with lower APRs.

**IMPORTANT INFORMATION ABOUT PAYMENTS BY PHONE**

When using the optional Pay-by-Phone service, you authorize us to initiate an electronic payment from your account at the financial institution you designate. You must authorize the amount and timing of each payment. For your protection, we will ask for security information. A fee may apply for expedited service. To cancel, call us before the scheduled payment date. Same-day payments cannot be edited or canceled.

**MISCELLANEOUS**

For the complete terms and conditions of your account, consult your Credit Card Agreement. FIA Card Services is a trademark of FIA Card Services, N.A. This account is issued and administered by FIA Card Services, N.A.

If your billing address or contact information has changed, or if your address is incorrect as it appears on this bill, please provide all corrections here.

Address 1 ................................................................

Address 2 ................................................................

City ................................................................

State ................................................................  Zip ................

Area Code &
Home Phone ................................................................

Area Code &
Work Phone ................................................................

FIA094



**WorldPoints**

█████████1158
August 5 · September 3, 2010
Page 3 of 4

## Transactions continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Interest Charged** | | | | |
| 09/03 | 09/03 | Interest Charged on Purchases | | | 38.48 | |
| | | TOTAL INTEREST FOR THIS PERIOD | | | | $38.48 |

| 2010 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2010 | $103.00 |
| Total Interest charged in 2010 | $337.34 |

## Important Messages

Your balance exceeds the credit limit.

Effective August 22, 2010, we have changed the fee amount for paying late. If you do not make at least the total minimum payment by your due date, you will be charged a Late Fee of $25. For any subsequent late payment, you will be charged a Late Fee of $35; the fee will return to $25 after you have made 6 consecutive on-time payments. You can avoid a Late Fee by paying at least your total minimum payment amount by the due date. Complete details will be mailed to you in November.

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|
| Balance Transfers | 8.90%V | | | $ 0.00 | $ 0.00 |
| Cash Advances | 24.99%V | | | $ 0.00 | $ 0.00 |
| Purchases | 8.90%V | | | $5,259.86 | $38.48 |

APR Type Definitions: Daily Interest Rate Type: V= Variable Rate (rate may vary)

**WorldPoints** 

RICHARD A HADSELL
Account Number: ████1158
July 7 - August 4, 2010

**Account Information:**
www.bankofamerica.com

**Mail billing inquiries to:**
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE
19850-5026

**Mail payments to:**
BANK OF AMERICA
P.O. BOX 301200
LOS ANGELES, CA
90030-1200

**Customer Service:**
1.800.421.2110
(1.800.346.3178 TTY)

## Payment Information

| | |
|---|---|
| New Balance Total | $5,239.63 |
| Current Payment Due | $127.00 |
| Past Due Amount | $215.00 |
| Total Minimum Payment Due | $342.00 |
| Payment Due Date | 9/2/10 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the minimum payment | 21 years | $8,649.33 |

If you would like information about credit counseling services, call 1-866-300-5238.

## Account Summary

| | |
|---|---|
| Previous Balance | $5,163.96 |
| Payments and Other Credits | 0.00 |
| Purchases and Adjustments | 0.00 |
| Fees Charged | 39.00 |
| Interest Charged | 36.67 |
| New Balance Total | $5,239.63 |
| Credit Line | $5,000.00 |
| Statement Closing Date | 8/4/10 |
| Days in Billing Cycle | 29 |

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Fees** | | | | |
| 08/02 | 08/02 | LATE FEE FOR PAYMENT DUE 08/02 | 6163 | | 39.00 | |
| | | TOTAL FEES FOR THIS PERIOD | | | | $39.00 |
| | | **Interest Charged** | | | | |
| 08/04 | 08/04 | Interest Charged on Balance Transfers | | | 0.00 | |
| 08/04 | 08/04 | Interest Charged on Cash Advances | | | 0.00 | |
| | | continued on next page ⟶ | | | | |

04   00523963000342000009000000 ████████1158

BANK OF AMERICA
P.O. BOX 301200
LOS ANGELES, CA 90030-1200

Account Number: ████1158

| | |
|---|---|
| New Balance Total | $5,239.63 |
| Minimum Payment Due | 342.00 |
| Payment Due Date | 09/02/10 |

RICHARD A HADSELL
1515 E CHASE AVE
EL CAJON CA 92020-8267

Enter payment amount   $

☐ Check here for a change of mailing address or phone numbers. Please provide all corrections on the reverse side.
Mail this coupon along with your check payable to: BANK OF AMERICA

⑆524022250⑆  ████████1158⑆

FIA096

**IMPORTANT INFORMATION ABOUT THIS ACCOUNT**   USE411 Rev. 07/10

**CUSTOMER STATEMENT OF DISPUTED ITEM** – Please call toll-free 1.866.266.0212 Monday-Thursday 8 a.m.-8 p.m., Friday 8 a.m.-7 p.m. and Saturday 8 a.m.-6 p.m. Eastern. For prompt service, please have the merchant reference number(s) available for the charge(s) in question.

PLEASE DO NOT ALTER WORDING ON THIS FORM AND DO NOT MAIL YOUR LETTER OR FORM WITH YOUR PAYMENT.

Your Name: _____
Transaction Date: _____  Posting Date: _____
Amount $: _____  Disputed Amount $: _____

Account Number: _____
Reference Number: _____
Merchant Name: _____

Choose only one dispute reason.

☐ 1. The amount of the charge was increased from $_____ to $_____, or my sales slip was added incorrectly. Enclosed is a copy of the sales slip that shows the correct amount.

☐ 2. I certify that the charge listed above was not made by me or a person authorized by me to use my card, nor were the goods or services represented by this transaction received by me or a person authorized by me.

☐ 3. I have not received the merchandise that was to be shipped to me on ___/___/___ (MM/DD/YY). I have asked the merchant to credit my account.

☐ 4. I was issued a credit slip that was not shown on my statement. A copy of my credit slip is enclosed. The merchant has up to 30 days to credit your account.

☐ 5. Merchandise that was shipped to me has arrived damaged and/or defective. I returned it on ___/___/___ (MM/DD/YY) and asked the merchant to credit my account. Attach a letter describing how the merchandise was damaged and/or defective and a copy of the proof of return.

☐ 6. Although I did engage in the above transaction, I have contacted the merchant, returned the merchandise on ___/___/___ (MM/DD/YY) and requested a credit. I either did not receive this credit or it was unsatisfactory. Attach a letter explaining why you are disputing this charge with a copy of the proof of return. If you are unable to return the merchandise, please explain.

☐ 7. I certify that the charge in question was a single transaction, but was posted twice to my statement. I did not authorize the second transaction. Sale #1 $_____
Reference # _____  Sale #2 $_____  Reference # _____

☐ 8. I notified the merchant on ___/___/___ (MM/DD/YY) to cancel the pre-authorized order (reservation). Please note cancellation # will if available, or I was a copy of your receipt and a copy of your telephone bill showing date and time of cancellation. Reason for cancellation/cancellation(s).

☐ 9. Although I did engage in the above transaction, I have contacted the merchant for credit. The services to be provided on ___/___/___ (MM/DD/YY) were not received or were unsatisfactory. Attach a letter describing the services expected, your attempts to resolve with the merchant and a copy of your contract.

☐ 10. I certify that I do not recognize the transaction. Merchants often provide telephone numbers next to their name on your billing statement. Please attempt to contact the merchant for information.

☐ 11. If your dispute is for a different reason, please contact us at the above telephone number.

Signature (required): _____  Date: _____
Home telephone (telephone #): _____  Home #: _____

Billing rights are only preserved by written inquiry. To preserve your billing rights, please return a copy of this form and any supporting information regarding the merchant charge in question to: Attn: Billing Inquiries, P.O. Box 15026, Wilmington, DE 19850-5026, USA.

PLEASE KEEP THE ORIGINAL FOR YOUR RECORDS AND SEND A COPY OF THIS STATEMENT.

**GRACE PERIOD/PAYING INTEREST**
"Grace Period" means the period of time during a billing cycle when you will not accrue interest on certain transactions or balances. There is no Grace Period for Balance Transfers or Cash Advances. If you pay in full this statement's New Balance Total by its Payment Due Date and if you paid in full this statement's Previous Balance in this statement's billing cycle, then you will have a Grace Period during the billing cycle that began the day after this statement's Closing Date on the Purchase portions of this statement's New Balance Total. If you do not pay in full this statement's New Balance Total by its Payment Due Date but you paid in full this statement's Previous Balance by its Payment Due Date, then you will have a Grace Period during the billing cycle that began the day after this statement's Closing Date on the amount of the purchase balance you pay by the Payment Due Date following your payment allocation method.

**CALCULATION OF BALANCES SUBJECT TO INTEREST RATE**
Average Balance Method (including new Balance Transfers and new Cash Advances):
We calculate separate Balances Subject to an Interest Rate for Balance Transfers, Cash Advances, and for each Promotional Offer balance consisting of Balance Transfers or Cash Advances. We do this by: (1) calculating a daily balance for each day in this statement's billing cycle; (2) calculating a daily balance for each day prior to this statement's billing cycle that had a "Pre-Cycle balance"—a Pre-Cycle balance is a Balance Transfer or Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Balance Transfers, new Cash Advances and Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle balance, we take the beginning balance attributable solely to Pre-Cycle balances (which will be zero on the transaction date of the first Pre-Cycle balance), add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, and add only the applicable Pre-Cycle balance, and their related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

Average Daily Balance Method (including new Purchases):
We calculate a separate Balance Subject to an Interest Rate for Purchases and for each Promotional Offer balance consisting of Purchases. We do this by: (1) calculating a daily balance for each day in the billing cycle; (2) adding all the daily balances together;

**PAYMENTS**
We credit mailed payments as of the date received, if the payment is: (1) received by 5 p.m. local time at the address shown on the remittance slip on the front of your monthly statement; (2) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order; and (3) sent in the return envelope with only the remittance portion of your statement accompanying it. Payments received by mail after 5 p.m. local time at the remittance address on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. Payments made online or by phone will be credited as of the date of receipt if made by 5 p.m. Central time. Credit for any other payments may be delayed up to five days.

No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process most payment checks electronically by using the information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you. For more information or to stop the electronic funds transfers, call us at the number listed on the front.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop payment, your letter must reach us at least three business days before the automatic payment is scheduled to occur.

and (3) dividing the sum of the daily balances by the number of days in the billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Purchases, new Account Fees, and new Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero. If the Previous Balance shown on this statement was paid in full in this statement's billing cycle, then on the day after that payment in full date, we exclude from the beginning balance new Purchases, new Account Fees and new Transaction Fees which posted on or before that payment in full date, and we do not add new Purchases, new Account Fees, or new Transaction Fees which post after that payment in full date.

We include the fees for credit card debt cancellation or credit insurance purchased through us in calculating the beginning balance for the first day of the billing cycle after the billing cycle in which such fees are billed.

**TOTAL INTEREST CHARGE COMPUTATION**
Interest Charges accrue and are compounded on a daily basis. To determine the Interest Charges we multiply each Balance Subject to Interest Rate by its applicable Daily Periodic Rate and that result by the number of days in the billing cycle. To determine the total Interest Charge for the billing cycle, we add the Periodic Rate Interest Charges together. A Daily Periodic Rate is calculated by dividing an Annual Percentage Rate by 365.

**HOW WE ALLOCATE YOUR PAYMENTS**
If your account has balances with different APRs, we will allocate the amount of your payment equal to the Total Minimum Payment Due to the lowest APR balance first (including transactions made after this statement). Payment amounts in excess of your Total Minimum Payment Due will be applied to balances with higher APRs before balances with lower APRs.

**IMPORTANT INFORMATION ABOUT PAYMENTS BY PHONE**
When using the optional Pay-by-Phone service, you authorize us to initiate an electronic payment from your account at the financial institution you designate. You must authorize the amount and timing of each payment. For your protection, we will ask for security information. A fee may apply. To cancel, call us before the scheduled payment date. Same-day payments cannot be edited or canceled.

**MISCELLANEOUS**
For the complete terms and conditions of your account, consult your Credit Card Agreement. FIA Card Services is a tradename of FIA Card Services, N.A. This account is issued and administered by FIA Card Services, N.A.

If your billing address or contact information has changed, or if your address is incorrect as it appears on this bill, please provide all corrections here.

Address 1 _____

Address 2 _____

City _____

State _____  Zip _____

Area Code &
Home Phone _____

Area Code &
Work Phone _____

FIA097



████████4158

July 7 - August 4, 2010
Page 3 of 4

## Transactions continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| 08/04 | 08/04 | Interest Charged<br>Interest Charged on Purchases<br>TOTAL INTEREST FOR THIS PERIOD | | | 36.67 | $36.67 |

| 2010 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2010 | $78.00 |
| Total interest charged in 2010 | $298.86 |

## Important Messages

Your balance exceeds the credit limit.

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|
| Balance Transfers | 8.90%V | | | $ 0.00 | $ 0.00 |
| Cash Advances | 24.99%V | | | $ 0.00 | $ 0.00 |
| Purchases | 8.90%V | | | $5,185.66 | $36.67 |

APR Type Definitions: Daily Interest Rate Type: V= Variable Rate (rate may vary)

## Rewards



WORLDPOINTS

| | |
|---|---|
| 0 | MONTHLY EARNINGS |
| 0 | BONUS POINTS THIS MONTH |
| 6,091 | POINTS AVAILABLE |

FIA098

 **WorldPoints**

RICHARD A HADSELL
Account Number ████████1158
June 4 - July 6, 2010

**Account Information:**
www.bankofamerica.com

**Mail billing Inquiries to:**
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE
19850-5026

**Mail payments to:**
BANK OF AMERICA
P.O. BOX 301200
LOS ANGELES, CA
90030-1200

**Customer Service:**
1.800.421.2110
(1.800.346.3178 TTY)

## Payment Information

| | |
|---|---|
| New Balance Total | $5,163.96 |
| Current Payment Due | $130.00 |
| Past Due Amount | $85.00 |
| Total Minimum Payment Due | $215.00 |
| Payment Due Date | 8/2/10 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the minimum payment | 21 years | $8,611.55 |

If you would like information about credit counseling services, call 1-866-300-5238.

## Account Summary

| | |
|---|---|
| Previous Balance | $4,985.25 |
| Payments and Other Credits | 0.00 |
| Purchases and Adjustments | 99.00 |
| Fees Charged | 39.00 |
| Interest Charged | 40.71 |
| New Balance Total | $5,163.96 |
| Credit Line | $5,000.00 |
| Credit Available | $0.00 |
| Statement Closing Date | 7/6/10 |
| Days in Billing Cycle | 33 |

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Purchases and Adjustments** | | | | |
| 06/21 | 06/22 | GROUP M MARKETING, INC 05122635151  TX | 0029 | 1158 | 99.00 | $99.00 |
| | | **Fees** | | | | |
| 07/02 | 07/02 | LATE FEE FOR PAYMENT DUE 07/02 | 5084 | | 39.00 | |
| | | TOTAL FEES FOR THIS PERIOD | | | | $39.00 |
| | | **Interest Charged** | | | | |
| 07/06 | 07/06 | Interest Charged on Balance Transfers | | | 0.00 | |
| 07/06 | 07/06 | Interest Charged on Cash Advances | | | 0.00 | |
| | | continued on next page .. | | | | |

04      0051639600021500000090000000████████1158

---

BANK OF AMERICA
P.O. BOX 301200
LOS ANGELES, CA 90030-1200

Account Number: ████████1158

| | |
|---|---|
| New Balance Total | $5,163.96 |
| Minimum Payment Due | 215.00 |
| Payment Due Date | 08/02/10 |

RICHARD A HADSELL
1515 E CHASE AVE
EL CAJON CA 92020-8267

Enter payment amount   $

☐ *Check here for a change of mailing address or phone numbers. Please provide all corrections on the reverse side.*
Mail this coupon along with your check payable to: BANK OF AMERICA

⑆5240 22250⑆ ████████1158⑈

FIA099

**IMPORTANT INFORMATION ABOUT THIS ACCOUNT**    USE411 Rev. 07/10

CUSTOMER STATEMENT OF DISPUTED ITEM – Please call toll-free 1.866.266.0212 Monday-Thursday 8 a.m.-9 p.m., Friday 8 a.m.-7 p.m. and Saturday 8 a.m.-5 p.m. Eastern. For prompt service, please have the merchant reference number(s) available for the charge(s) in question.

PLEASE DO NOT ALTER WORDING ON THIS FORM AND DO NOT MAIL YOUR LETTER OR FORM WITH YOUR PAYMENT.    Choose only one dispute reason.

Your Name: _____   Account Number: _____
Transaction Date: _____   Posting Date: _____   Reference Number: _____
Amount $: _____   Disputed Amount $: _____   Merchant Name: _____

☐ 1. The amount of the charge was increased from $ _____ to $ _____ or my sales slip was added incorrectly. Enclosed is a copy of the sales slip that shows the correct amount.

☐ 2. I certify that the charge listed above was not made by me or a person authorized by me to use my card, nor were the goods or services represented by the transaction received by me or a person authorized by me.

☐ 3. I have not received the merchandise that was to be shipped to me on __/__/__ (MM/DD/YY). I have asked the merchant to credit my account.

☐ 4. I was issued a credit slip that was not shown on my statement. A copy of my credit slip is attached. The merchant has up to 30 days to credit your account.

☐ 5. Merchandise that was shipped to me has arrived damaged and/or defective. I returned it on __/__/__ (MM/DD/YY) and asked the merchant to credit my account. Attach a letter describing how the merchandise was damaged and/or defective and a copy of the proof of return.

☐ 6. Although I did engage in the above transaction, I have contacted the merchant, returned the merchandise on __/__/__ (MM/DD/YY) and requested a credit. I either did not receive this credit or it was unsatisfactory. Attach a letter explaining why you are disputing this charge with a copy of the proof of return. If you are unable to return the merchandise, please explain.

☐ 7. I certify that the charge in question was a single transaction, but was posted twice to my statement. I did not authorize the second transaction. Sale #1 $ _____ Reference # _____ Sale #2 $ _____ Reference # _____

☐ 8. I notified the merchant on __/__/__ (MM/DD/YY) to cancel the pre-authorized order (reservation). Please note cancellation # and if available, enclose a copy of your contract and a copy of your telephone bill showing date and time of cancellation. Reason for cancellation/cancellation#.

☐ 9. Although I did engage in the above transaction, I have contacted the merchant for credit. The service to be provided on __/__/__ (MM/DD/YY) were not received or were unsatisfactory. Attach a letter describing the services expected, your attempts to resolve with the merchant and a copy of your contract.

☐ 10. I certify that I do not recognize the transaction. Merchants often provide telephone numbers next to their name on your billing statement. Please attempt to contact the merchant for information.

☐ 11. If your dispute is for a different reason, please contact us at the above telephone number.

Signature (required):_____ Date:_____
Best contact telephone #:_____ Hour #:_____

Billing rights are only preserved by written inquiry. To preserve your billing rights, please return a copy of this form and any supporting information regarding the merchant charge in question to: Atm Billing Inquiries, P.O. Box 15026, Wilmington, DE 19850-5026, USA.

PLEASE KEEP THE ORIGINAL FOR YOUR RECORDS AND SEND A COPY OF THIS STATEMENT.

**GRACE PERIOD/PAYING INTEREST**

"Grace Period" means the period of time during a billing cycle when you will not accrue interest on certain transactions or balances. There is no Grace Period for Balance Transfers or Cash Advances. If you pay in full this statement's New Balance Total by its Payment Due Date and if you paid in full this statement's Previous Balance in this statement's billing cycle, then you will have a Grace Period during the billing cycle that began the day after this statement's Closing Date on the Purchase portions of this statement's New Balance Total. If you do not pay in full this statement's New Balance Total by its Payment Due Date but you paid in full this statement's Previous Balance by its Payment Due Date, then you will have a Grace Period during the billing cycle that began the day after this statement's Closing Date on the amount of the purchase balance you pay by the Payment Due Date following our payment allocation method.

**CALCULATION OF BALANCES SUBJECT TO INTEREST RATE**

Average Balance Method (including new Balance Transfers and new Cash Advances):

We calculate separate Balances Subject to an Interest Rate for Balance Transfers, Cash Advances, and for each Promotional Offer balance consisting of Balance Transfers or Cash Advances. We do this by: (1) calculating a daily balance for each day in this statement's billing cycle; (2) calculating a daily balance for each day prior to this statement's billing cycle that had a "Pre-Cycle balance"—a Pre-Cycle balance is a Balance Transfer or Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Balance Transfers, new Cash Advances and Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle balance, we take the beginning balance attributable solely to that Pre-Cycle balance (which will be zero on the transaction date of the first Pre-Cycle balance), add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, and add only the applicable Pre-Cycle balances, and their related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

Average Daily Balance Method (including new Purchases):

We calculate separate Balances Subject to an Interest Rate for Purchases and for each Promotional Offer balance consisting of Purchases. We do this by: (1) calculating a daily balance for each day in the billing cycle; (2) adding all the daily balances together;

and (3) dividing the sum of the daily balances by the number of days in the billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Purchases, new Account Fees, and new Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero. If the Previous Balance shown on this statement was paid in full in this statement's billing cycle, then on the day after payment in full applies, we exclude from the beginning balance new Purchases, new Account Fees and new Transaction Fees which posted on or before that payment in full date, and we do not add new Purchases, new Account Fees, or new Transaction Fees which post after that payment in full date.

We include the fees for credit card debt cancellation or credit insurance purchased through us in calculating the beginning balance for the first day of the billing cycle after the billing cycle in which such fees are billed.

**TOTAL INTEREST CHARGE COMPUTATION**

Interest Charges accrue and are compounded on a daily basis. To determine the Interest Charges we multiply each Balance Subject to Interest Rate by its applicable Daily Periodic Rate and that result by the number of days in the billing cycle. To determine the total Interest Charge for the billing cycle, we add the Periodic Rate Interest Charges together. A Daily Periodic Rate is calculated by dividing an Annual Percentage Rate by 365.

**HOW WE ALLOCATE YOUR PAYMENTS**

If your account has balances with different APRs, we will allocate the amount of your payment equal to the Total Minimum Payment Due to the lowest APR balances first (including transactions made after this statement). Payment amounts in excess of your Total Minimum Payment Due will be applied to balances with higher APRs before balances with lower APRs.

**IMPORTANT INFORMATION ABOUT PAYMENTS BY PHONE**

When using the optional Pay-by-Phone service, you authorize us to initiate an electronic payment from your account at the financial institution you designate. You must authorize the amount and timing of each payment. For your protection, we will ask for security information. A fee may apply. To cancel, call us before the scheduled payment date. Same-day payments cannot be edited or canceled.

**MISCELLANEOUS**

For the complete terms and conditions of your account, consult your Credit Card Agreement. FIA Card Services is a trademark of FIA Card Services, N.A. This account is issued and administered by FIA Card Services, N.A.

**PAYMENTS**

We credit mailed payments as of the date received. If the payment is: (1) received by 5 p.m. local time on the address shown on the remittance slip on the front of your monthly statement; (2) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order; and (3) sent in the return envelope with only the remittance portion of your statement accompanying it. Payments received by mail after 5 p.m. local time at the remittance address on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. Payments made online or by phone will be credited as of the date of receipt if made by 5 p.m. Central time. Credit for any other payments may be delayed up to five days.

No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process most payment checks electronically by using the information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you. For more information or to stop the electronic funds transfers, call us at the number listed on the front.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop payment, your letter must reach us at least three business days before the automatic payment is scheduled to occur.

If your billing address or contact information has changed, or if your address is incorrect as it appears on this bill, please provide all corrections here.

Address 1 _____

Address 2 _____

City _____

State _____ Zip _____

Area Code & Home Phone _____

Area Code & Work Phone _____

FIA100



**7158**
June 4 - July 6, 2010
Page 3 of 4

## Transactions continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| 07/06 | 07/06 | Interest Charged<br>Interest Charged on Purchases<br>**TOTAL INTEREST FOR THIS PERIOD** | | | 40.71 | $40.71 |

| 2010 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2010 | $39.00 |
| Total interest charged in 2010 | $282.19 |

## Important Messages

You are a valued customer. We want to make sure you are aware that we have not received your payment. Please send the amount due today. If it has been mailed, thank you.

Your balance exceeds the credit limit.

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|
| Balance Transfers | 9.90%V | | | $ 0.00 | $ 0.00 |
| Cash Advances | 24.99%V | | | $ 0.00 | $ 0.00 |
| Purchases | 9.90%V | | | $5,058.75 | $40.71 |

APR Type Definitions: Daily Interest Rate Type: V= Variable Rate (rate may vary)

## Rewards



WORLDPOINTS
99   MONTHLY EARNINGS
0   BONUS POINTS THIS MONTH
6,091   POINTS AVAILABLE

FIA101


**WorldPoints**

RICHARD A HADSELL
Account Number: ████████1158
May 5 - June 3, 2010

**Account Information:**
www.bankofamerica.com

**Mail billing Inquiries to:**
BANK OF AMERICA
P.O. BOX 15028
WILMINGTON, DE
16850-5028

**Mail payments to:**
BANK OF AMERICA
P.O. BOX 301200
LOS ANGELES, CA
90030-1200

**Customer Service:**
1-800-421-2110
(1.800.3463176 TTY)

## Payment Information

New Balance Total .................................................................$4,985.25
Current Payment Due ...........................................................$85.00

Total Minimum Payment Due.................................................$85.00
Payment Due Date ...............................................................7/2/10

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the minimum payment | 21 years | $8,400.22 |
| $158.37 | 36 months | $5,701.32 (Savings = $2,698.90) |

If you would like information about credit counseling services, call 1-866-300-5238.

## Account Summary

Previous Balance .........................$4,939.96
Payments and Other Credits...............-90.00
Purchases and Adjustments.................99.00
Fees Charged .......................................0.00
Interest Charged...................................36.29

New Balance Total .........................$4,985.25

Credit Line.....................................$5,000.00
Credit Available ................................$14.75
Statement Closing Date.....................6/3/10
Days in Billing Cycle ...............................30

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | 05/12 | Payments and Other Credits PAYMENT ONLINE - EP | | | -90.00 | |
| | | | | | | -$90.00 |
| 05/13 | 05/14 | Purchases and Adjustments GROUP M MARKETING, INC 06122635151 TX | 0033 | 1158 | 99.00 | |
| | | | | | | $99.00 |
| 06/03 | 06/03 | Interest Charged Interest Charged on Balance Transfers continued on next page... | | | 0.00 | |

04   004985250000850000009000000 ████████1158

BANK OF AMERICA
P.O. BOX 301200
LOS ANGELES, CA 90030-1200

Account Number: ████████158

New Balance Total .................................................................$4,985.25
Minimum Payment Due ......................................................85.00
Payment Due Date .............................................................07/02/10

RICHARD A HADSELL
1515 E CHASE AVE
EL CAJON CA 92020-8267

Enter payment amount   $

☐ **Check here for a change of mailing address or phone numbers.** Please provide all corrections on the reverse side.
Mail this coupon along with your check payable to: BANK OF AMERICA

⑆5240222250⑈ ████████1158⑈



FIA102

**IMPORTANT INFORMATION ABOUT THIS ACCOUNT**  USE311 Rev. 02/10

**CUSTOMER STATEMENT OF DISPUTED ITEM** ~ *Please call toll-free 1.866.266.0212 Monday-Thursday 8 a.m.-9 p.m., Friday 8 a.m.-7 p.m. and Saturday 8 a.m.-6 p.m. Eastern. For prompt service, please have the merchant reference number(s) available for the charge(s) in question.*

PLEASE DO NOT ALTER WORDING ON THIS FORM AND DO NOT MAIL YOUR LETTER OR FORM WITH YOUR PAYMENT.

Your Name: ___  Account Number: ___
Transaction Date: ___  Posting Date: ___  Reference Number: ___
Amount #: ___  Disputed Amount #: ___  Merchant Name: ___

Choose only one dispute reason.

☐ 1. The amount of the charge was increased from $___ to $___, or my sales slip was added incorrectly. Enclosed is a copy of the sales slip that shows the correct amount.

☐ 2. I certify that the charge listed above was not made by me or a person authorized by me to use my card, nor were the goods or services represented by the transaction received by me or a person authorized by me.

☐ 3. I have not received the merchandise that was to be shipped to me on __/__/__ (MM/DD/YY). I have asked the merchant to credit my account.

☐ 4. I was issued a credit slip that was not shown on my statement. A copy of my credit slip is enclosed. The merchant has up to 30 days to credit your account.

☐ 5. Merchandise that was shipped to me has arrived damaged and/or defective. I returned it on __/__/__ (MM/DD/YY) and asked the merchant to credit my account. Attach a letter describing how the merchandise was damaged and/or defective and a copy of the proof of return.

☐ 6. Although I did engage in the above transaction, I have contacted the merchant, returned the merchandise on __/__/__ (MM/DD/YY) and requested a credit. I either did not receive this credit or it was unsatisfactory. Attach a letter explaining why you are disputing this charge with a copy of the proof of return. If you are unable to return the merchandise, please explain.

☐ 7. I certify that the charge in question was a single transaction, but was posted twice to my statement. I did not authorize the second transaction. Sale #1 ___  Reference # ___  Sale #2 # ___  Reference # ___

☐ 8. I notified the merchant on __/__/__ (MM/DD/YY) to cancel the pre-authorized order (reservation). Please note cancellation # and if available, enclose a copy of your contract and a copy of your telephone bill showing date and time of cancellation. Reason for cancellation/cancellation:

☐ 9. Although I did engage in the above transaction, I have contacted the merchant for credit. The services to be provided on __/__/__ (MM/DD/YY) were not received or were unsatisfactory. Attach a letter describing the services expected, your attempts to resolve with the merchant and a copy of your contract.

☐ 10. I certify that I do not recognize the transaction. Merchants often provide telephone numbers next to their name on your billing statement. Please contact the merchant for information.

☐ 11. If your dispute is for a different reason, please contact us at the above telephone number.

Signature (required): ___  Date: ___
Best contact telephone #: ___  Home #: ___

Billing rights are only preserved by written inquiry. To preserve your billing rights, please return a copy of this form and any supporting information regarding the merchant charge in question to: Attn: Billing Inquiries, P.O. Box 15028, Wilmington, DE 19850-5028, USA.

PLEASE KEEP THE ORIGINAL FOR YOUR RECORDS AND SEND A COPY OF THIS STATEMENT.

**GRACE PERIOD**
"Grace Period" means the period of time during a billing cycle when you will not accrue interest on certain transactions or balances. There is no Grace Period for Balance Transfers or Cash Advances. If you pay in full this statement's New Balance Total by its Payment Due Date and if you paid in full this statement's Previous Balance in this statement's billing cycle, then you will have a Grace Period during the billing cycle that began the day after this statement's Closing Date on the purchase portions of this statement's New Balance Total. If you do not pay in full this statement's New Balance Total by its Payment Due Date but you paid in full this statement's Previous Balance by its Payment Due Date, then you will have a Grace Period during the billing cycle that began the day after this statement's Closing Date on the amount of the purchase balance you pay by the Payment Due Date following our payment allocation method.

**CALCULATION OF BALANCES SUBJECT TO INTEREST RATE**
Average Balance Method (including new Balance Transfers and new Cash Advances):
We calculate separate Balances Subject to an Interest Rate for Balance Transfers, Cash Advances, and for each Promotional Offer balance consisting of Balance Transfers or Cash Advances. We do this by: (1) calculating a daily balance for each day in this statement's billing cycle; (2) calculating a daily balance for each day prior to this statement's billing cycle but that had a "Pre-Cycle balance"—a Pre-Cycle balance is a Balance Transfer or Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.
To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Balance Transfers, new Cash Advances and Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.
To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle balance, we take the beginning balance attributable solely to Pre-Cycle balances (which will be zero on the transaction date of the first Pre-Cycle balance), add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, and add only the applicable Pre-Cycle balances, and their related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

Average Daily Balance Method (including new Purchases):
We calculate separate Balances Subject to an Interest Rate for Purchases and for each Promotional Offer balance consisting of Purchases. We do this by: (1) calculating a daily balance for each day in the billing cycle; (2) adding all the daily balances together;

**PAYMENTS**
We credit mailed payments as of the date received, if the payment is: (1) received by 5 p.m. local time at the address shown on the remittance slip on the front of your monthly statement; (2) paid with a check drawn in U.S. dollars on a U.S. financial institution or U.S. dollar money order; and (3) sent in the return envelope with only the remittance portion of your statement accompanying it. Payments received by mail after 5 p.m. local time at the remittance address on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. Payments made online or by phone will be credited as of the date of receipt if made by 5 p.m. Central time. Credit for any other payments may be delayed up to five days.
No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.
We process most payment checks electronically by using the information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you. For more information or to stop the electronic funds transfers, call us at the number listed on the front.
If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop payment, your letter must reach us at least three business days before the automatic payment is scheduled to occur.

and (3) dividing the sum of the daily balances by the number of days in the billing cycle.
To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Purchases, new Account Fees, and new Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero. If the Previous Balance shown on this statement was paid in full in this statement's billing cycle, then on the day after that payment in full date, we exclude from the beginning balance new Purchases, new Account Fees and new Transaction Fees which posted on or before that payment in full date, and we do not add new Purchases, new Account Fees, or new Transaction Fees which post after that payment in full date.
We include the fees for credit card debt cancellation or credit insurance purchased through us in calculating the beginning balance for the first day of the billing cycle after the billing cycle in which such fees are billed.

**TOTAL INTEREST CHARGE COMPUTATION**
Interest Charges accrue and are compounded on a daily basis. To determine the Interest Charges we multiply each Balance Subject to Interest Rate by its applicable Daily Periodic Rate and that result by the number of days in the billing cycle. To determine the total Interest Charge for the billing cycle, we add the Periodic Rate Interest Charges together. A Daily Periodic Rate is calculated by dividing an Annual Percentage Rate by 365.

**HOW WE ALLOCATE YOUR PAYMENTS**
If your account has balances with different APRs, we will allocate the amount of your payment equal to the Total Minimum Payment Due to the lowest APR balance first (including transactions made after this statement). Payment amounts in excess of your Total Minimum Payment Due will be applied to balances with higher APRs before balances with lower APRs.

**IMPORTANT INFORMATION ABOUT PAYMENTS BY PHONE**
When using the optional Pay-by-Phone service, you authorize us to initiate an electronic payment from your account at the financial institution you designate. You must authorize the amount and timing of each payment. For your protection, we will ask for security information. A fee may apply. To cancel, call us before the scheduled payment date. Same-day payments cannot be edited or canceled.

**MISCELLANEOUS**
For the complete terms and conditions of your account, consult your Credit Card Agreement. FIA Card Services is a trademark of FIA Card Services, N.A. This account is issued and administered by FIA Card Services, N.A.

If your billing address or contact information has changed, or if your address is incorrect as it appears on this bill, please provide all corrections here.

Address 1 ___
Address 2 ___
City ___
State ___  Zip ___
Area Code & Home Phone ___
Area Code & Work Phone ___

FIA103



━━━━━1158
May 5 - June 3, 2010
Page 3 of 4

## Transactions continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Interest Charged** | | | | |
| 06/03 | 06/03 | Interest Charged on Cash Advances | | | 0.00 | |
| 06/03 | 06/03 | Interest Charged on Purchases | | | 36.29 | |
| | | **TOTAL INTEREST FOR THIS PERIOD** | | | | $36.29 |

| 2010 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2010 | $0.00 |
| Total interest charged in 2010 | $221.48 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|
| Balance Transfers | 8.90%V | | | $ 0.00 | $ 0.00 |
| Cash Advances | 24.99%V | | | $ 0.00 | $ 0.00 |
| Purchases | 8.90%V | | | $4,961.06 | $36.29 |

APR Type Definitions: Daily Interest Rate Type: V= Variable Rate (rate may vary)

## Rewards



| WORLDPOINTS | | |
|---|---|---|
| 99 | MONTHLY EARNINGS | |
| 0 | BONUS POINTS THIS MONTH | |
| 5,992 | POINTS AVAILABLE | |

## Of Special Interest

Redeeming your points is as easy as 1,2,3. Go online to reward yourself today with one of many Apple® products available at www.bankofamerica.com/worldpoints.

FIA104

 **WorldPoints**

RICHARD A HADSELL
Account Number: ▮▮▮▮▮1158
April 6 - May 4, 2010

**Account Information:**
www.bankofamerica.com

**Mail billing inquiries to:**
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE
19850-5026

**Mail payments to:**
BANK OF AMERICA
P.O. BOX 301200
LOS ANGELES, CA
90030-1200

**Customer Service:**
1.800.421.2110
(1.800.346.3178 TTY)

## Payment Information

| | |
|---|---|
| New Balance Total | $4,939.96 |
| Current Payment Due | $83.00 |
| Total Minimum Payment Due | $83.00 |
| Payment Due Date | 6/2/10 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the minimum payment | 21 years | $8,321.70 |
| $156.93 | 36 months | $5,649.48 (Savings = $2,672.22) |

If you would like information about credit counseling services, call 1-866-300-5238.

## Account Summary

| | |
|---|---|
| Previous Balance | $4,995.02 |
| Payments and Other Credits | -90.00 |
| Purchases and Adjustments | 0.00 |
| Fees Charged | 0.00 |
| Interest Charged | 34.94 |
| New Balance Total | $4,939.96 |
| Credit Line | $5,000.00 |
| Credit Available | $60.04 |
| Statement Closing Date | 5/4/10 |
| Days in Billing Cycle | 29 |

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Payments and Other Credits** | | | | |
| | 04/12 | PAYMENT ONLINE - EP | | | -90.00 | |
| | | | | | | -$90.00 |
| 05/04 | 05/04 | **Interest Charged** | | | | |
| 05/04 | 05/04 | Interest Charged on Balance Transfers | | | 0.00 | |
| | | Interest Charged on Cash Advances | | | 0.00 | |
| | | continued on next page... | | | | |

04    0049399600008300000090000000▮▮▮▮▮1158

BANK OF AMERICA
P.O. BOX 301200
LOS ANGELES, CA 90030-1200

Account Number: ▮▮▮▮▮1158

| | |
|---|---|
| New Balance Total | $4,939.96 |
| Minimum Payment Due | 83.00 |
| Payment Due Date | 06/02/10 |

Enter payment amount  $

RICHARD A HADSELL
1515 E CHASE AVE
EL CAJON CA 92020-8267

☐ **Check here for a change of mailing address or phone numbers.** Please provide all corrections on the reverse side.
Mail this coupon along with your check payable to: BANK OF AMERICA

⑈524022250⑈  1158⑈

FIA105

**IMPORTANT INFORMATION ABOUT THIS ACCOUNT**                                   USE311 Rev. 02/10

**CUSTOMER STATEMENT OF DISPUTED ITEM** - Please call toll-free 1.866.866.0818 Monday-Thursday 8 a.m.-8 p.m., Friday 8 a.m.-7 p.m. and Saturday 8 a.m.-5 p.m. Eastern. *For prompt service, please have the merchant reference number(s) available for the charge(s) in question.*

PLEASE DO NOT ALTER WORDING ON THIS FORM AND DO NOT MAIL YOUR LETTER OR FORM WITH YOUR PAYMENT.                    Choose only one dispute reason.

Your Name: _____                          Account Number: _____

Transaction Date: _____   Posting Date: _____            Reference Number: _____

Amount $: _____   Disputed Amount $: _____               Merchant Name: _____

☐ 1. The amount of the charge was increased from $_____ to $_____ or my sales slip was added incorrectly. Enclosed is a copy of the sales slip that shows the correct amount.

☐ 2. I certify that the charge listed above was not made by me or a person authorized by me to use my card, nor were the goods or services represented by the transaction received by me or a person authorized by me.

☐ 3. I have not received the merchandise that was to be shipped to me on ___/___/___ (MM/DD/YY). I have asked the merchant to credit my account.

☐ 4. I was issued a credit slip that was not shown on my statement. A copy of my credit slip is enclosed. The merchant has up to 30 days to credit your account.

☐ 5. Merchandise that was shipped to me has arrived damaged and/or defective. I returned it on ___/___/___ (MM/DD/YY) and asked the merchant to credit my account. Attach a letter describing how the merchandise was damaged and/or defective and a copy of the proof of return.

☐ 6. Although I did engage in the above transaction, I have contacted the merchant, returned the merchandise on ___/___/___ (MM/DD/YY) and requested a credit. I either did not receive this credit or it was unsatisfactory. Attach a letter explaining why you are disputing this charge with a copy of the proof of return. If you are unable to return the merchandise, please explain.

☐ 7. I certify that the charge in question was a single transaction, but was posted twice to my statement. I did not authorize the second transaction. Sale #1 $_____ Reference # _____ Sale #2 $_____ Reference # _____

☐ 8. I notified the merchant on ___/___/___ (MM/DD/YY) to cancel the pre-authorized order (reservation). Please make cancellation # until if available; enclose a copy of your contract and a copy of your telephone bill showing date and time of cancellation. Reason for cancellation/ cancellation#:

☐ 9. Although I did engage in the above transaction, I have contacted the merchant for credit. The service to be provided on ___/___/___ (MM/DD/YY) were not received or were unsatisfactory. Attach a letter describing the services expected, your attempts to resolve with the merchant and a copy of your contract.

☐ 10. I certify that I do not recognize the transaction. Merchants often provide telephone numbers next to their name on your billing statement. Please attempt to contact the merchant for information.

☐ 11. If your dispute is for a different reason, please contact us at the above telephone number.

Signature (required)#: _____   Date: _____

Best contact telephone #: _____   Home #: _____

Billing rights are only preserved by written inquiry. To preserve your billing rights, please return a copy of this form and any supporting information regarding the merchant charges in question to: Attn: Billing Inquiries, P.O. Box 15026, Wilmington, DE 19850-5026, URA.

PLEASE KEEP THE ORIGINAL FOR YOUR RECORDS AND SEND A COPY OF THIS STATEMENT.

---

**GRACE PERIOD**

"Grace Period" means the period of time during a billing cycle when you will not accrue interest on certain transactions or balances. There is no Grace Period for Balance Transfers or Cash Advances. If you pay in full this statement's New Balance Total by its Payment Due Date and if you paid in full this statement's Previous Balance in this statement's billing cycle, then you will have a Grace Period during the billing cycle that began the day after this statement's Closing Date on the Purchase portions of this statement's New Balance Total. If you do not pay in full this statement's New Balance Total by its Payment Due Date but you paid in full this statement's Previous Balance by its Payment Due Date, then you will have a Grace Period during the billing cycle that began the day after this statement's Closing Date on the amount of the purchase balance you pay by the Payment Due Date following the amount of the payment allocation method.

**CALCULATION OF BALANCES SUBJECT TO INTEREST RATE**

*Average Balance Method (including new Balance Transfers and new Cash Advances):* We calculate separate Balances Subject to an Interest Rate for Balance Transfers, Cash Advances, and for each Promotional Offer balance consisting of Balance Transfers or Cash Advances. We do this by: (1) calculating a daily balance for each day in this statement's billing cycle; (2) calculating a daily balance for each day prior to this statement's billing cycle that had a "Pre-Cycle balance"—a Pre-Cycle balance is a Balance Transfer or Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Balance Transfers, new Cash Advances and Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle balance, we take the beginning balance attributable solely to Pre-Cycle balances (which will be zero on the transaction date of the first Pre-Cycle balance), add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, and add any Pre-Cycle balance and its related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

*Average Daily Balance Method (including new Purchases):* We calculate separate Balances Subject to an Interest Rate for Purchases and for each Promotional Offer balance consisting of Purchases. We do this by: (1) calculating a daily balance for each day in the billing cycle; (2) adding all the daily balances together;

**PAYMENTS**

We credit mailed payments as of the date received, if the payment is: (1) received by 5 p.m. local time at the address shown on the remittance slip on the front of your monthly statement; (2) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order; and (3) sent in the return envelope with only the remittance portion of your statement accompanying it. Payments received by mail after 5 p.m. local time at the remittance address on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. Payments made online or by phone will be credited as of the date of receipt if made by 8 p.m. Central time. Credit for any other payments may be delayed up to five days.

No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process most payment checks electronically by using the information found on your check. Each check authorizes us to create a one-time electronic funds transfer to process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you. For more information or to stop the electronic funds transfer, call us at the number listed on the front.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop payment, your letter must reach us at least three business days before the automatic payment is scheduled to occur.

and (3) dividing the sum of the daily balances by the number of days in the billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Purchases, new Account Fees, and new Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero. If the Previous Balance shown on this statement was paid in full in this statement's billing cycle, then on the day after that payment in full date, we exclude from the beginning balance new Purchases, new Account Fees and new Transaction Fees which posted on or before that payment in full date, and we do not add new Purchases, new Account Fees, or new Transaction Fees which posted after that payment in full date.

We include the fees for credit card debt cancellation or credit insurance purchased through us in calculating the beginning balance for the first day of the billing cycle after the billing cycle in which such fees are billed.

**TOTAL INTEREST CHARGE COMPUTATION**

Interest Charges accrue and are compounded on a daily basis. To determine the Interest Charges we multiply each Balance Subject to Interest Rate by its applicable Daily Periodic Rate and that result by the number of days in the billing cycle. To determine the total Interest Charge for the billing cycle, we add all the Periodic Rate Interest Charges together. A Daily Periodic Rate is calculated by dividing an Annual Percentage Rate by 365.

**HOW WE ALLOCATE YOUR PAYMENTS**

If your account has balances with different APRs, we will allocate the amount of your payment equal to the Total Minimum Payment Due to the lowest APR balances first (including transaction fees made after this statement). Payment amounts in excess of your Total Minimum Payment Due will be applied to balances with higher APRs before balances with lower APRs.

**IMPORTANT INFORMATION ABOUT PAYMENTS BY PHONE**

When using the optional Pay-by-Phone service, you authorize us to initiate an electronic payment from your account at the financial institution you designate. You must authorize the amount and timing of each payment. For your protection, we will ask for security information. A fee may apply. To cancel, call us before the scheduled payment date. Same-day payments cannot be edited or canceled.

**MISCELLANEOUS**

For the complete terms and conditions of your account, consult your Credit Card Agreement. FIA Card Services is a trademark of FIA Card Services, N.A. This account is issued and administered by FIA Card Services, N.A.

---

If your billing address or contact information has changed, or if your address is incorrect as it appears on this bill, please provide all corrections here.

Address 1 _____

Address 2 _____

City _____

State _____   Zip _____

Area Code & Home Phone _____

Area Code & Work Phone _____

FIA106

 **WorldPoints**

████████ 1158
April 6 - May 4, 2010
Page 3 of 4

## Transactions continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| 05/04 | 05/04 | Interest Charged<br>Interest Charged on Purchases<br>TOTAL INTEREST FOR THIS PERIOD | | | 34.94 | $34.94 |

| 2010 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2010 | $0.00 |
| Total interest charged in 2010 | $185.19 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|
| Balance Transfers | 8.90%V | | | $ 0.00 | $ 0.00 |
| Cash Advances | 24.99%V | | | $ 0.00 | $ 0.00 |
| Purchases | 8.90%V | | | $4,940.54 | $34.94 |

APR Type Definitions: Daily Interest Rate Type: V= Variable Rate (rate may vary)

## Rewards

 **WorldPoints**

WORLDPOINTS
0   MONTHLY EARNINGS
0   BONUS POINTS THIS MONTH
5,893   POINTS AVAILABLE

## Of Special Interest

Start managing your account the fast, easy way and sign-up for online banking at bankofamerica.com. Once enrolled - go green with paperless statements.

Find the perfect gift for your dad or graduate at the WorldPoints Mall and earn bonus points for yourself. Visit www.bankofamerica.com/worldpointsmall.

FIA107

**WorldPoints**

RICHARD A HADSELL
Account Number: ████████1158
March 4 - April 5, 2010

**Account Information:**
www.bankofamerica.com

Mail billing inquiries to:
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE
19850-5026

Mail payments to:
BANK OF AMERICA
P.O. BOX 301200
LOS ANGELES, CA
90030-1200

Customer Service:
1.800.421.2110
(1.800.346.3178 TTY)

### Payment Information

| | |
|---|---|
| New Balance Total | $4,995.02 |
| Current Payment Due | $89.00 |
| Total Minimum Payment Due | $89.00 |
| Payment Due Date | 5/2/10 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the minimum payment | 21 years | $8,410.99 |
| $158.68 | 36 months | $5,712.48 (Savings = $2,698.51) |

If you would like information about credit counseling services, call 1-866-300-5238.

### Account Summary

| | |
|---|---|
| Previous Balance | $4,915.94 |
| Payments and Other Credits | -90.00 |
| Purchases and Adjustments | 128.95 |
| Fees Charged | 0.00 |
| Interest Charged | 40.13 |
| New Balance Total | $4,995.02 |
| Credit Line | $5,000.00 |
| Credit Available | $4.98 |
| Statement Closing Date | 4/5/10 |
| Days in Billing Cycle | 33 |

### Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Payments and Other Credits** | | | | |
| | 03/12 | PAYMENT ONLINE - EP | | | -90.00 | |
| | | | | | | -$90.00 |
| | | **Purchases and Adjustments** | | | | |
| 03/03 | 03/04 | GROUP M MARKETING, INC 05122635151 TX | 0030 | 1158 | 99.00 | |
| 03/14 | 03/15 | WEBROOT SOFTWARE, INC. 08666124268 CO | 9678 | 1158 | 29.95 | |
| | | | | | | $128.95 |

04    00499502000089000000900000█████████1158

BANK OF AMERICA
P.O. BOX 301200
LOS ANGELES, CA 90030-1200

Account Number: █████████168

| | |
|---|---|
| New Balance Total | $4,995.02 |
| Minimum Payment Due | 89.00 |
| Payment Due Date | 05/02/10 |

RICHARD A HADSELL
1515 E CHASE AVE
EL CAJON CA 92020-8267

Enter payment amount   $

☐ *Check here for a change of mailing address or phone numbers.*
*Please provide all corrections on the reverse side.*
Mail this coupon along with your check payable to: BANK OF AMERICA

⑆524022250⑆  ⑈1158⑈

FIA108

**IMPORTANT INFORMATION ABOUT THIS ACCOUNT**  USE311 Rev. 02/10

**CUSTOMER STATEMENT OF DISPUTED ITEM** – *Please call toll-free 1.866.866.0218 Monday-Thursday 8 a.m.-9 p.m., Friday 8 a.m.-7 p.m. and Saturday 8 a.m.-6 p.m. Eastern. For prompt service, please have the merchant reference number(s) available for the charge(s) in question.*

PLEASE DO NOT ALTER WORDING ON THIS FORM AND DO NOT MAIL YOUR LETTER OR FORM WITH YOUR PAYMENT.                                                                  Choose only one dispute reason.

Your Name:
Transaction Date:                          Posting Date:
Amount: $:                                 Disputed Amount: $:

Account Number:
Reference Number:
Merchant Name:

☐ 1. The amount of the charge was increased from $_____ to $_____, or my sales slip was added incorrectly. Enclosed is a copy of the sales slip that shows the correct amount.

☐ 2. I certify that the charge listed above was not made by me or a person authorized by me to use my card, nor were the goods or services represented by the transaction received by me or a person authorized by me.

☐ 3. I have not received the merchandise that was to be shipped to me on ___/___/___ (MM/DD/YY). I have asked the merchant to credit my account.

☐ 4. I was issued a credit slip that was not shown on my statement. A copy of my credit slip is enclosed. The merchant has up to 30 days to credit your account.

☐ 5. Merchandise that was shipped to me has arrived damaged and/or defective. I returned it on ___/___/___ (MM/DD/YY) and asked the merchant to credit my account. Attach a letter describing how the merchandise was damaged and/or defective and a copy of the proof of return.

☐ 6. Although I did engage in the above transaction, I have contacted the merchant, returned the merchandise on ___/___/___ (MM/DD/YY) and requested a credit. Either I did not receive this credit or it was unsatisfactory. Attach a letter explaining why you are disputing this charge with a copy of the proof of return. If you are unable to return the merchandise, please explain.

☐ 7. I certify that the charge in question was a single transaction, but was posted twice to my statement. I did not authorize the second transaction. Sale #1 $ ___ Reference # ___ Sale #2 $ ___ Reference # ___

☐ 8. I notified the merchant on ___/___/___ (MM/DD/YY) to cancel the pre-authorized order (reservation). Please note cancellation # and I avail of reservation (copy of your contract and a copy of your telephone bill showing date and time of cancellation). Reason for cancellation/cancellation #: ___

☐ 9. Although I did engage in the above transaction, I have contacted the merchant for credit. The services to be provided on ___/___/___ (MM/DD/YY) were not received or were unsatisfactory. Attach a letter describing the services expected, your attempts to resolve with the merchant and a copy of your contract.

☐ 10. I certify that I do not recognize the transaction. Merchants often provide telephone numbers next to their name on your billing statement. Please attempt to contact the merchant for information.

☐ 11. If you dispute is for a different reason, please contact us at the above telephone number.

Signature (required): ___                          Date: ___
Best contact telephone #: ___  Home #: ___

Billing rights are only preserved by written inquiry. To preserve your billing rights, please return a copy of this form and any supporting information regarding the merchant charge in question to: Attn: Billing Inquiries, P.O. Box 15026, Wilmington, DE 19850-5026, USA.

PLEASE KEEP THE ORIGINAL FOR YOUR RECORDS AND SEND A COPY OF THIS STATEMENT.

**GRACE PERIOD**

"Grace Period" means the period of time during a billing cycle when you will not accrue interest on certain transactions or balances. There is no Grace Period for Balance Transfers or Cash Advances. If you pay in full this statement's New Balance Total by its Payment Due Date and if you paid in full this statement's Previous Balance in this statement's billing cycle, then you will have a Grace Period during the billing cycle that began the day after this statement's Closing Date on the Purchase portions of this statement's New Balance Total. If you do not pay in full this statement's New Balance Total by its Payment Due Date but you paid in full this statement's Previous Balance by its Payment Due Date, then you will have a Grace Period during the billing cycle that began the day after this statement's Closing Date on the amount of the purchase balance you pay by the Payment Due Date following our payment allocation method.

**CALCULATION OF BALANCES SUBJECT TO INTEREST RATE**

Average Balance Method (including new Balance Transfers and new Cash Advances):

We calculate separate Balances Subject to an Interest Rate for Balance Transfers, Cash Advances, and for each Promotional Offer balance consisting of Balance Transfers or Cash Advances. We do this by: (1) calculating a daily balance for each day in this statement's billing cycle; (2) calculating a daily balance for each day prior to this statement's billing cycle that had a "Pre-Cycle balance" —a Pre-Cycle balance is a Balance Transfer or Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Balance Transfers, new Cash Advances and Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle balance, we take the beginning balance attributable solely to Pre-Cycle balances (which will be zero on the transaction date of the first Pre-Cycle balance), add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, and add only the applicable Pre-Cycle balances, and their related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

Average Daily Balance Method (including new Purchases):

We calculate separate Balances Subject to an Interest Rate for Purchases and for each Promotional Offer balance consisting of Purchases. We do this by: (1) calculating a daily balance for each day in the billing cycle; (2) adding all the daily balances together;

and (3) dividing the sum of the daily balances by the number of days in the billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Purchases, new Account Fees, and new Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero. If the Previous Balance shown on this statement was paid in full in this statement's billing cycle, then on the day after that payment in full date, we exclude from the beginning balance new Purchases, new Account Fees and new Transaction Fees which posted on or before that payment in full date, and we do not add new Purchases, new Account Fees, or new Transaction Fees which post after that payment in full date.

We include the fees for credit card debt cancellation or credit insurance purchased through us in calculating the beginning balance for the first day of the billing cycle after the billing cycle in which such fees are billed.

**TOTAL INTEREST CHARGE COMPUTATION**

Interest Charges accrue and are compounded on a daily basis. To determine the Interest Charges we multiply each Balance Subject to Interest Rate by its applicable Daily Periodic Rate and that result by the number of days in the billing cycle. To determine the total Interest Charge for the billing cycle, we add the Periodic Rate Interest Charges together. A Daily Periodic Rate is calculated by dividing an Annual Percentage Rate by 365.

**HOW WE ALLOCATE YOUR PAYMENTS**

If your account has balances with different APRs, we will allocate the amount of your payment equal to the Total Minimum Payment Due to the lowest APR balances first (including transactions made after this statement). Payment amounts in excess of your Total Minimum Payment Due will be applied to balances with higher APRs before balances with lower APRs.

**IMPORTANT INFORMATION ABOUT PAYMENTS BY PHONE**

When using the optional Pay-by-Phone service, you authorize us to initiate an electronic payment from your account at the financial institution you designate. You must authorize the amount and timing of each payment. For your protection, we will ask for security information. A fee may apply. To cancel, call us before the scheduled payment date. Same-day payments cannot be edited or canceled.

**MISCELLANEOUS**

For the complete terms and conditions of your account, consult your Credit Card Agreement. FIA Card Services is a tradename of FIA Card Services, N.A. This account is issued and administered by FIA Card Services, N.A.

**PAYMENTS**

We credit mailed payments as of the date received, if the payment is: (1) received by 5 p.m. local time at the address shown on the remittance slip on the front of your monthly statement; (2) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order; and (3) sent in the return envelope with only the remittance portion of your statement accompanying it. Payments received by mail after 5 p.m. local time at the remittance address on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. Payments made online or by phone will be credited as of the date of receipt if made by 5 p.m. Central time. Credit for any other payments may be delayed up to five days.

No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process most payment checks electronically by using the information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you. For more information or to stop the electronic funds transfers, call us at the number listed on the front.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop payment, your letter must reach us at least three business days before the automatic payment is scheduled to occur.

If your billing address or contact information has changed, or if your address is incorrect as it appears on this bill, please provide all corrections here.

Address 1  ___

Address 2  ___

City  ___

State  ___  Zip  ___

Area Code &
Home Phone  ___

Area Code &
Work Phone  ___

FIA109



████████ 1159
March 4 - April 5, 2010
Page 3 of 4

## Transactions continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | Interest Charged | | | | |
| 04/05 | 04/05 | Interest Charged on Balance Transfers | | | 0.00 | |
| 04/05 | 04/05 | Interest Charged on Cash Advances | | | 0.00 | |
| 04/05 | 04/05 | Interest Charged on Purchases | | | 40.13 | |
| | | TOTAL INTEREST FOR THIS PERIOD | | | | $40.13 |

### 2010 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2010 | $0.00 |
| Total interest charged in 2010 | $150.25 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|
| Balance Transfers | 8.90%V | | | $ 0.00 | $ 0.00 |
| Cash Advances | 24.99%V | | | $ 0.00 | $ 0.00 |
| Purchases | 8.90%V | | | $4,987.10 | $40.13 |

APR Type Definitions: Daily Interest Rate Type: V= Variable Rate (rate may vary)

## Rewards



WORLDPOINTS
129   MONTHLY EARNINGS
0   BONUS POINTS THIS MONTH
5,893   POINTS AVAILABLE

## Of Special Interest

Need your Year-End Summary quickly? Call 1.866.491.1142 to order yours and have it delivered within 4 business days for only $19.95.

Congratulations. You have points to redeem. Check out the Apple® products available online. Redeem now at www.bankofamerica.com/worldpoints

FIA110

 **WorldPoints**

RICHARD A HADSELL
Account Number: ████████/1158
February 3 - March 3, 2010

**Account Information:**
www.bankofamerica.com

**Mail billing inquiries to:**
BANK OF AMERICA
P.O. BOX 15028
WILMINGTON, DE
19850-5028

**Mail payments to:**
BANK OF AMERICA
P.O. BOX 301200
LOS ANGELES, CA
90030-1200

**Customer Service:**
1.800.421.2110
(1.800.348.3178 TTY)

## Payment Information

| | |
|---|---|
| New Balance Total | $4,915.94 |
| Current Payment Due | $82.00 |
| Total Minimum Payment Due | $82.00 |
| Payment Due Date | 4/2/10 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the minimum payment | 21 years | $8,260.83 |
| $156.17 | 36 months | $5,622.12 (Savings = $2,638.71) |

If you would like information about credit counseling services, call 1-866-300-5238.

## Account Summary

| | |
|---|---|
| Previous Balance | $4,957.11 |
| Payments and Other Credits | -174.00 |
| Purchases and Adjustments | 99.00 |
| Fees Charged | 0.00 |
| Interest Charged | 33.83 |
| New Balance Total | $4,915.94 |
| Credit Line | $5,000.00 |
| Credit Available | $84.06 |
| Statement Closing Date | 3/3/10 |
| Days in Billing Cycle | 28 |

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Payments and Other Credits** | | | | |
| | 02/12 | PAYMENT ONLINE - EP | | | -90.00 | |
| 02/25 | 02/26 | PAYMENT ONLINE - EP | | | -84.00 | |
| | | | | | | -$174.00 |
| | | **Purchases and Adjustments** | | | | |
| 02/13 | 02/15 | GROUP M MARKETING, INC 05122636161  TX | 0051 | 1158 | 99.00 | |
| | | | | | | $99.00 |

04    00491594000082000000840000██████████1158

BANK OF AMERICA
P.O. BOX 301200
LOS ANGELES, CA 90030-1200

Account Number: ████████1158

| | |
|---|---|
| New Balance Total | $4,915.94 |
| Minimum Payment Due | 82.00 |
| Payment Due Date | 04/02/10 |

Enter payment amount   $

☐ *Check here for a change of mailing address or phone numbers. Please provide all corrections on the reverse side.*

Mail this coupon along with your check payable to: Bank of America

RICHARD A HADSELL
1515 E CHASE AVE
EL CAJON CA 92020-8267

⑆524022250⑆  1158⑈

FIA111

**IMPORTANT INFORMATION ABOUT THIS ACCOUNT**   USE311 Rev. 02/10

**CUSTOMER STATEMENT OF DISPUTED ITEM** - Please call toll-free 1.800.800.0216 Monday-Thursday 8 a.m.-8 p.m., Friday 8 a.m.-7 p.m. and Saturday 8 a.m.-5 p.m. Eastern. For prompt service, please have the merchant reference number(s) available for the charge(s) in question.

PLEASE DO NOT ALTER WORDING ON THIS FORM AND DO NOT MAIL YOUR LETTER OR FORM WITH YOUR PAYMENT.   Choose only one dispute reason.

Your Name: _____

Transaction Date: _____   Posting Date: _____   Account Number: _____

Amount $: _____   Disputed Amount $: _____   Reference Number: _____

Merchant Name: _____

☐ 1. The amount of the charge was increased from $ _____ to $ _____ or my sales slip was added incorrectly. Enclosed is a copy of the sales slip that shows the correct amount.

☐ 2. I certify that the charge listed above was not made by me or a person authorized by me to use my card, nor were the goods or services represented by the transaction received by me or a person authorized by me.

☐ 3. I have not received the merchandise that was to be shipped to me on __/__/__ (MM/DD/YY). I have asked the merchant to credit my account.

☐ 4. I was issued a credit slip that was not shown on my statement. A copy of my credit slip is enclosed. The merchant has up to 30 days to credit your account.

☐ 5. Merchandise that was shipped to me has arrived damaged and/or defective. I returned it on __/__/__ (MM/DD/YY) and asked the merchant to credit my account. Attach a letter describing how the merchandise was damaged and/or defective and a copy of the proof of return.

☐ 6. Although I did engage in the above transaction, I have contacted the merchant, returned the merchandise on __/__/__ (MM/DD/YY) and requested a credit. I either did not receive this credit or it was unsatisfactory. Attach a letter explaining why you are disputing this charge with a copy of the proof of return. If you are unable to return the merchandise, please explain.

☐ 7. I certify that the charge in question was a single transaction, but was posted twice to my statement. I did not authorize the second transaction. Rule #1 is _____. Reference # _____. Sale #2 is _____. Reference # _____.

☐ 8. I notified the merchant on __/__/__ (MM/DD/YY) to cancel the pre-authorized order (reservation). Please note cancellation # and if available, enclose a copy of your contract and a copy of your telephone bill showing date and time of cancellation. Reason for cancellation/cancellation #: _____

☐ 9. Although I did engage in the above transaction, I have contacted the merchant for credit. The services to be provided on __/__/__ (MM/DD/YY) were not received or were unsatisfactory. Attach a letter describing the services expected, your attempts to resolve with the merchant and a copy of your contract.

☐ 10. I certify that I do not recognize the transaction. Merchants often provide telephone numbers next to their name on your billing statement. Please attempt to contact the merchant for information.

☐ 11. If your dispute is for a different reason, please contact us at the above telephone number.

Signature (required): _____   Date: _____

Best contact telephone #: _____ Home #: _____

Billing rights are only preserved by written inquiry. To preserve your billing rights, please return a copy of this form and any supporting information regarding the merchant charge in question to: Attn: Billing Inquiries, P.O. Box 15026, Wilmington, DE 19850-5026, USA.

PLEASE KEEP THE ORIGINAL FOR YOUR RECORDS AND SEND A COPY OF THIS STATEMENT.

**GRACE PERIOD**

"Grace Period" means the period of time during a billing cycle when you will not accrue interest on certain transactions or balances. There is no Grace Period for Balance Transfers or Cash Advances. If you pay in full this statement's New Balance Total by its Payment Due Date and if you paid in full this statement's Previous Balance in this statement's billing cycle, then your will have a Grace Period during the billing cycle that began the day after this statement's Closing Date on the Purchase portions of this statement's New Balance Total. If you do not pay in full this statement's New Balance Total by its Payment Due Date but you paid in full this statement's Previous Balance by its Payment Due Date, then you will have a Grace Period during the billing cycle that began the day after this statement's Closing Date on the amount of the purchase balance you pay by the Payment Due Date following our payment allocation method.

**CALCULATION OF BALANCES SUBJECT TO INTEREST RATE**

Average Balance Method (including new Balance Transfers and new Cash Advances):

We calculate separate Balances Subject to an Interest Rate for Balance Transfers, Cash Advances, and for each Promotional Offer balance consisting of Balance Transfers or Cash Advances. We do this by: (1) calculating a daily balance for each day in this statement's billing cycle; (2) calculating a daily balance for each day prior to this statement's billing cycle that had a "Pre-Cycle balance"—a Pre-Cycle balance is a Balance Transfer or Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Balance Transfers, new Cash Advances and Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle balance, we take the beginning balance attributable only to Pre-Cycle balances (which will be zero on the transaction date of the first Pre-Cycle balance), add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, and add only the applicable Pre-Cycle balances, and their related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

Average Daily Balance Method (including new Purchases):

We calculate separate Balances Subject to an Interest Rate for Purchases and for each Promotional Offer balance consisting of Purchases. We do this by: (1) calculating a daily balance for each day in the billing cycle; (2) adding all the daily balances together;

**PAYMENTS**

We credit mailed payments as of the date received, if the payment is: (1) received by 5 p.m. local time at the address shown on the remittance slip on the front of your monthly statement; (2) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order; and (3) sent in the return envelope with only the remittance portion of your statement accompanying it. Payments received by mail after 5 p.m. local time at the remittance address on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. Payments made online or by phone will be credited as of the date of receipt if made by 5 p.m. Central time. Credit for any other payments may be delayed up to five days.

No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process most payments electronically by using the information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you. For more information or to stop the electronic funds transfers, call us at the number listed on the front.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop payment, your letter must reach us at least three business days before the automatic payment is scheduled to occur.

and (3) dividing the sum of the daily balances by the number of days in the billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Purchases, new Account Fees, and new Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero. If the Previous Balance shown on this statement was paid in full in this statement's billing cycle, then on the day after that payment in full date, we exclude from the beginning balance new Purchases, new Account Fees and new Transaction Fees which posted on or before that payment in full date, and we do not add new Purchases, new Account Fees, or new Transaction Fees which post after that payment in full date.

We include the fees for credit card debt cancellation or credit insurance purchased through us in calculating the beginning balance for the third day of the billing cycle after the billing cycle in which such fees are billed.

**TOTAL INTEREST CHARGE COMPUTATION**

Interest Charges accrue and are compounded on a daily basis. To determine the Interest Charges we multiply each Balance Subject to Interest Rate by its applicable Daily Periodic Rate and that result by the number of days in the billing cycle. To determine the total Interest Charge for the billing cycle, we add the Periodic Rate Interest Charges together. A Daily Periodic Rate is calculated by dividing an Annual Percentage Rate by 365.

**HOW WE ALLOCATE YOUR PAYMENTS**

If your account has balances with different APRs, we will allocate the amount of your payment equal to the Total Minimum Payment Due to the lowest APR balances first (including transactions made after this statement). Payment amounts in excess of your Total Minimum Payment Due will be applied to balances with higher APRs before balances with lower APRs.

**IMPORTANT INFORMATION ABOUT PAYMENTS BY PHONE**

When using the optional Pay-by-Phone service, you authorize us to initiate an electronic payment from your account at the financial institution you designate. You must authorize the amount and timing of each payment. For your protection, we will ask for security information. A fee may apply. To cancel, call us before the scheduled payment date. Same-day payments cannot be edited or canceled.

**MISCELLANEOUS**

For the complete terms and conditions of your account, consult your Credit Card Agreement. FIA Card Services is a trademark of FIA Card Service, N.A. This account is issued and administered by FIA Card Services, N.A.

If your billing address or contact information has changed, or if your address is incorrect as it appears on this bill, please provide all corrections here.

Address 1 _____

Address 2 _____

City _____

State _____   Zip _____

Area Code & Home Phone _____

Area Code & Work Phone _____

FIA112



**WorldPoints**

158
February 3 - March 3, 2010
Page 3 of 4

## Transactions continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | Interest Charged | | | | |
| 03/03 | 03/03 | Interest Charged on Balance Transfers | | | 0.00 | |
| 03/03 | 03/03 | Interest Charged on Cash Advances | | | 0.00 | |
| 03/03 | 03/03 | Interest Charged on Purchases | | | 33.83 | |
| | | TOTAL INTEREST FOR THIS PERIOD | | | | $33.83 |

| 2010 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2010 | $0.00 |
| Total interest charged in 2010 | $110.12 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|
| Balance Transfers | 8.90%V | | | $ 0.00 | $ 0.00 |
| Cash Advances | 24.99%V | | | $ 0.00 | $ 0.00 |
| Purchases | 8.90%V | | | $4,955.33 | $33.83 |

APR Type Definitions: Daily Interest Rate Type: V= Variable Rate (rate may vary)

## Rewards



**WorldPoints**

WORLDPOINTS
99    MONTHLY EARNINGS
0    BONUS POINTS THIS MONTH
5,764    POINTS AVAILABLE

## Of Special Interest

Need your Year-End Summary quickly? Call 1.866.491.1142 to order yours and have it delivered within 4 business days for only $19.95.

FIA113

WorldPoints

**Prepared for:**   RICHARD A HADSELL

**Account Number:** ███████158

**February 2010 Statement**
Credit Line: $5,000.00
Cash or Credit Available: $42.89

## Customer Service
*For information on Your Account Visit*
www.bankofamerica.com
Call toll-free 1-800-626-2656
TDD hearing-impaired 1-800-346-3178
*Mail Payments to:*
BANK OF AMERICA
P.O. BOX 301200
LOS ANGELES, CA 90030-1200
*Mail Billing Inquiries to:*
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026

## Account Information

### Summary of Transactions
| | | |
|---|---|---|
| Previous Balance | | $4,912.05 |
| Payments and Credits | − | $89.00 |
| Purchases and Adjustments, | + | $99.00 |
| Periodic Rate Finance Charges | + | $35.06 |
| Transaction Fee Finance Charges | + | $0.00 |
| New Balance Total | | $4,957.11 |

### Billing Cycle and Payment Information
| | |
|---|---|
| Days in Billing Cycle | 29 |
| Closing Date | 02/03/10 |
| Payment Due Date | 03/02/10 |
| Current Payment Due | $84.00 |
| Past Due Amount + | $0.00 |
| Total Minimum Payment Due | **$84.00** |

## Transactions

| Payments and Credits | Promotional Offer ID | Posting Date | Transaction Date | Reference Number | Account Number | Amount |
|---|---|---|---|---|---|---|
| PAYMENT ONLINE - EP | | 01/12 | | | | 89.00 CR |
| **Purchases and Adjustments** | | | | | | |
| GROUP M MARKETING, INC 05122635151 TX | | 01/08 | 01/05 | 0023 | 1158 | 99.00 |

```
WORLDPOINTS
        99   MONTHLY EARNINGS
         0   BONUS POINTS THIS MONTH
     8,668   POINTS AVAILABLE
```

## Important Information About Your Account

EXCITING CHANGES TO YOUR STATEMENT! STARTING NEXT MONTH YOU'LL FIND A NEW EASY-TO-READ STATEMENT DESIGN THAT PROVIDES YOU WITH MORE DETAILED INFORMATION ABOUT YOUR ACCOUNT.

START MANAGING YOUR ACCOUNT THE FAST, EASY WAY AND SIGN-UP FOR ONLINE BANKING AT BANKOFAMERICA.COM. ONCE ENROLLED - GO GREEN WITH PAPERLESS STATEMENTS.

ORDER YOUR PERSONAL 2009 YEAR-END SUMMARY TO HELP WITH BUDGETING AND TAX PREPARATION BY CALLING 1.866.491.1148 TODAY.

04    0049571100008400000089000000███████158

BANK OF AMERICA
P.O. BOX 301200
LOS ANGELES, CA 90030-1200

RICHARD A HADSELL
1515 E CHASE AVE
EL CAJON CA 92020-8267

☐ Check here for a change of mailing address or phone number(s).
Please provide all corrections on the reverse side.



## Payment Information
ACCOUNT NUMBER: ███████158
NEW BALANCE TOTAL: $4,957.11
PAYMENT DUE DATE: 03/02/10

TOTAL/MINIMUM PAYMENT DUE $84.00

Enter Payment Amount Enclosed
$

*Mail this payment coupon along with a check or money order payable to: BANK OF AMERICA*

Page 1 of 4

⑆ 5 2 4 0 2 2 2 5 0 ⑆  ███████ 1 1 5 8 ⑈



FIA114

**IMPORTANT INFORMATION ABOUT THIS ACCOUNT**

USE211   Rev. 04/08

**CUSTOMER STATEMENT OF DISPUTED ITEM** – Please call toll free 1.866.266.0212 Monday-Thursday 8am-9pm (Eastern Time), Friday 8am-7pm (Eastern Time) and Saturday 8am-6pm (Eastern Time). For prompt service please have the merchant reference number(s) available for the charge(s) in question.

PLEASE DO NOT ALTER WORDING ON THIS FORM AND DO NOT MAIL YOUR LETTER OR FORM WITH YOUR PAYMENT.

Your Name: _____
Transaction Date: _____
Amount $: _____

Posting Date: _____
Disputed Amount $: _____

Account Number: _____
Reference Number: _____
Merchant Name: _____

Check only one dispute reason.

☐ 1. The amount of the charge was increased from $_____ to $_____ or my sales slip was added incorrectly. Enclosed is a copy of the sales slip that shows the correct amount.

☐ 2. I certify that the charge listed above was not made by me or a person authorized by me, nor were the goods or services represented by the transaction received by me or a person authorized by me.

☐ 3. I have not received the merchandise that was to be shipped to me on ___/___/___ (MM/DD/YY). I have asked the merchant to credit my account.

☐ 4. I was issued a credit slip that was not applied to my statement. A copy of my credit slip is enclosed. The merchant has up to 30 days to credit your account.

☐ 5. Merchandise that was shipped to me has arrived damaged and/or defective. I returned it on ___/___/___ (MM/DD/YY) and asked the merchant to credit my account. Attach a letter describing how the merchandise was damaged and/or defective and a copy of the proof of return.

☐ 6. Although I did engage in the above transaction, I have contacted the merchant, received the merchandise on ___/___/___ (MM/DD/YY) and requested a credit. I either did not receive this credit or it was unsatisfactory. Attach a letter explaining why you are disputing this charge with a copy of the proof of return. If you are unable to return the merchandise, please explain.

☐ 7. I certify that the charge in question was a single transaction, but was posted twice to my statement. I did not authorize the second transaction. Sale #1 $_____   Reference # _____   Sale #2 $_____   Reference # _____

☐ 8. I notified the merchant on ___/___/___ (MM/DD/YY) to cancel the pre-authorized order/reservation. Please note cancellation # and if available, enclose a copy of your contract and a copy of your notice to the merchant and a copy of your cancellation.

☐ 9. Although I did engage in the above transaction, I have contacted the merchant for credit. The services to be provided on ___/___/___ (MM/DD/YY) were cancelled or were unsatisfactory. Attach a letter describing the services expected, your attempts to resolve with the merchant and a copy of your contract.

☐ 10. I certify that I do not recognize the transaction. Merchants often provide telephone numbers next to their name on your billing statement. Please attempt to contact the merchant for information.

☐ 11. If your dispute is for a different reason, please contact us at the above telephone number.

Signature (required): _____   Date: _____
Best contact telephone #: _____   Home #: _____

Billing rights are only preserved by written inquiry. To preserve your billing rights, please return a copy of this form and any supporting information regarding the merchant charge in question to: Attn: Billing Inquiries, P.O. Box 15026, Wilmington, DE 19850-5026, USA.

PLEASE KEEP THE ORIGINAL FOR YOUR RECORDS AND SEND A COPY OF THIS STATEMENT.

**GRACE PERIOD**

"Grace Period" means the period of time during a billing cycle when you will not accrue Periodic Rate Finance Charges on certain transactions or balances. There is no Grace Period for Balance Transfers and Cash Advances. If you pay in full this statement's New Balance Total by its Payment Due Date (and if you paid in full this statement's Previous Balance in this statement's billing cycle), then you will have a Grace Period during the billing cycle that began the day after this statement's Closing Date on the Purchase portion of this statement's New Balance Total.

During a 0% Promotional Rate Offer: 1) no Periodic Rate Finance Charges accrue on balances with the 0% Promotional Rate; and 2) you must pay the Total Minimum Payment Due by its Payment Due Date (and avoid any other "promotion turn-off event" as defined in your Credit Card Agreement) to maintain the 0% Promotional Rate.

* If a corresponding Annual Percentage Rate in the Finance Charge Schedule on the front of this statement contains a "**" symbol, then with respect to those balances: 1) the 0% Promotional Rate will expire at the end of the next billing cycle, and 2) you must pay this statement's New Balance Total by its Payment Due Date to avoid Periodic Rate Finance Charges after the end of the 0% Promotional Rate Offer on those balances existing as of the Closing Date of this statement.

**CALCULATION OF BALANCES SUBJECT TO FINANCE CHARGE**

Average Balance Method (including new Balance Transfers and new Cash Advances): We calculate separate Balances Subject to Finance Charge for Balance Transfers, Cash Advances, and for each Promotional Offer balance consisting of Balance Transfers or Cash Advances. We divide this by (1) calculating a daily balance for each day in this statement's billing cycle; (2) calculating a daily balance for each day prior to this statement's billing cycle that had a "Pre-Cycle balance" – a Pre-Cycle balance is a Balance Transfer or Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Balance Transfers, new Cash Advances and and Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle balance, we take the beginning balance attributable solely to Pre-Cycle balances (which will be zero on the transaction date of the first Pre-Cycle balance), add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, and add only the applicable Pre-Cycle balances, and their related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

Average Daily Balance Method (including new Purchases): We calculate a separate Balances Subject to Finance Charge for Purchases and for each Promotional Offer balance consisting of Purchases. We do this by: (1) calculating a daily balance for each day in the billing cycle; (2) adding all the daily balances together; and (3) dividing the sum of the daily balances by the number of days in the billing cycle.

**PAYMENTS**

We credit payments as of the date received, if the payment is 1) received by 5 p.m. (Eastern Time), 2) received at the address shown in the bottom left-hand corner of the front of this statement, 3) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order, and 4) sent in the enclosed return envelope with only the bottom portion of this statement accompanying it. Payments received after 5 p.m. on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. We will reject payments that are not drawn in U.S. dollars and those drawn on a financial institution located outside of the United States. Credit for any other payments may be delayed up to five days. No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process most payments electronically by using the information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you. For more information or to stop the electronic funds transfers, call us at the number listed on the front.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us at least three business days before the automatic payment is scheduled to occur.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Purchases, new Account Fees, and new Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero. If the Previous Balance shown on this statement was paid in full in this statement's billing cycle, then on the day after that payment in full date, we include the beginning balance New Purchases, new Account Fees, and new Transaction Fees which posted on or before that payment in full date, and we do not add new Purchases, new Account Fees, or new Transaction Fees which posted after that payment in full date.

We include the costs for the credit card debt cancellation plan or credit insurance purchased through us in calculating the beginning balance for the first day of the billing cycle after the billing cycle in which such costs are billed.

**TOTAL PERIODIC RATE FINANCE CHARGE COMPUTATION**

Periodic Rate Finance Charges accrue and are compounded on a daily basis. To determine the Periodic Rate Finance Charges, we multiply each Balance Subject to Finance Charge by its applicable Daily Periodic Rate and that result for the number of days in the billing cycle. To determine the total Periodic Rate Finance Charge for the billing cycle, we add the Periodic Rate Finance Charges together. Each Daily Periodic Rate is calculated by dividing its corresponding Annual Percentage Rate by 365.

**HOW WE ALLOCATE YOUR PAYMENTS**

We will allocate your payments in the manner we determine. In most instances, we will allocate your payments to balances (including transactions made after this statement) with lower APRs before balances with higher APRs. This will result in balances with lower APRs (such as new balances with promotional APR offers) being paid before any other existing balances.

**Payment Due Dates and Keeping Your Account in Good Standing**

Your Payment Due Date will not fall on the same day each month. In order to help maintain any promotional rates, avoid the imposition of Default Rates (if applicable), to avoid late fees, and to avoid overlimit fees, we must receive at least the Total Minimum Payment Due by its Payment Due Date each billing cycle and you must maintain your account balance below your Credit Limit each day.

**Important Information about Payments by Phone**

When using the optional Pay-by-Phone service, you authorize us to initiate an electronic payment from your account at the financial institution you designate. You must authorize the amount and timing of each payment. For your protection, we will ask for security information. A fee may apply. To cancel, call us before the scheduled payment date. Same-day payments cannot be edited or cancelled.

**MISCELLANEOUS**

For the complete terms and conditions of your account, consult your Credit Card Agreement. FIA Card Services is a tradename of FIA Card Services, N.A. This account is issued and administered by FIA Card Services, N.A.

If your billing address or contact information has changed, or if your address is incorrect as it appears on this bill, please provide all corrections here.

Address 1 _____

Address 2 _____

City _____

State _____   Zip _____

Area Code & Home Phone _____

Area Code & Work Phone _____

FIA115

Prepared for:   RICHARD A HADSELL

Account Number: ████████ 158

February 2010 Statement
Credit Line:              $5,000.00
Cash or Credit Available:      $42.88

**WorldPoints**

### Finance Charge Schedule

| Category | Promotional Transaction Types | Daily Periodic Rate | Corresponding Annual Percentage Rate | APR Type | Balance Subject to Finance Charge |
|---|---|---|---|---|---|
| Balance Transfers | | 0.024384% V | 8.90% | S | $0.00 |
| Cash Advances | | 0.068466% V | 24.99% | S | $0.00 |
| Purchases | | 0.024384% V | 8.90% | S | $4,957.42 |
| Annual Percentage Rate for this Billing Period: | | | | | 8.90% |

(Includes Periodic Rate Finance Charges and Transaction Fee Finance Charges that results in an APR which exceeds the Corresponding APR above.)

APR Type Definitions: Daily Interest Rate Type: V= Variable Rate (Interest Rate may vary); APR Type: S= Standard APR (APR normally in effect)

Page 3 of 4

FIA116

**Prepared for:** RICHARD A HADSELL

**Account Number:** ▬1158

January 2010 Statement
Credit Line: $5,000.00
Cash or Credit Available: $87.95


WorldPoints

**Customer Service**
For Information on Your Account Visit:
www.bankofamerica.com
Call toll-free 1-800-626-2556
TDD hearing-impaired 1-800-346-3178
Mail Payments to:
BANK OF AMERICA
P.O. BOX 301200
LOS ANGELES, CA 90030-1200
Mail Billing Inquiries to:
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026

## Account Information

**Summary of Transactions**

| | |
|---|---|
| Previous Balance | $5,046.82 |
| Payments and Credits − | $176.00 |
| Purchases and Adjustments + | $0.00 |
| Periodic Rate Finance Charges + | $41.23 |
| Transaction Fee Finance Charges + | $0.00 |
| New Balance Total | $4,912.05 |

**Billing Cycle and Payment Information**

| | |
|---|---|
| Days in Billing Cycle | 34 |
| Closing Date | 01/05/10 |
| Payment Due Date | 02/01/10 |
| Current Payment Due | $89.00 |
| Past Due Amount + | $0.00 |
| Total Minimum Payment Due | $89.00 |

## Transactions

| Payments and Credits | Promotional Offer ID | Posting Date | Transaction Date | Reference Number | Account Number | Amount |
|---|---|---|---|---|---|---|
| PAYMENT ONLINE - EP | | 12/04 | 12/03 | | | 86.00 CR |
| PAYMENT ONLINE - EP | | 01/04 | 01/03 | | | 90.00 CR |

WORLDPOINTS
0 MONTHLY EARNINGS
0 BONUS POINTS THIS MONTH
5,566 POINTS AVAILABLE

## Important Information About Your Account

AS A REMINDER, WE NO LONGER HONOR ACCESS CHECKS THAT HAVE NO EXPIRATION DATE, OR THAT HAVE EXPIRED. PLEASE REVIEW AND DESTROY ANY OLD ACCESS CHECKS.

START MANAGING YOUR ACCOUNT THE FAST, EASY WAY AND SIGN-UP FOR ONLINE BANKING AT BANKOFAMERICA.COM. ONCE ENROLLED - GO GREEN WITH PAPERLESS STATEMENTS.

PAY YOUR BILL QUICKLY WITH THE PAY BY PHONE SERVICE. CALL 1.888.297.9258 TO USE THE AUTOMATED SERVICE OR DISCUSS OTHER PAYMENT OPTIONS.

REQUEST YOUR COMPLIMENTARY 2009 YEAR-END SUMMARY BY CALLING 1.888.491.1146. ORDERS RECEIVED BY 1/29/10 WILL BE MAILED BY 2/15/10.

04   00491205000089000000900000▬1158

BANK OF AMERICA
P.O. BOX 301200
LOS ANGELES, CA 90030-1200


☐ Check here for a change of mailing address or phone number(s). Please provide all corrections on the reverse side.

**Payment Information**

ACCOUNT NUMBER: ▬1158
NEW BALANCE TOTAL: $4,912.05
PAYMENT DUE DATE: 02/01/10
TOTAL MINIMUM PAYMENT DUE $89.00

Enter Payment Amount Enclosed
$

Mail this payment coupon along with a check or money order payable to: BANK OF AMERICA

RICHARD A HADSELL
1515 E CHASE AVE
EL CAJON CA 92020-8267

Page 1 of 4

⑆524022250⑆ ▬1158⑈

FIA117

**IMPORTANT INFORMATION ABOUT THIS ACCOUNT**   USE211   Rev. 04/08

**CUSTOMER STATEMENT OF DISPUTED ITEM** – Please call toll free 1.866.266.0212 Monday-Thursday 8am-9pm (Eastern Time), Friday 8am-7pm (Eastern Time) and Saturday 8am-6pm (Eastern Time). For prompt service please have the merchant reference number(s) available for the charge(s) in question.

PLEASE DO NOT ALTER WORDING ON THIS FORM AND DO NOT MAIL YOUR LETTER OR FORM WITH YOUR PAYMENT.

Your Name: _____   Posting Date: _____   Account Number: _____   Choose only one dispute reason.
Transaction Date: _____   Disputed Amount $: _____   Reference Number: _____
Amount $: _____   Merchant Name: _____

☐ 1. The amount of the charge was incorrect from $_____ to $_____, or my sales slip was added incorrectly. Enclosed is a copy of the sales slip that shows the correct amount.

☐ 2. I certify that the charge listed above was made by me or by a person authorized by me to use my card, nor were the goods or services represented by the transaction received by me or a person authorized by me.

☐ 3. I have not received the merchandise that was to be shipped to me on ___/___/___ (MM/DD/YY). I have asked the merchant to credit my account.

☐ 4. I was issued a credit slip that was not shown on my statement. A copy of my credit slip is enclosed. The merchant has up to 30 days to credit your account.

☐ 5. Merchandise that was shipped to me has arrived damaged and/or defective. I returned it on ___/___/___ (MM/DD/YY) and asked for merchandise to trade my account. Attach a letter describing how the merchandise was damaged and/or defective and a copy of the proof of return.

☐ 6. Although I did engage in the above transaction, I have contacted the merchant, returned the merchandise on ___/___/___ (MM/DD/YY) and requested a credit. I either did not receive this credit or it was unsatisfactory. Attach a letter explaining why you are disputing this charge and a copy of the proof of return. If you are unable to return the merchandise, please explain.

☐ 7. I certify that the charge in question was a single transaction, but was posted twice to my statement. First transaction Sale #1 $_____   Reference #_____ Second transaction Sale #2 $_____   Reference #_____

☐ 8. I neither received nor ordered merchandise(s). There is no cancellation # and if I ask, the enclosed is a copy of my cancellation. Reason for cancellation/cancellation #:

☐ 9. Although I did engage in the above transaction, I have contacted the merchant for credit. The service to be provided on ___/___/___ (MM/DD/YY) were as cancelled or were unsatisfactory. Attach a letter describing the services expected, your attempts to resolve with the merchant and a copy of your credit earned.

☐ 10. I certify that I do not recognize the transaction. Merchant often provide telephone numbers next to their name on your billing statement. Please attempt to contact the merchant for information.

☐ 11. If your dispute is for a different reason, please contact us at the above telephone number.

Signature (required): _____   Date: _____
Best contact telephone #: _____   Home#: _____

Please keep any record preserved by written inquiry. To preserve your billing rights, please return a copy of this form and any supporting information regarding the merchant charge in question to: Attn: Billing Inquiries, P.O. Box 15026, Wilmington, DE 19850-5026, USA.

PLEASE KEEP THE ORIGINAL FOR YOUR RECORDS AND SEND A COPY OF THIS STATEMENT.

**GRACE PERIOD**

"Grace Period" means the period of time during a billing cycle when you will not accrue Periodic Rate Finance Charges on certain transactions or balances. There is no Grace Period for Balance Transfers and Cash Advances. If you pay in full this statement's New Balance Total by its Payment Due Date and if you paid in full this statement's Previous Balance in this statement's billing cycle, then you will have a Grace Period during the billing cycle that began the day after this statement's Closing Date on the Purchase portion of this statement's New Balance Total.

During a 0% Promotional Rate Offer: 1) no Periodic Rate Finance Charges accrue on balances with the 0% Promotional Rate and 2) you must pay the Total Minimum Payment Due by its Payment Due Date (and avoid any other "promotion turn-off event" as defined in your Credit Card Agreement) to maintain the 0% Promotional Rate.

** If a corresponding Annual Percentage Rate in the Finance Charge Schedule on the front of this statement contains a "***" symbol, then with respect to those balances: 1) the 0% Promotional Rate will expire at the end of the next billing cycle, and 2) you must pay this statement's New Balance Total by its Payment Due Date to avoid Periodic Rate Finance Charges after the end of the 0% Promotional Rate Offer on those balances existing as of the Closing Date of this statement.

**CALCULATION OF BALANCES SUBJECT TO FINANCE CHARGE**

Average Balance Method (including new Balance Transfers and Cash Advances): We calculate separate Balances Subject to Finance Charge for Balance Transfers, Cash Advances, and for each Promotional Offer balance consisting of Balance Transfers or Cash Advances. We do this by: (1) calculating a daily balance for each day in this statement's billing cycle; (2) calculating a daily balance for each day prior to this statement's billing cycle that had a "Pre-Cycle balance" - a Pre-Cycle balance is a Balance Transfer or Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add (an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add) new Balance Transfers, new Cash Advances, new and Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle balance, we take the beginning balance attributable solely to Pre-Cycle balances (which will be zero on the transaction date of the first Pre-Cycle balance), add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, and add only the applicable Pre-Cycle balances, and their related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

Average Daily Balance Method (including new Purchases): We calculate separate Balances Subject to Finance Charge for Purchases and for each Promotional Offer balance consisting of Purchases. We do this by: (1) calculating a daily balance for each day in the billing cycle; (2) adding all the daily balances together; and (3) dividing the sum of the daily balances by the number of days in the billing cycle.

**PAYMENTS**

We credit payments as of the date received, if the payment is 1) received by 5 p.m. (Eastern Time), 2) received at the address shown in the bottom left-hand corner of the front of this statement, 3) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order, and 4) sent in the enclosed return envelope with only the bottom portion of this statement accompanying it. Payments received after 5 p.m. on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. We will reject payments that are not drawn in U.S. dollars and those drawn on a financial institution located outside of the United States. Credit for any other payments may be delayed up to five days. No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process most payment checks electronically by using the information found on your check. Each check authorizes you to create a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you. For more information or to stop the electronic funds transfers, call us at the number listed on the front.

If you have authorized us to pay your credit card bill automatically from your savings or checking account via us, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us at least three business days before the automatic payment is scheduled to occur.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Purchases, new Account Fees, and new Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero. If the Previous Balance shown on this statement was paid in full by this statement's Payment Due Date, then for each day from the beginning balance attributable to new Purchases, new Account Fees, and new Transaction Fees which posted on or before that payment in full date; and we do not add new Purchases, new Account Fees, or new Transaction Fees until the day after that payment in full date.

We include the costs for the credit card debt cancellation plan or credit insurance purchased through us in calculating the beginning balance for the first day of the billing cycle after the billing cycle in which each costs were billed.

**TOTAL PERIODIC RATE FINANCE CHARGE COMPUTATION**

Periodic Rate Finance Charges accrue and are compounded on a daily basis. To determine the Periodic Rate Finance Charges, we multiply each Balance Subject to Finance Charge by its applicable Daily Periodic Rate and then result for the number of days in the billing cycle. To determine the total Periodic Rate Finance Charge for the billing cycle, we add the Periodic Rate Finance Charges together. Each Daily Periodic Rate is determined by dividing its corresponding Annual Percentage Rate by 365.

**HOW WE ALLOCATE YOUR PAYMENTS**

We will allocate your payments in the manner we determine. In most instances, we will allocate your payments to balances (including transactions made after this statement) with lower APRs before balances with higher APRs. This will result in balances with lower APRs (such as new balances with promotional APR offers) being paid before any other existing balances.

**Payment Due Dates and Keeping Your Account in Good Standing**

Your Payment Due Date will not fall on the same day each month. In order to help maintain any promotional rates, to avoid the imposition of Default Rates (if applicable), to avoid late fees, and to avoid overdraft fees, we must receive at least the Total Minimum Payment Due by its Payment Due Date each billing cycle and you must maintain your account balance below your Credit Limit each day.

**Important Information about Payments by Phone**

When using the optional Pay-by-Phone service, you authorize us to initiate an electronic payment from your account at the financial institution you designate. You must authorize the amount and timing of each payment. For your protection, we will ask for security information. A fee may apply. To cancel, call us before the scheduled payment date. Same-day payments cannot be called or canceled.

**MISCELLANEOUS**

For the complete terms and conditions of your account, consult your Credit Card Agreement. FIA Card Services is a trademark of FIA Card Services, N.A. This account is issued and administered by FIA Card Services, N.A.

If your billing address or contact information has changed, or if your address is incorrect as it appears on this bill, please provide all corrections here.

Address 1 _____

Address 2 _____

City _____

State _____   Zip _____

Area Code & Home Phone _____

Area Code & Work Phone _____

Page 2 of 4

FIA118

**WorldPoints**

Prepared for:   RICHARD A HADSELL

Account Number: ████████ 158

January 2010 Statement
Credit Line:              $5,000.00
Cash or Credit Available:      $87.95

### Finance Charge Schedule

| Category | Promotional Transaction Types | Daily Periodic Rate | Corresponding Annual Percentage Rate | APR Type | Balance Subject to Finance Charge |
|---|---|---|---|---|---|
| Balance Transfers | | 0.024384% V | 8.90% | S | $0.00 |
| Cash Advances | | 0.068466% V | 24.99% | S | $0.00 |
| Purchases | | 0.024384% V | 8.90% | S | $4,972.89 |

Annual Percentage Rate for this Billing Period:
(Includes Periodic Rate Finance Charges and Transaction Fee Finance Charges that results in an APR which exceeds the Corresponding APR above.)                                                                            8.90%

APR Type Definitions: Daily Interest Rate Type: V= Variable Rate (Interest Rate may vary); APR Type: S= Standard APR (APR normally in effect)

Page 3 of 4

FIA119

Prepared for:   RICHARD A HADSELL

Account Number: ▆▆▆▆▆▆1158

December 2009 Statement
Credit Line:                $5,000.00
Cash or Credit Available:        $0.00


WorldPoints

### Customer Service
For information on Your Account Visit
www.bankofamerica.com
Call toll-free 1-800-626-2558
TDD hearing-impaired 1-800-346-3178
Mail Payments to:
BANK OF AMERICA
P.O. BOX 301200
LOS ANGELES, CA 90030-1200
Mail Billing Inquiries to:
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026

### Account Information

| Summary of Transactions | | |
|---|---|---|
| Previous Balance | | $5,001.88 |
| Payments and Credits | - | $90.00 |
| Purchases and Adjustments | + | $99.00 |
| Periodic Rate Finance Charges | + | $35.98 |
| Transaction Fee Finance Charges | + | $0.00 |
| New Balance Total | | $5,046.82 |

| Billing Cycle and Payment Information | |
|---|---|
| Days in Billing Cycle | 28 |
| Closing Date | 12/02/09 |
| Payment Due Date | 12/29/09 |
| Current Payment Due | $86.00 |
| Past Due Amount + | $0.00 |
| Total Minimum Payment Due | $86.00 |

### Transactions

| | Promotional Offer ID | Posting Date | Transaction Date | Reference Number | Account Number | Amount |
|---|---|---|---|---|---|---|
| **Payments and Credits** | | | | | | |
| PAYMENT ONLINE - EP | | 11/28 | | | | 90.00 CR |
| **Purchases and Adjustments** | | | | | | |
| GROUP M MARKETING, INC 05122835151 TX | | 11/10 | 11/09 | 0156 | 1158 | 99.00 |

```
WORLDPOINTS
       99   MONTHLY EARNINGS
        0   BONUS POINTS THIS MONTH
    5,566   POINTS AVAILABLE
```

### Important Information About Your Account

START MANAGING YOUR ACCOUNT THE FAST, EASY WAY AND SIGN-UP FOR ONLINE BANKING
AT BANKOFAMERICA.COM. ONCE ENROLLED - GO GREEN WITH PAPERLESS STATEMENTS.

### Finance Charge Schedule

| Category | Promotional Transaction Types | Daily Periodic Rate | Corresponding Annual Percentage Rate | APR Type | Balance Subject to Finance Charge |
|---|---|---|---|---|---|
| Balance Transfers | | 0.024384% V | 8.90% | S | $0.00 |
| Cash Advances | | 0.068468% V | 24.99% | S | $0.00 |
| Purchases | | 0.024384% V | 8.90% | S | $5,085.61 |

Annual Percentage Rate for this Billing Period:                                                                         8.90%
(Includes Periodic Rate Finance Charges and Transaction Fee Finance Charges that results in an APR which exceeds
the Corresponding APR above.)

APR Type Definitions: Daily Interest Rate Type: V= Variable Rate (Interest Rate may vary); APR Type: S= Standard APR (APR normally in effect)

04 . 0050468200008600000090000000▆▆▆▆▆1158

BANK OF AMERICA
P.O. BOX 301200
LOS ANGELES, CA 90030-1200



☐ Check here for a change of mailing address or phone number(s).
Please provide all corrections on the reverse side.

### Payment Information

ACCOUNT NUMBER: ▆▆▆▆▆▆158

NEW BALANCE TOTAL: $5,046.82
PAYMENT DUE DATE: 12/29/09

TOTAL MINIMUM PAYMENT DUE $86.00

Enter Payment Amount Enclosed
$

Mail this payment coupon along with a
check or money order payable to: BANK OF AMERICA

RICHARD A HADSELL
1515 E CHASE AVE
EL CAJON CA 92020-8267


⑆524022250⑆ ▆▆▆▆▆▆1158⑈

FIA120

**IMPORTANT INFORMATION ABOUT THIS ACCOUNT**  USE211  Rev. 04/08

**CUSTOMER STATEMENT OF DISPUTED ITEM** - Please call toll free 1.866.266.0212 Monday-Thursday 8am-9pm (Eastern Time), Friday 8am-7pm (Eastern Time) and Saturday 8am-6pm (Eastern Time). For prompt service please have the merchant reference number(s) available for the charge(s) in question.

PLEASE DO NOT ALTER WORDING ON THIS FORM AND DO NOT MAIL YOUR LETTER OR FORM WITH YOUR PAYMENT. Choose only one dispute reason.

Your Name: _____
Transaction Date: _____ Posting Date: _____
Amount $: _____ Disputed Amount $: _____

Account Number: _____
Reference Number: _____
Merchant Name: _____

☐ 1. The amount of the charge was increased from $_____ to $_____, or my sales slip was added incorrectly. Enclosed is a copy of the sales slip that shows the correct amount.

☐ 2. I certify that the charge listed above was not made by me or a person authorized by me to use my card, nor were the goods or services represented by the transaction received by me or a person authorized by me.

☐ 3. I have not received the merchandise that was to be shipped to me on _____/_____/_____ (MM/DD/YY). I have asked the merchant to credit my account.

☐ 4. I was billed a credit slip that was not shown on my statement. A copy of my credit slip is enclosed. The merchant has up to 30 days to credit your account.

☐ 5. Merchandise that was shipped to me has arrived damaged and/or defective. I returned it on _____/_____/_____ (MM/DD/YY) and asked the merchant to credit my account. Attach a letter describing how the merchandise was damaged and/or defective and a copy of the proof of return.

☐ 6. Although I did engage in the above transaction, I have been billed for the merchandise returned the merchandise on _____/_____/_____ (MM/DD/YY) and requested a credit. I either did not receive this credit or it was unsatisfactory. Attach a letter explaining why you are disputing this charge with a copy of the proof of return. If you are unable to return the merchandise, please explain.

☐ 7. I certify that the charge in question was a single transaction, but was posted twice to my statement. I did not authorize the second transaction. Sale #1 $_____ Reference #_____ Sale #2 $_____ Reference #_____

☐ 8. I notified the merchant on _____/_____/_____ (MM/DD/YY) to cancel the pre-authorized order (reservation). Please note cancellation # and if available, enclose a copy of my contract and a copy of your telephone bill showing date and time of cancellation. Reason for cancellation/reservation #: _____

☐ 9. Although I did engage in the above transaction, I have contacted the merchant for credit. The services to be provided on _____/_____/_____ (MM/DD/YY) were not received or were unsatisfactory. Attach a letter describing the services expected, your attempts to resolve with the merchant and a copy of your contract.

☐ 10. I certify that I do not recognize the transaction. Merchants often provide telephone numbers next to their name on your billing statement. Please attempt to contact the merchant for information.

☐ 11. If your dispute is for a different reason, please contact us at the above telephone number.

Signature (required): _____ Date: _____
Best contact telephone #: _____ Home #: _____

Billing rights are only preserved by written inquiry. To preserve your billing rights, please return a copy of this form and any supporting information regarding the merchant charge in question to: Attn: Billing Inquiries, P.O. Box 15026, Wilmington, DE 19850-5026, USA.

PLEASE KEEP THE ORIGINAL FOR YOUR RECORDS AND SEND A COPY OF THIS STATEMENT.

**GRACE PERIOD**

"Grace Period" means the period of time during a billing cycle when you will not accrue Periodic Rate Finance Charges on certain transactions or balances. There is no Grace Period for Balance Transfers and Cash Advances. If you pay in full this statement's New Balance Total by its Payment Due Date and if you paid in full this statement's Previous Balance in this statement's billing cycle, then you will have a Grace Period during the billing cycle that began the day after this statement's Closing Date on the Purchase portion of this statement's New Balance Total.

During a 0% Promotional Rate Offer: 1) no Periodic Rate Finance Charges accrue on balances with the 0% Promotional Rate; and 2) you must pay the Total Minimum Payment Due by its Payment Due Date (and avoid any other "promotion turn-off event" as defined in your Credit Card Agreement) to maintain the 0% Promotional Rate.

** If a corresponding Annual Percentage Rate in the Finance Charge Schedule on the front of this statement contains a "***" symbol, then with respect to those balances: 1) the 0% Promotional Rate will expire at the end of the non billing cycle, and 2) you must pay this statement's New Balance Total by its Payment Due Date to avoid Periodic Rate Finance Charges after the end of the 0% Promotional Rate Offer on those balances existing as of the Closing Date of this statement.

**CALCULATION OF BALANCES SUBJECT TO FINANCE CHARGE**

Average Balance Method (including new Balance Transfers and Cash Advances). We calculate separate Balance Subject to Finance Charge for Balance Transfers, Cash Advances, and for each Promotional Offer balance consisting of Balance Transfers or Cash Advances. We do this by: (1) calculating a daily balance for each day in this statement's billing cycle; (2) calculating a daily balance for each day in this statement's billing cycle that had a "Pre-Cycle balance" - a Pre-Cycle balance is a Balance Transfer or Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Balance Transfers, new Cash Advances and new Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle balance, we take the beginning balance attributable solely to Pre-Cycle balances (which will be zero on the transaction date of the first Pre-Cycle balance), add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, and add only the applicable Pre-Cycle balances, and their related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

Average Daily Balance Method (including new Purchases). We calculate separate Balances Subject to Finance Charge for Purchases and for each Promotional Offer balance consisting of Purchases. We do this by: (1) calculating a daily balance for each day in the billing cycle; (2) adding all the daily balances together; and (3) dividing the sum of the daily balances by the number of days in the billing cycle.

**PAYMENTS**

We credit payments as of the date received, if the payment is 1) received by 5 p.m. (Eastern Time), 2) received at the address shown in the bottom left-hand corner of the front of this statement, 3) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order, and 4) sent in the enclosed return envelope with only the bottom portion of this statement accompanying it. Payments received after 5 p.m. on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. We will reject payments that are not drawn in U.S. dollars and those drawn on a financial institution located outside of the United States. Credit for any other payments may be delayed up to five days. No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process most payment checks electronically by using the information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you. For more information or to stop the electronic funds transfers, call us at the number listed on the front.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us at least three business days before the automatic payment is scheduled to occur.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Purchases, new Account Fees, and new Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero. If the Previous Balance shown on this statement was paid in full in this statement's billing cycle, then on the day of that payment in full date, we exclude from the beginning balance new Purchases, new Account Fees, and new Transaction Fees which posted on or before that payment in full date, and we do not add new Purchases, new Account Fees, or new Transaction Fees which post after that payment in full date.

We include the costs for the credit card debt cancellation plan or credit insurance purchased through us in calculating the beginning balance for the first day of the billing balance for the first day of the billing cycle in which each occurs we billed.

**TOTAL PERIODIC RATE FINANCE CHARGE COMPUTATION**

Periodic Rate Finance Charges accrue and are compounded on a daily basis. To determine the Periodic Rate Finance Charges, we multiply each Balance Subject to Finance Charge by its applicable Daily Periodic Rate and that result by the number of days in the billing cycle. To determine the total Periodic Rate Finance Charge for the billing cycle, we add the Periodic Rate Finance Charges together. Each Daily Periodic Rate is calculated by dividing its corresponding Annual Percentage Rate by 365.

**HOW WE ALLOCATE YOUR PAYMENTS**

We will allocate your payments in the manner we determine. In most instances, we will allocate your payments to balances (including transactions made after this statement) with lower APRs before balances with higher APRs. This will result in balances with lower APRs (such as new balances with promotional APR offers) being paid before any other existing balances.

**Payment Due Dates and Keeping Your Account in Good Standing**

Your Payment Due Date will not fall on the same day each month. In order to help maintain any promotional rates, to avoid the expiration of Default Rates (if applicable), to avoid late fees, and to avoid overlimit fees, we must receive at least the Total Minimum Payment Due by its Payment Due Date each billing cycle and you must maintain your account balance below your Credit Limit each day.

**Important Information about Payments by Phone**

When using the optional Pay-by-Phone service, you authorize us to initiate an electronic payment from your account at the financial institution you designate. You must authorize the amount and timing of each payment. For your protection, we will ask for security information. A fee may apply. To cancel, call us before the scheduled payment date. Same-day payments cannot be edited or canceled.

**MISCELLANEOUS**

For the complete terms and conditions of your account, consult your Credit Card Agreement. FIA Card Services is a trademark of FIA Card Services, N.A. This account is issued and administered by FIA Card Services, N.A.

If your billing address or contact information has changed, or if your address is incorrect as it appears on this bill, please provide all corrections here.

Address 1 _____
Address 2 _____
City _____
State _____ Zip _____
Area Code & Home Phone _____
Area Code & Work Phone _____

FIA121

**WorldPoints**

Prepared for: RICHARD A HADSELL

Account Number: ▆▆▆▆158

November 2009 Statement
Credit Line:                    $5,000.00
Cash or Credit Available:       $0.00

### Account Information

**Summary of Transactions**

| | | |
|---|---|---|
| Previous Balance | | $4,948.12 |
| Payments and Credits | - | $85.00 |
| Purchases and Adjustments | + | $99.00 |
| Periodic Rate Finance Charges | + | $38.74 |
| Transaction Fee Finance Charges | + | $0.00 |
| **New Balance Total** | | **$5,001.86** |

**Billing Cycle and Payment Information**

| | |
|---|---|
| Days in Billing Cycle | 32 |
| Closing Date | 11/03/09 |
| Payment Due Date | 11/30/09 |
| Current Payment Due | $88.00 |
| Past Due Amount + | $0.00 |
| Total Minimum Payment Due | **$ 88.00** |

**Customer Service**
For information on Your Account visit
www.bankofamerica.com
Call toll-free 1-800-526-2558
TDD hearing-impaired 1-800-346-3178
Mail Payments to:
BANK OF AMERICA
P.O. BOX 301200
LOS ANGELES, CA 90030-1200
Mail Billing Inquiries to:
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026

### Transactions

| Payments and Credits | Promotional Offer ID | Posting Date | Transaction Date | Reference Number | Account Number | Amount |
|---|---|---|---|---|---|---|
| PAYMENT ONLINE - EP | | 10/29 | 10/28 | | | 85.00 CR |
| **Purchases and Adjustments** | | | | | | |
| GROUP M MARKETING, INC 05122635151 TX | | 10/31 | 10/30 | 0036 | 1158 | 99.00 |

```
WORLDPOINTS
   99   MONTHLY EARNINGS
    0   BONUS POINTS THIS MONTH
5,467   POINTS AVAILABLE
```

### Important Information About Your Account

START MANAGING YOUR ACCOUNT THE FAST, EASY WAY AND SIGN-UP FOR ONLINE BANKING AT BANKOFAMERICA.COM. ONCE ENROLLED - GO GREEN WITH PAPERLESS STATEMENTS.

PAY YOUR BILL QUICKLY WITH THE PAY BY PHONE SERVICE. CALL 1.866.297.8258 TO USE THE AUTOMATED SERVICE OR DISCUSS OTHER PAYMENT OPTIONS.

CHOOSE YOUR OWN PATH. SELECT FROM A VARIETY OF WAYS TO RELAX AND SAVE AT WESTIN. BOOK NOW AT WESTIN.COM/MASTERCARD.

EXCLUSIVE OFFER FOR BANK OF AMERICA CUSTOMERS. 10% OFF PURCHASES AT NFLSHOP.COM THROUGH 3.31.2010. ENTER CODE (BAC10OFF) AT CHECKOUT.

04    00500186000088000000850000▆▆▆▆▆158

BANK OF AMERICA
P.O. BOX 301200
LOS ANGELES, CA 90030-1200

☐ Check here for a change of mailing address or phone number(s). Please provide all corrections on the reverse side.

### Payment Information

ACCOUNT NUMBER:  ▆▆▆▆158

NEW BALANCE TOTAL: $5,001.86
PAYMENT DUE DATE:  11/30/09

TOTAL MINIMUM PAYMENT DUE $88.00

Enter Payment Amount Enclosed
$

Mail this payment coupon along with a check or money order payable to: BANK OF AMERICA

RICHARD A HADSELL
1515 E CHASE AVE
EL CAJON CA 92020-8267

Page 1 of 4



⑆524022250⑆ ▆▆▆▆▆158⑈

FIA122

**IMPORTANT INFORMATION ABOUT THIS ACCOUNT**  USE211  Rev. 04/08

**CUSTOMER STATEMENT OF DISPUTED ITEM** – Please call toll free 1.866.266.0212 Monday-Thursday 8am-9pm (Eastern Time), Friday 8am-7pm (Eastern Time) and Saturday 8am-6pm (Eastern Time). For prompt service please have the merchant reference number(s) available for the charge(s) in question.

PLEASE DO NOT ALTER WORDING ON THIS FORM AND DO NOT MAIL YOUR LETTER OR FORM WITH YOUR PAYMENT.  Choose only one dispute reason.

Your Name: _____  Account Number: _____
Transaction Date: _____  Posting Date: _____  Reference Number: _____
Amount $: _____  Disputed Amount $: _____  Merchant Name: _____

☐ 1. The amount of the charge was increased from $_____ to $_____ or my sales slip was added incorrectly. Enclosed is a copy of the sales slip that shows the correct amount.

☐ 2. I certify that the charge listed above was not made by me or a person authorized by me to use my card, nor were the goods or services represented by the transaction received by me or a person authorized by me.

☐ 3. I have not received the merchandise that was to be shipped to me on ___/___/___ (MM/DD/YYYY). I have asked the merchant to credit my account.

☐ 4. I was issued a credit slip that was not shown on my statement. A copy of any credit slip is enclosed. The merchant has up to 30 days to credit your account.

☐ 5. Merchandise that was shipped to me has arrived damaged and/or defective. I returned it on ___/___/___ (MM/DD/YYYY) and asked the merchant to credit my account. Attach a letter describing how the merchandise was damaged and/or defective and a copy of the proof of return.

☐ 6. Although I did engage in the above transaction, I have contacted the merchant, returned the merchandise on ___/___/___ (MM/DD/YYYY) and requested a credit. I either did not receive this credit or a credit slip is enclosed and a letter explaining why you are disputing this charge with a copy of the proof of return. If you are unable to reach the merchant, please explain.

☐ 7. I certify that the charge in question was a single transaction, but was charged twice to my statement. I did not authorize the second transaction. Sale #1 $_____ Reference # _____. Sale #2 $_____ Reference # _____.

☐ 8. I certified the merchant on ___/___/___ (MM/DD/YYYY) to cancel the preauthorized order/reservation. Please note cancellation # if available, enclose a copy of your canceled order/a copy of your telephone bill showing date and time of cancellation. Return for cancellation # / cancellation #.

☐ 9. Although I did engage in the above transaction, I have contacted the merchant for credit. The amount to be provided is $_____ (MM/DD/YYYY) was not applied or were unsatisfactory. Attach a letter describing the services rendered, your attempts to resolve with the merchant and a copy of your contract.

☐ 10. I certify that I do not recognize this transaction. Merchants often provide telephone numbers next to their name on your billing statement. Please attempt to contact the merchant for information.

☐ 11. If your dispute is for a different reason, please contact us at the above telephone number.

Signature (required): _____  Date: _____
Best contact telephone #: _____  Home#: _____

Billing rights are only preserved by written inquiry. To preserve your billing rights, please return a copy of this form and any supporting information regarding the merchant charge in question to: Attn: Billing Inquiries, P.O. Box 15026, Wilmington, DE 19850-5026, USA.

PLEASE KEEP THE ORIGINAL FOR YOUR RECORDS AND SEND A COPY OF THIS STATEMENT.

**GRACE PERIOD**

"Grace Period" means the period of time during a billing cycle when you will not accrue Periodic Rate Finance Charges on certain transactions or balances. There is no Grace Period for Balance Transfers and Cash Advances. If you pay in full this statement's New Balance Total by its Payment Due Date and if you paid in full this statement's Previous Balance in the statement's billing cycle, then you will have a Grace Period during the billing cycle that begins the day after this statement's Closing Date on the Purchase portions of this statement's New Balance Total.

During a 0% Promotional Rate Offer: 1) new Periodic Rate Finance Charges accrue on balances with the 0% Promotional Rate; and 2) you must pay the Total Minimum Payment Due by its Payment Due Date (and avoid any other "promotion turn-off event" as defined in your Credit Card Agreement) to maintain the 0% Promotional Rate.

** If a corresponding Annual Percentage Rate in the Finance Charge Schedule on the front of this statement contains a "****" symbol, then with respect to those balances: 1) the 0% Promotional Rate will expire at the end of the next billing cycle; and 2) you may pay this statement's New Balance Total by its Payment Due Date to avoid Periodic Rate Finance Charges after the end of the 0% Promotional Rate Offer on those balances existing as of the Closing Date of this statement.

**CALCULATION OF BALANCES SUBJECT TO FINANCE CHARGE**

Average Balance Method (including new Balances and new Cash Advances): We calculate separate Balances Subject to Finance Charge for Balance Transfers, Cash Advances and for each Promotional Offer balance consisting of Balance Transfers or Cash Advances. We do this by: (1) calculating a daily balance for each day in this statement's billing cycle; (2) calculating a daily balance for each day prior to this statement's billing cycle (the "Pre-Cycle balance": a Pre-Cycle balance is a Balance Transfer or Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle); (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's balance, add new Balance Transfers, new Cash Advances and Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero, we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle balance, we take the beginning balance and add an equal to applicable to Pre-Cycle balances (which will be zero on the transaction date of the first Pre-Cycle balance), add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, and add only the applicable Pre-Cycle balances, and their related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

Average Daily Balance Method (including new Purchases): We calculate separate Balances Subject to Finance Charge for Purchases and for each Promotional Offer balance consisting of Purchases. We do this by: (1) calculating a daily balance for each day in the billing cycle; (2) adding all the daily balances together; and (3) dividing the sum of the daily balances by the number of days in the billing cycle.

**PAYMENTS**

We credit payments as of the date received, if the payment is 1) received by 5 p.m. (Eastern Time), 2) received at the address shown in the bottom left-hand corner of the front of this statement, 3) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order, and 4) sent in the enclosed return envelope with only the bottom portion of this statement accompanying it. Payments received after 5 p.m. on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. We will reject payments that are not drawn in U.S. dollars and those drawn on a financial institution located outside of the United States. Credit for any other payments may be delayed up to five days. No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process most payment checks electronically by using the information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you. For more information or to stop the electronic funds transfers, call us at the number listed on the front.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us at least three business days before the automatic payment is scheduled to occur.

**TOTAL PERIODIC RATE FINANCE CHARGE COMPUTATION**

Periodic Rate Finance Charges accrue and are compounded on a daily basis. To determine the Periodic Rate Finance Charges, we multiply each Balance Subject to Finance Charge by its applicable Daily Periodic Rate (and that result by the number of days in the billing cycle). To determine the total Periodic Rate Finance Charge for the billing cycle, we add the Periodic Rate Finance Charges together. Each Daily Periodic Rate is calculated by dividing its corresponding Annual Percentage Rate by 365.

**HOW WE ALLOCATE YOUR PAYMENTS**

We will allocate your payments in the manner we determine. In most instances, we will allocate your payments to balances (including transactions made after this statement) with lower APRs before balances with higher APRs. This will result in balances with lower APRs (such as new balances with promotional APR offers) being paid before any other existing balances.

**Payment Due Dates and Keeping Your Account in Good Standing**

Your Payment Due Date will not fall on the same day each month. In order to help maintain any promotional rates, to avoid the imposition of Default Rates (if applicable), to avoid Late fees, and to avoid overlimit fees, we must receive at least the Total Minimum Payment Due by its Payment Due Date each billing cycle and you must maintain your account balance below your Credit Limit each day.

**Important Information about Payments by Phone**

When using the optional Pay-by-Phone service, you authorize us to initiate an electronic payment from your account at the financial institution you designate. You must authorize the amount and timing of each payment. For your protection, we will ask for security information. A fee may apply. To cancel, call us before the scheduled payment date. Same-day payments cannot be edited or canceled.

**MISCELLANEOUS**

For the complete terms and conditions of your account, consult your Credit Card Agreement. FIA Card Services is a trademark of FIA Card Services, N.A. This account is issued and administered by FIA Card Services, N.A.

If your billing address or contact information has changed, or if your address is incorrect as it appears on this bill, please provide all corrections here.

Address 1 _____
Address 2 _____
City _____
State _____  Zip _____
Area Code & Home Phone _____
Area Code & Work Phone _____

FIA123

**WorldPoints**

Prepared for: **RICHARD A HADSELL**

Account Number: ▓▓▓▓▓▓1158

**November 2009 Statement**
Credit Line:      $5,000.00
Cash or Credit Available:   $0.00

### Finance Charge Schedule

| Category | Promotional Transaction Types | Daily Periodic Rate | Corresponding Annual Percentage Rate | APR Type | Balance Subject to Finance Charge |
|---|---|---|---|---|---|
| Balance Transfers | | 0.024384% V | 8.90% | S | $0.00 |
| Cash Advances | | 0.068466% V | 24.99% | S | $0.00 |
| Purchases | | 0.024384% V | 8.90% | S | $4,864.74 |

**Annual Percentage Rate for this Billing Period:**             8.90%
(Includes Periodic Rate Finance Charges and Transaction Fee Finance Charges that results in an APR which exceeds the Corresponding APR above.)

APR Type Definitions: Daily Interest Rate Type: V= Variable Rate (Interest Rate may vary); APR Type: S= Standard APR (APR normally in effect)

FIA124

**WorldPoints**

Prepared for:   RICHARD A HADSELL

Account Number: ████████1158

October 2009 Statement
Credit Line:              $5,000.00
Cash or Credit Available:     $50.88

## Customer Service

For Information on Your Account Visit:
www.bankofamerica.com
Call toll-free 1-800-826-2356
TDD hearing-impaired 1-800-346-3178
Mail Payments to:
BANK OF AMERICA
P.O. BOX 851001
DALLAS, TX 75285-1001
Mail Billing Inquiries to:
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026

## Account Information

| Summary of Transactions | | |
|---|---|---|
| Previous Balance | | $4,897.54 |
| Payments and Credits | - | $85.00 |
| Purchases and Adjustments | + | $0.00 |
| Periodic Rate Finance Charges | + | $36.58 |
| Transaction Fee Finance Charges | + | $0.00 |
| New Balance Total | | $4,949.12 |

| Billing Cycle and Payment Information | |
|---|---|
| Days in Billing Cycle | 30 |
| Closing Date | 10/02/09 |
| Payment Due Date | 10/29/09 |
| Current Payment Due | $85.00 |
| Past Due Amount  + | $0.00 |
| Total Minimum Payment Due | $ 85.00 |

## Transactions

| Payments and Credits | Promotional Offer ID | Posting Date | Transaction Date | Reference Number | Account Number | Amount |
|---|---|---|---|---|---|---|
| PAYMENT ONLINE - EP | | 08/28 | | | | 85.00 CR |

WORLDPOINTS
0    MONTHLY EARNINGS
0    BONUS POINTS THIS MONTH
5,369   POINTS AVAILABLE

## Important Information About Your Account

START MANAGING YOUR ACCOUNT THE FAST, EASY WAY AND SIGN-UP FOR ONLINE BANKING AT BANKOFAMERICA.COM. ONCE ENROLLED - GO GREEN WITH PAPERLESS STATEMENTS.

PAY YOUR BILL QUICKLY WITH THE PAY BY PHONE SERVICE. CALL 1.866.297.9258 TO USE THE AUTOMATED SERVICE OR DISCUSS OTHER PAYMENT OPTIONS.

HELP CREATE A WORLD WITHOUT BREAST CANCER. SUPPORT SUSAN G. KOMEN FOR THE CURE. GO TO KOMEN.ORG AND FIND A RACE NEAR YOU OR MAKE AN ONLINE DONATION.

EXCLUSIVE OFFER FOR BANK OF AMERICA CUSTOMERS. 10% OFF PURCHASES AT NFLSHOP.COM THROUGH 3.31.2010. ENTER CODE (BAC10OFF) AT CHECKOUT.

04      0049491200008500000085000008████████1158

BANK OF AMERICA
P.O. BOX 851001
DALLAS, TX 75285-1001

RICHARD A HADSELL
1515 E CHASE AVE
EL CAJON CA 92020-8267



☐ Check here for a change of mailing address or phone number(s). Please provide all corrections on the reverse side.

## Payment Information

ACCOUNT NUMBER: ████████1158

NEW BALANCE TOTAL: $4,949.12
PAYMENT DUE DATE: 10/29/09

TOTAL MINIMUM PAYMENT DUE  $85.00

Enter Payment Amount Enclosed
$

Mail this payment coupon along with a check or money order payable to: BANK OF AMERICA

Page 1 of 4



⑆524022250⑆  ████████1158⑈

FIA125

**IMPORTANT INFORMATION ABOUT THIS ACCOUNT**                    USE211   Rev. 04/08

**CUSTOMER STATEMENT OF DISPUTED ITEM** – Please call toll free 1.866.266.0212 Monday-Thursday 8am-9pm (Eastern Time), Friday 8am-7pm (Eastern Time) and Saturday 8am-6pm (Eastern Time). For prompt service please have the merchant reference number(s) available for the charge(s) in question.

PLEASE DO NOT ALTER WORDING ON THIS FORM AND DO NOT MAIL YOUR LETTER OR FORM WITH YOUR PAYMENT.

Your Name: _____    Posting Date: _____    Account Number: _____    Choose only one dispute reason.
Transaction Date: _____    Disputed Amount $: _____    Reference Number: _____
Amount $: _____    Merchant Name: _____

☐ 1. The amount of the charge was increased from $_____ to $_____ or my sales slip was added incorrectly. I enclosed a copy of the sales slip that shows the correct amount.

☐ 2. I certify that the charge listed above was not made by me or a person authorized by me to use my card, nor were the goods or services represented by the transaction received by me or a person authorized by me.

☐ 3. I have not received the merchandise that was to be shipped to me on __/__/__ (MM/DD/YY). I have asked the merchant to credit my account.

☐ 4. I was issued a credit slip that was not shown on my statement. A copy of my credit slip is enclosed. The merchant has up to 30 days to credit your account.

☐ 5. Merchandise that was shipped to me has arrived damaged and/or defective. I returned it on __/__/__ (MM/DD/YY) and asked the merchant to credit my account. Attach a letter describing how the merchandise was damaged and/or defective and a copy of the proof of return.

☐ 6. Although I did engage in the above transaction, I have contacted the merchant, returned the merchandise on __/__/__ (MM/DD/YY) and requested a credit. I did not receive this credit as it was unnecessary. Attach a letter explaining why you are disputing this charge with a copy of the proof of return. If you are unable to return the merchandise, please explain.

☐ 7. I certify that the charge in question was a single transaction. I was posted twice to my statement. I did not authorize the second transaction. Sale #1 $_____    Reference #_____    Sale #2 $_____    Reference #_____

☐ 8. I notified the merchant on __/__/__ (MM/DD/YY) to cancel the pre-authorized order (recurring). Please note cancellation # and if available, enclose a copy of your contract and a copy of your telephone bill showing date and time of cancellation. Return for cancellation if cancellation #.

☐ 9. Although I did engage in the above transaction, I have contacted the merchant for credit. The service is the provider on __/__/__ (MM/DD/YY) I were not received or were unsatisfactory. Attach a letter describing the services expected, your attempts to resolve with the merchant and a copy of your contract.

☐ 10. I certify that I do not recognize the transaction. Merchants often provide telephone numbers next to their name on your billing statement. Please attempt to contact the merchant for information.

☐ 11. If your dispute is for a different reason, please contact us at the above telephone number.

Signature (required): _____    Date: _____
Best contact telephone #: _____    Home#: _____

Billing rights are only preserved by written inquiry. To preserve your billing rights, please return a copy of this form and any supporting information regarding the merchant charge in question to Atlas Billing Inquiries, P.O. Box 15026, Wilmington, DE 19850-5026, USA.

PLEASE KEEP THE ORIGINAL FOR YOUR RECORDS AND SEND A COPY OF THIS STATEMENT.

## GRACE PERIOD

"Grace Period" means the period of time during a billing cycle when you will not incur Periodic Rate Finance Charges on certain transactions or balances. There is no Grace Period for Balance Transfers and Cash Advances. If you pay in full this statement's New Balance Total by its Payment Due Date and if you paid in full this statement's Previous Balance in full this statement's billing cycle, then you will have a Grace Period during the billing cycle that began the day after this statement's Closing Date on the Purchase portions of this statement's New Balance Total.

During a 0% Promotional Rate Offer: If no Periodic Rate Finance Charges accrue on balances with the 0% Promotional Rate and 2) you must pay the Total Minimum Payment Due by its Payment Due Date (and avoid any other "promotion turn-off event" as defined in your Credit Card Agreement) to maintain the 0% Promotional Rate.

** If a corresponding Annual Percentage Rate in the Finance Charge Schedule on the front of this statement contains a "***" symbol, then with respect to those balances: 1) the 0% Promotional Rate will expire at the end of the next billing cycle, and 2) you must pay this statement's New Balance Total by its Payment Due Date to avoid Periodic Rate Finance Charges after the end of the 0% Promotional Rate Offer on those balances as of the Closing Date of this statement.

## CALCULATION OF BALANCES SUBJECT TO FINANCE CHARGE

Average Balance Method (including new Balance Transfers and Cash Advances): We calculate separate Balances Subject to Finance Charge for Balance Transfers, Cash Advances, and for each Promotional Offer balance consisting of Balance Transfers or Cash Advances. We do this by: (1) calculating a daily balance for each day in this statement's billing cycle; (2) calculating a daily balance for each day prior to this statement's billing cycle that had a "Pre-Cycle balance" - a Pre-Cycle balance is a Balance Transfer or Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Balance Transfers, new Cash Advances and and Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle balance, we take the beginning balance attributable solely to the Cycle balances (which will be zero on the transaction date of the first Pre-Cycle balance), add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, and add only the applicable Pre-Cycle balances, and their related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

Average Daily Balance Method (including new Purchases): We calculate separate Balances Subject to Finance Charge for Purchases and for each Promotional Offer balance consisting of Purchases. We do this by: (1) calculating a daily balance for each day in the billing cycle; (2) adding all the daily balances together; and (3) dividing the sum of the daily balances by the number of days in the billing cycle.

To calculate the daily balance for each day in this statement's billing cycle that had a Purchase balance, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Purchases, new Account Fees, and new Transaction Fees which posted on or before that payment in full date, and exclude from the beginning balance new Purchases, new Account Fees, and new Transaction Fees which posted on or before that payment in full date, and we do not add new Purchases, new Account Fees, or new Transaction Fees which post after that payment in full date.

We include the cost for the credit card debt cancellation plan or credit insurance purchased through us in calculating the beginning balance for the first day of the billing cycle after the billing cycle in which each such cost is billed.

## TOTAL PERIODIC RATE FINANCE CHARGE COMPUTATION

Periodic Rate Finance Charges accrue and are compounded on a daily basis. To determine the Periodic Rate Finance Charges, we multiply each Balance Subject to Finance Charge by its applicable Daily Periodic Rate and then multiply by the number of days in the billing cycle. To determine the total Periodic Rate Finance Charge for the billing cycle, we add the Periodic Rate Finance Charges together. Each Daily Periodic Rate is calculated by dividing its corresponding Annual Percentage Rate by 365.

## HOW WE ALLOCATE YOUR PAYMENTS

We will allocate your payments in the manner we determine. In most instances, we will allocate your payments to balances (including transactions made after this statement) with lower APRs before balances with higher APRs. This will result in balances with lower APRs (such as new balances with promotional APR offers) being paid before any other existing balances.

**Payment Due Dates and Keeping Your Account in Good Standing**

Your Payment Due Date will not fall on the same day each month. In order to help maintain any promotional rates, to avoid the imposition of Default Rates (if applicable), to avoid late fees, and to avoid overdraft fees, we must receive at least the Total Minimum Payment Due by its Payment Due Date each billing cycle and you must maintain your account balance below your Credit Limit each day.

**Important Information about Payments by Phone**

When using the optional Pay-by-Phone service, you authorize us to initiate an electronic payment from your account at the financial institution you designate. You must authorize the amount and timing of each payment. For your protection, we will ask for security information. A fee may apply. To cancel, call us before the scheduled payment date. Same-day payments cannot be edited or canceled.

## MISCELLANEOUS

For the complete terms and conditions of your account, consult your Credit Card Agreement. FIA Card Services is a trademark of FIA Card Services, N.A. This account is issued and administered by FIA Card Services, N.A.

## PAYMENTS

We credit payments as of the date received, if the payment is 1) received by 5 p.m. (Eastern Time), 2) received at the address shown in the bottom left-hand corner of the front of this statement, 3) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order, and 4) sent in the enclosed return envelope with only the bottom portion of this statement accompanying it. Payments received after 5 p.m. on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. We will reject payments that are not drawn in U.S. dollars and those drawn on a financial institution located outside of the United States. Credit for any other payments may be delayed up to five days. No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process most payment checks electronically by using the information found on your check. Each check authorizes us to make a one-time electronic funds transfer or process it as a check or paper draft. Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you. For more information or to stop the electronic funds transfers, call us at the number listed on the front.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us at least three business days before the automatic payment is scheduled to occur.

If your billing address or contact information has changed, or if your address is incorrect as it appears on this bill, please provide all corrections here.

Address 1 _____

Address 2 _____

City _____

State _____    Zip _____

Area Code & Home Phone _____

Area Code & Work Phone _____

Page 2 of 4

FIA126

*Prepared for:*   RICHARD A HADSELL

*Account Number:* ████████1158

**October 2009 Statement**
*Credit Line:*  $5,000.00
*Cash or Credit Available:*  $50.88

**WorldPoints**

### Finance Charge Schedule

| Category | Promotional Transaction Types | Daily Periodic Rate | Corresponding Annual Percentage Rate | APR Type | Balance Subject to Finance Charge |
|---|---|---|---|---|---|
| Balance Transfers | | 0.024384% V | 8.90% | S | $0.00 |
| Cash Advances | | 0.068466% V | 24.99% | S | $0.00 |
| Purchases | | 0.024384% V | 8.90% | S | $5,001.08 |

Annual Percentage Rate for this Billing Period:  8.90%
(Includes Periodic Rate Finance Charges and Transaction Fee Finance Charges that results in an APR which exceeds the Corresponding APR above.)

APR Type Definitions: Daily Interest Rate Type: V= Variable Rate (interest rate may vary); APR Type: S= Standard APR (APR normally in effect)

FIA127

*Prepared for:*   RICHARD A HADSELL

*Account Number:* ▆▆▆▆▆ 158

**September 2009 Statement**
*Credit Line:*              $5,000.00
*Cash or Credit Available:*       $2.48

 WorldPoints

**Customer Service**
*For information on Your Account Visit*
www.bankofamerica.com
Call toll-free 1-800-826-2356
TDD hearing-impaired 1-800-346-3178
*Mail Payments to:*
BANK OF AMERICA
P.O. BOX 851001
DALLAS, TX 75285-1001
*Mail Billing Inquiries to:*
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026

## Account Information

### Summary of Transactions

| | |
|---|---|
| Previous Balance | $4,850.18 |
| Payments and Credits − | $88.00 |
| Purchases and Adjustments + | $99.00 |
| Periodic Rate Finance Charges + | $36.36 |
| Transaction Fee Finance Charges + | $0.00 |
| New Balance Total | $4,997.54 |

### Billing Cycle and Payment Information

| | |
|---|---|
| Days in Billing Cycle | 30 |
| Closing Date | 09/02/09 |
| Payment Due Date | 09/29/09 |
| Current Payment Due | $85.00 |
| Past Due Amount | $0.00 |
| Total Minimum Payment Due | $ 85.00 |

## Transactions

| Payments and Credits | Promotional Offer ID | Posting Date | Transaction Date | Reference Number | Account Number | Amount |
|---|---|---|---|---|---|---|
| PAYMENT - THANK YOU | | 08/17 | | | | 88.00 CR |
| **Purchases and Adjustments** | | | | | | |
| GROUP M MARKETING, INC 05122635151 TX | | 08/19 | 08/18 | 0098 | 1158 | 99.00 |

```
WORLDPOINTS
        99   MONTHLY EARNINGS
         0   BONUS POINTS THIS MONTH
     5,360   POINTS AVAILABLE
```

## Important Information About Your Account

TO ALLOW YOU MORE TIME TO PAY YOUR BILL, WE HAVE EXTENDED YOUR PAYMENT
DUE DATE - EFFECTIVE IMMEDIATELY, YOU NOW HAVE A MINIMUM OF
25 DAYS FROM YOUR STATEMENT CLOSING DATE TO SEND IN YOUR PAYMENT.

START MANAGING YOUR ACCOUNT THE FAST, EASY WAY AND SIGN-UP FOR ONLINE BANKING
AT BANKOFAMERICA.COM. ONCE ENROLLED - GO GREEN WITH PAPERLESS STATEMENTS.

PAY YOUR BILL QUICKLY WITH THE PAY BY PHONE SERVICE. CALL 1.866.297.9256 TO
USE THE AUTOMATED SERVICE OR DISCUSS OTHER PAYMENT OPTIONS.

HELP CREATE A WORLD WITHOUT BREAST CANCER. SUPPORT SUSAN G. KOMEN FOR THE CURE.
GO TO KOMEN.ORG AND FIND A RACE NEAR YOU OR MAKE AN ONLINE DONATION.

04     0049975400008500000086000000▆▆▆▆▆1158

BANK OF AMERICA
P.O. BOX 851001
DALLAS, TX 75285-1001

RICHARD A HADSELL
1515 E CHASE AVE
EL CAJON CA 92020-8267



☐ Check here for a change of mailing address or phone number(s).
Please provide all corrections on the reverse side.

**Payment Information**

ACCOUNT NUMBER: ▆▆▆▆▆ 1158

NEW BALANCE TOTAL: $4,997.54
PAYMENT DUE DATE: 09/29/09

**TOTAL MINIMUM PAYMENT DUE** $ 85.00

Enter Payment Amount Enclosed

$

Mail this payment coupon along with a
check or money order payable to: BANK OF AMERICA

 ⑈524022250⑈ ▆▆▆▆▆▆1158⑈⑈

FIA128

**IMPORTANT INFORMATION ABOUT THIS ACCOUNT**  USE211  Rev. 04/08

**CUSTOMER STATEMENT OF DISPUTED ITEM** – Please call toll free 1.866.266.0212 Monday-Thursday 8am-9pm (Eastern Time), Friday 8am-7pm (Eastern Time) and Saturday 8am-6pm (Eastern Time). For prompt service please have the merchant reference number(s) available for the charge(s) in question.

PLEASE DO NOT ALTER WORDING ON THIS FORM AND DO NOT MAIL YOUR LETTER OR FORM WITH YOUR PAYMENT.  Choose only one dispute reason.

Your Name: _____  Posting Date: _____  Account Number: _____
Transaction Date: _____  Posting Date: _____  Reference Number: _____
Amount $: _____  Disputed Amount $: _____  Merchant Name: _____

☐ 1. The amount of the charge was increased from $_____ to $_____ or my sales slip was added incorrectly. Enclosed is a copy of the sales slip that shows the correct amount.

☐ 2. I certify that the charge listed above was not made by me or a person authorized by me to use my card, nor were the goods or services represented by the transaction received by me or a person authorized by me.

☐ 3. I have not received the merchandise that was to be shipped to me on ___/___/___ (MM/DD/YY). I have asked the merchant to credit my account.

☐ 4. I was issued a credit slip that was not shown on my statement. A copy of my credit slip is enclosed. The merchant has up to 30 days to credit your account.

☐ 5. Merchandise that was shipped to me has arrived damaged and/or defective. I returned it on ___/___/___ (MM/DD/YY) and advised the merchant to credit my account. Attach a letter describing how the merchandise was damaged and/or defective and a copy of the proof of return.

☐ 6. Although I did engage in the above transaction, I have contacted the merchant on ___/___/___ (MM/DD/YY) and requested a credit. I either did not receive this credit or it was unsatisfactory. Attach a letter explaining why you are disputing this charge with a copy of the proof of return. If you are unable to resolve the merchandise, please explain.

☐ 7. I certify that the charge in question was a single transaction, but was posted twice to my statement. I did not authorize the second transaction. Sale #1 $_____  Reference #_____.

☐ 8. I notified the merchant on ___/___/___ (MM/DD/YY) to cancel the pre-authorized order (recurring). Please enter cancellation # and if available, enclose a copy of your contract and a copy of your telephone bill showing date and time of cancellation. Return to cancellation / reauthorization #:

☐ 9. Although I did engage in the above transaction, I have contacted the merchant for credit. The service to be provided on ___/___/___ (MM/DD/YY) I have not received or was unsatisfactory. Attach a letter describing the services expected, your attempts to resolve with the merchant and a copy of your contract.

☐ 10. I certify that I do not recognize the transaction. Merchants often provide telephone numbers next to their name on your billing statement. Please attempt to contact the merchant for information.

☐ 11. If your dispute is for a different reason, please contact us at the above telephone number.

Signature (required): _____  Date: _____
Best contact telephone #: _____  Home#: _____

Billing rights are only preserved by written inquiry. To preserve your billing rights, please return a copy of this form and any supporting information regarding the merchant charge in question to: Attn: Billing Inquiries, P.O. Box 15026, Wilmington, DE 19850-5026, USA.

PLEASE KEEP THE ORIGINAL FOR YOUR RECORDS AND SEND A COPY OF THIS STATEMENT.

**GRACE PERIOD**

"Grace Period" means the period of time during a billing cycle when you will not accrue Periodic Rate Finance Charges on certain transactions or balances. There is no Grace Period for Balance Transfers and Cash Advances. If you pay in full this statement's New Balance Total by its Payment Due Date and if you paid in full this statement's Previous Balance in this statement's billing cycle, then you will have a Grace Period during the billing cycle that began the day after this statement's Closing Date on the Purchase portions of this statement's New Balance Total.

During a 0% Promotional Rate Offer: If no Periodic Rate Finance Charges accrue on balances with the 0% Promotional Rate and 2) you must pay the Total Minimum Payment Due by its Payment Due Date (and avoid any other "promotion turn-off event" as defined in your Credit Card Agreement) to maintain the 0% Promotional Rate.

** If a corresponding Annual Percentage Rate in the Finance Charge Schedule on the front of this statement contains a "***" symbol, then with respect to these balances: 1) the 0% Promotional Rate will expire at the end of the next billing cycle, and 2) you must pay this statement's New Balance Total by its Payment Due Date to avoid Periodic Rate Finance Charges after the end of the 0% Promotional Rate Offer on these balances existing as of the Closing Date of this statement.

**CALCULATION OF BALANCES SUBJECT TO FINANCE CHARGE**

Average Balance Method (including new Balance Transfers and new Cash Advances): We calculate separate Balances Subject to Finance Charge for Balance Transfers, Cash Advances, and for each Promotional Offer balance consisting of Balance Transfers or Cash Advances. We do this by: (1) calculating a daily balance for each day in this statement's billing cycle; (2) calculating a daily balance for each day prior to this statement's billing cycle that had a "Pre-Cycle balance" - the Pre-Cycle balance is a Balance Transfer or Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Purchases, new Cash Advances and Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

To calculate a daily balance for any day prior to this statement's billing cycle that had a Pre-Cycle balance, we take the beginning balance attributable only to Pre-Cycle balances (which will be zero on the transaction date of the first Pre-Cycle balance), add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, and add only the applicable Pre-Cycle balances, and their related Transaction Fees. We exclude from this calculation all transactions we posted in previous billing cycles.

Average Daily Balance Method (including new Purchases): We calculate separate Balances Subject to Finance Charge for Purchases and for each Promotional Offer balance consisting of Purchases. We do this by: (1) calculating a daily balance for each day in the billing cycle; (2) adding all the daily balances together; and (3) dividing the sum of the daily balances by the number of days in the billing cycle.

**PAYMENTS**

We credit payments as of the date received, if the payment is 1) received by 5 p.m. (Eastern Time), 2) received at the address shown at the bottom left-hand corner of the front of this statement, 3) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order, and 4) sent in the enclosed return envelope with only the bottom portion of this statement accompanying it. Payments received after 5 p.m. on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. We will reject payments that are not drawn in U.S. dollars and those drawn on a financial institution located outside of the United States. Credit for any other payments may be delayed up to five days. No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process many payment checks electronically by using the information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you. For more information or to stop the electronic funds transfers, call us at the number listed on the front.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us at least three business days before the automatic payment is scheduled to occur.

**TOTAL PERIODIC RATE FINANCE CHARGE COMPUTATION**

Periodic Rate Finance Charges accrue and are compounded on a daily basis. To determine the Periodic Rate Finance Charges, we multiply each Balance Subject to Finance Charge by its applicable Daily Periodic Rate and that result by the number of days in the billing cycle. To determine the total Periodic Rate Finance Charge for the billing cycle, we add the Periodic Rate Finance Charges together. Each Daily Periodic Rate is calculated by dividing its corresponding Annual Percentage Rate by 365.

**HOW WE ALLOCATE YOUR PAYMENTS**

We will allocate your payments in the manner we determine. In most instances, we will allocate your payments to balances (including transactions made after this statement) with lower APRs before balances with higher APRs. This will result in balances with lower APRs (such as new balances with promotional APR offers) being paid before any other existing balances.

**Payment Due Dates and Keeping Your Account in Good Standing**

Your Payment Due Date will not fall on the same day each month. In order to help maintain any promotional rates, to avoid the imposition of Default Rates (if applicable), to avoid late fees, and to avoid overlimit fees, we must receive at least the Total Minimum Payment Due by its Payment Due Date each billing cycle and you must maintain your account balance below your Credit Limit each day.

**Important Information about Payments by Phone**

When using the optional Pay-by-Phone service, you authorize us to initiate an electronic payment from your account at the financial institution you designate. You must authorize the amount and timing of each payment. For your protection, we will ask for security information. A fee may apply. To cancel, call us before the scheduled payment date. Same-day payments cannot be edited or canceled.

**MISCELLANEOUS**

For the complete terms and conditions of your account, consult your Credit Card Agreement. FIA Card Services is a trademark of FIA Card Services, N.A. This account is issued and administered by FIA Card Services, N.A.

If your billing address or contact information has changed, or if your address is incorrect as it appears on this bill, please provide all corrections here.

Address 1 _____
Address 2 _____
City _____
State _____  Zip _____
Area Code & Home Phone _____
Area Code & Work Phone _____

Page 2 of 4

FIA129

**WorldPoints**

Prepared for:   RICHARD A HADSELL

Account Number: ████████1158

September 2009 Statement
Credit Line:                $5,000.00
Cash or Credit Available:      $2.46

## Finance Charge Schedule

| Category | Promotional Transaction Types | Daily Periodic Rate | Corresponding Annual Percentage Rate | APR Type | Balance Subject to Finance Charge |
|---|---|---|---|---|---|
| Balance Transfers | | 0.024384% V | 8.90% | S | $0.00 |
| Cash Advances | | 0.068466% V | 24.99% | S | $0.00 |
| Purchases | | 0.024384% V | 8.90% | S | $4,970.65 |

Annual Percentage Rate for this Billing Period:                                                                        8.90%
(Includes Periodic Rate Finance Charges and Transaction Fee Finance Charges that results in an APR which exceeds the Corresponding APR above.)

APR Type Definitions: Daily Interest Rate Type: V= Variable Rate (interest rate may vary); APR Type: S= Standard APR (APR normally in effect)

FIA130

**Prepared for:** RICHARD A HADSELL

**Account Number:** ▓▓▓158

**August 2009 Statement**
Credit Line: $5,000.00
Cash or Credit Available: $49.82

**WorldPoints**

**Customer Service**
For Information on Your Account Visit
www.bankofamerica.com
Call toll-free 1-800-826-2558
TDD hearing-impaired 1-800-346-3178
Mail Payments to:
BANK OF AMERICA
P.O. BOX 851001
DALLAS, TX 75285-1001
Mail Billing Inquiries to:
BANK OF AMERICA
P.O. BOX 5026
WILMINGTON, DE 19850-5026

## Account Information

### Summary of Transactions

| | | |
|---|---|---|
| Previous Balance | | $5,122.47 |
| Payments and Credits | - | $212.00 |
| Purchases and Adjustments | + | $0.00 |
| Periodic Rate Finance Charges | + | $39.71 |
| Transaction Fee Finance Charges | + | $0.00 |
| New Balance Total | | $4,950.18 |

### Billing Cycle and Payment Information

| | |
|---|---|
| Days in Billing Cycle | 32 |
| Closing Date | 08/03/09 |
| Payment Due Date | 08/28/09 |
| Current Payment Due | $88.00 |
| Past Due Amount | + $0.00 |
| Total Minimum Payment Due | $ 88.00 |

## Transactions

| Payments and Credits | Promotional Offer ID | Posting Date | Transaction Date | Reference Number | Account Number | Amount |
|---|---|---|---|---|---|---|
| PAYMENT ONLINE - EP | | 07/27 | | | | 212.00 CR |

```
WORLDPOINTS
        0   MONTHLY EARNINGS
        0   BONUS POINTS THIS MONTH
    5,269   POINTS AVAILABLE
```

## Important Information About Your Account

START MANAGING YOUR ACCOUNT THE FAST, EASY WAY AND SIGN-UP FOR ONLINE BANKING
AT BANKOFAMERICA.COM. ONCE ENROLLED - GO GREEN WITH PAPERLESS STATEMENTS:

PAY YOUR BILL QUICKLY WITH THE PAY BY PHONE SERVICE. CALL 1.888.297.9258 TO
USE THE AUTOMATED SERVICE OR DISCUSS OTHER PAYMENT OPTIONS.

## Finance Charge Schedule

| Category | Promotional Transaction Types | Daily Periodic Rate | Corresponding Annual Percentage Rate | APR Type | Balance Subject to Finance Charge |
|---|---|---|---|---|---|
| Balance Transfers | | 0.024384% | 8.90% | S | $0.00 |
| Cash Advances | | 0.068466% | 24.99% | S | $0.00 |
| Purchases | | 0.024384% | 8.90% | S | $5,068.83 |

Annual Percentage Rate for this Billing Period: 8.90%
(Includes Periodic Rate Finance Charges and Transaction Fee Finance Charges that results in an APR which exceeds
the Corresponding APR above.)

APR Type Definitions: APR Type: S= Standard APR (APR normally in effect)

04     0049501800008800000212000000▓▓▓▓▓▓▓▓▓158

BANK OF AMERICA
P.O. BOX 851001
DALLAS, TX 75285-1001

RICHARD A HADSELL
1515 E CHASE AVE
EL CAJON CA 92020-8267



☐ Check here for a change of mailing address or phone number(s).
Please provide all corrections on the reverse side.

**Payment Information**

ACCOUNT NUMBER: ▓▓▓▓158

NEW BALANCE TOTAL: $4,950.18
PAYMENT DUE DATE: 08/28/09

TOTAL MINIMUM PAYMENT DUE
$ 88.00

Enter Payment Amount Enclosed
$

Mail this payment coupon along with a
check or money order payable to: BANK OF AMERICA

Page 1 of 2



⑆5240 22250⑆ ▓▓▓▓▓▓▓▓ 1158⑈

FIA131

**IMPORTANT INFORMATION ABOUT THIS ACCOUNT**
USE211   Rev. 04/08

**CUSTOMER STATEMENT OF DISPUTED ITEM** – Please call toll free 1.866.266.0212 Monday-Thursday 8am-9pm (Eastern Time), Friday 8am-7pm (Eastern Time) and Saturday 8am-6pm (Eastern Time). For prompt service please have the merchant reference number(s) available for the charge(s) in question.

PLEASE DO NOT ALTER WORDING ON THIS FORM AND DO NOT MAIL YOUR LETTER OR FORM WITH YOUR PAYMENT.

Your Name: _____
Transaction Date: _____  Posting Date: _____
Amount $: _____  Disputed Amount $: _____

Account Number: _____   Choose only one dispute reason.
Reference Number: _____
Merchant Name: _____

☐ 1. The amount of the charge was increased from $_____ to $_____ or my sales slip was added incorrectly. Enclosed is a copy of the sales slip that shows the correct amount.

☐ 2. I certify that the charge listed above was not made by me or a person authorized by me to use my card, nor were the goods or services represented by the transaction received by me or a person authorized by me.

☐ 3. I have not received the merchandise that was to be shipped to me on ___/___/___ (MM/DD/YY). I have asked the merchant to credit my account.

☐ 4. I was issued a credit slip that was not shown on my statement. A copy of my credit slip is enclosed. The merchant has up to 30 days to credit your account.

☐ 5. Merchandise that was shipped to me has arrived damaged and/or defective. I returned it on ___/___/___ (MM/DD/YY) and asked the merchant to credit my account. Attach a letter describing how the merchandise was damaged and/or defective and a copy of the proof of return.

☐ 6. Although I did engage in the above transaction, I have contacted the merchant, returned the merchandise on ___/___/___ (MM/DD/YY) and requested a credit. I either did not receive this credit or it was cancelled early. Attach a letter explaining why you are disputing this charge with a copy of the proof of return. If you are unable to return the merchandise, please explain.

☐ 7. I certify that the charge in question was a single transaction, but was posted twice to my statement. I did not authorize the second transaction. Sale #1 $_____   Reference #_____   Sale #2 $_____   Reference #_____

☐ 8. I notified the merchant on ___/___/___ (MM/DD/YY) to cancel the pre-authorized order (reservation). Please note cancellation # if available, enclose a copy of your contract and a copy of your telephone bill showing date and time of cancellation. Reason for cancellation / cancellation #: _____

☐ 9. Although I did engage in the above transaction, I have retained the merchant for goods. The service(s) is/are poor, (or _____ (MM/DD/YY) were not satisfactory when I attempted to use it. Attach a letter describing the services expected, your attempts to resolve with the merchant and a copy of your contract.

☐ 10. I certify that I do not recognize the transaction. Merchants often provide telephone numbers next to their name on your billing statement. Please attempt to contact the merchant for information.

☐ 11. If your dispute is for a different reason, please contact us at the above telephone number.

Signature (required): _____   Date: _____
Best contact telephone #: _____   Home #: _____

Billing rights are only preserved by written inquiry. To preserve your billing rights, please return a copy of this form and any supporting information regarding the merchant charge in question to: Attn: Billing Inquiries, P.O. Box 15026, Wilmington, DE 19850-5026, USA.

PLEASE KEEP THE ORIGINAL FOR YOUR RECORDS AND SEND A COPY OF THIS STATEMENT.

**GRACE PERIOD**

"Grace Period" means the period of time during a billing cycle when you will not accrue Periodic Rate Finance Charges on certain transactions or balances. There is no Grace Period for Balance Transfers and Cash Advances. If you pay in full this statement's New Balance Total by its Payment Due Date and if you paid in full this statement's Previous Balance in this statement's billing cycle, then you will have a Grace Period during the billing cycle that began the day after this statement's Closing Date on the Purchase portions of this statement's New Balance Total.

During a 0% Promotional Rate Offer: 1) no Periodic Rate Finance Charges accrue on balances with the 0% Promotional Rate; and 2) you must pay the Total Minimum Payment Due by its Payment Due Date (and avoid any other "promotion turn-off event" as defined in your Credit Card Agreement) to maintain the 0% Promotional Rate.

** If a corresponding Annual Percentage Rate in the Finance Charge Schedule on the front of this statement contains a "***" symbol, then with respect to those balances: 1) the 0% Promotional Rate will expire at the end of the next billing cycle, and 2) you must pay this statement's New Balance Total by its Payment Due Date to avoid Periodic Rate Finance Charges after the end of the 0% Promotional Rate Offer on those balances existing as of the Closing Date of this statement.

**CALCULATION OF BALANCES SUBJECT TO FINANCE CHARGE**

Average Balance Method (including new Balance Transfers and new Cash Advances): We calculate separate Balances Subject to Finance Charge for Balance Transfers, Cash Advances, and for each Promotional Offer balance consisting of Balance Transfers and Cash Advances. We do this by: (1) calculating a daily balance for each day in this statement's billing cycle; (2) calculating a daily balance for each day prior to this statement's billing cycle that had a "Pre-Cycle balance" - a Pre-Cycle balance is a Balance Transfer or Cash Advance with a transaction date prior to this statement's billing cycle that are posting date within this statement's billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Balance Transfers, new Cash Advances and new Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle balance, we take the beginning balance attributable solely to Pre-Cycle balances (which will be zero on the transaction date of the first Pre-Cycle balance), add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, and add only the applicable Pre-Cycle balances, and their related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

Average Daily Balance Method (including new Purchases): We calculate separate Balances Subject to Finance Charge for Purchases and for each Promotional Offer balance consisting of Purchases. We do this by: (1) calculating a daily balance for each day in the billing cycle; (2) adding all the daily balances together; and (3) dividing the sum of the daily balances by the number of days in the billing cycle.

**PAYMENTS**

We credit payments as of the date received, if the payment is 1) received by 5 p.m. (Eastern Time), 2) received at the address shown in the bottom left-hand corner of the front of this statement, 3) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order, and 4) sent in the enclosed return envelope with only the bottom portion of this statement accompanying it. Payments received after 5 p.m. on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. We will reject payments that are not drawn in U.S. dollars and those drawn on a financial institution located outside of the United States. Credit for any other payment may be delayed up to five days. No payment shall operate as an award and satisfaction without the prior written approval of one of our Senior Officers.

We process most payment checks electronically by using the information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you. For more information or to stop the electronic funds transfers, call us at the number listed on the front.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us at least three business days before the automatic payment is scheduled to occur.

**TOTAL PERIODIC RATE FINANCE CHARGE COMPUTATION**

Periodic Rate Finance Charges accrue and are compounded on a daily basis. To determine the Periodic Rate Finance Charges, we multiply each Balance Subject to Finance Charge by its applicable Daily Periodic Rate and then result by the number of days in the billing cycle. To determine the total Periodic Rate Finance Charge for the billing cycle, we add the Periodic Rate Finance Charges together. Each Daily Periodic Rate is calculated by dividing its corresponding Annual Percentage Rate by 365.

**HOW WE ALLOCATE YOUR PAYMENTS**

We will allocate your payments in the manner we determine. In most instances, we will allocate your payments to balances (including transactions made after this statement) with lower APRs before balances with higher APRs. This will result in balances with lower APRs (such as new balances with promotional APR offers) being paid before any other existing balances.

**Payment Due Dates and Keeping Your Account in Good Standing**

Your Payment Due Date will not fall on the same day each month. In order to help maintain any promotional rates, avoid the imposition of Default Rates (if applicable), to avoid late fees, and to avoid overlimit fees, we must receive at least the Total Minimum Payment Due by its Payment Due Date each billing cycle and you must maintain your account balance below your Credit Limit each day.

**Important Information about Payments by Phone**

When using the optional Pay-by-Phone service, you authorize us to initiate an electronic payment from your account at the financial institution you designate. You must authorize the amount and timing of each payment. For your protection, we will ask for security information. A fee may apply. To cancel, call us before the scheduled payment date. Same-day payments cannot be edited or canceled.

**MISCELLANEOUS**

For the complete terms and conditions of your account, consult your Credit Card Agreement. FIA Card Services is a trademark of FIA Card Services, N.A. This account is issued and administered by FIA Card Services, N.A.

If your billing address or contact information has changed, or if your address is incorrect as it appears on this bill, please provide all corrections here.

Address 1 _____
Address 2 _____
City _____
State _____  Zip _____
Area Code & Home Phone _____
Area Code & Work Phone _____

Page 2 of 2

FIA132

**Prepared for:** RICHARD A HADSELL

**Account Number:** ████1158

**July 2009 Statement**
Credit Line: $5,000.00
Cash or Credit Available: $0.00

**WorldPoints**

### Customer Service

For Information on Your Account Visit
www.bankofamerica.com
Call toll-free 1-800-826-2558
TDD hearing-impaired 1-800-346-3178

Mail Payments to:
BANK OF AMERICA
P.O. BOX 851001
DALLAS, TX 75285-1001

Mail Billing Inquiries to:
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026

### Account Information

**Summary of Transactions**

| | | |
|---|---|---|
| Previous Balance | | $5,046.37 |
| Payments and Credits | - | $0.00 |
| Purchases and Adjustments | + | $39.00 |
| Periodic Rate Finance Charges | + | $37.10 |
| Transaction Fee Finance Charges | + | $0.00 |
| New Balance Total | | $5,122.47 |

**Billing Cycle and Payment Information**

| | |
|---|---|
| Days in Billing Cycle | 30 |
| Closing Date | 07/02/09 |
| Payment Due Date | 07/29/09 |
| Current Payment Due | $126.00 |
| Past Due Amount + | $86.00 |
| Total Minimum Payment Due | $212.00 |

### Transactions

| Purchases and Adjustments | Promotional Offer ID | Posting Date | Transaction Date | Reference Number | Account Number | Amount |
|---|---|---|---|---|---|---|
| LATE FEE FOR PAYMENT DUE 06/27 | | 06/27 | 06/27 | 5046 | | 39.00 |

WORLDPOINTS

| | |
|---|---|
| 0 | MONTHLY EARNINGS |
| 0 | BONUS POINTS THIS MONTH |
| 5,269 | POINTS AVAILABLE |

### Important Information About Your Account

YOUR PAYMENT WAS NOT RECEIVED BY THE DUE DATE. TO AVOID FUTURE FEES OR RATE INCREASES, PLEASE MAKE YOUR PAYMENTS ON TIME. REMEMBER, IF TWICE IN 12 MONTHS YOUR PAYMENT IS RECEIVED AFTER THE DUE DATE, YOUR APR MAY INCREASE.

PERSONS WHO HELD A MBNA CREDIT CARD AND HAVE A CALIFORNIA MAILING ADDRESS: AS PART OF A LEGAL SETTLEMENT, YOU WILL AUTOMATICALLY RECEIVE FOUR FREE MONTHS OF IDENTITY FRAUD INSURANCE COVERAGE, STARTING 8/1/09 AND ENDING 11/31/09. DETAILS AT WWW.BERNARDMBNANOTICEOFCLASSACTIONSETTLEMENT.COM OR 1-866-680-8808.

YOU ARE A VALUED CUSTOMER. WE WANT TO MAKE SURE YOU ARE AWARE THAT WE HAVE NOT RECEIVED YOUR PAYMENT. PLEASE SEND THE AMOUNT DUE TODAY. IF IT HAS BEEN MAILED, THANK YOU.

SIMPLIFY YOUR LIFE AND HELP THE ENVIRONMENT - ENROLL IN PAPERLESS STATEMENTS. SIGN INTO YOUR ACCOUNT AT BANKOFAMERICA.COM AND CLICK "GO PAPERLESS."

04    0051224700021200000200000000████1158

BANK OF AMERICA
P.O. BOX 851001
DALLAS, TX 75285-1001

RICHARD A HADSELL
1515 E CHASE AVE
EL CAJON CA 92020-8267



☐ Check here for a change of mailing address or phone number(s). Please provide all corrections on the reverse side.

### Payment Information

ACCOUNT NUMBER: ████1158

NEW BALANCE TOTAL: $5,122.47
PAYMENT DUE DATE: 07/29/09

TOTAL MINIMUM PAYMENT DUE $212.00

Enter Payment Amount Enclosed
$

Mail this payment coupon along with a check or money order payable to: BANK OF AMERICA

 ⑈⑆524022250⑈⑆ ████ ⑈158⑈⑆

FIA133

**IMPORTANT INFORMATION ABOUT THIS ACCOUNT**    USE211   Rev. 04/08

**CUSTOMER STATEMENT OF DISPUTED ITEM** – Please call toll free 1:866.266.0212 Monday-Thursday 8am-9pm (Eastern Time), Friday 8am-7pm (Eastern Time) and Saturday 9am-6pm (Eastern Time). For prompt service please have the merchant reference number(s) available for the charge(s) in question.

PLEASE DO NOT ALTER WORDING ON THIS FORM AND DO NOT MAIL YOUR LETTER OR FORM WITH YOUR PAYMENT.    Choose only one dispute reason.

Your Name: _____
Transaction Date: _____ Posting Date: _____
Amount $: _____ Disputed Amount $: _____

Reference Number: _____
Merchant Name: _____

☐ 1. The amount of the charge was increased from $_____ to $_____ or my sales slip was added incorrectly. Enclosed is a copy of the sales slip that shows the correct amount.

☐ 2. I certify that the charge listed above was not made by me or a person authorized by me to use my card, nor were the goods or services represented by the transaction received by me or a person authorized by me.

☐ 3. I have not received the merchandise that was to be shipped to me on __/__/__ (MM/DD/YY). I have asked the merchant to credit my account.

☐ 4. I was issued a credit slip that was not shown on my statement. A copy of my credit slip is enclosed. The merchant has up to 30 days to credit your account.

☐ 5. Merchandise that was shipped to me has arrived damaged and/or defective. I returned it on __/__/__ (MM/DD/YY) and asked the merchant to credit my account. Attach a letter describing how the merchandise was damaged and/or defective and a copy of the postal return receipt.

☐ 6. Although I did engage in the above transaction, I have contacted the merchant, returned the merchandise on __/__/__ (MM/DD/YY) and requested a credit. I either did not receive this credit or it was unsatisfactory. Attach a letter explaining why you are disputing this charge with a copy of the proof of return. If you are unable to return the merchandise, please explain.

☐ 7. I certify that a charge in question was a single transaction, but was posted twice to my statement. I did not authorize the second transaction. Sale #23 _____ Reference #_____ Sale #23 _____ Reference #_____

☐ 8. I noticed the merchant on __/__/__ (MM/DD/YY) to cancel the pre-authorized order (reservation). Please make cancellation # and if available, enclose a copy of your contract and a copy of your telephone bill showing date and time of cancellation. Reason for cancellation/cancellation #.

☐ 9. Although I did engage in the above transaction, I have reviewed the merchant for credit. The services or the provided are _____ (MM/DD/YY) were not explained or were unsatisfactory. Attach a letter describing the services expected, your attempts to resolve with the merchant and a copy of your contract.

☐ 10. I certify that I do not recognize the transaction. Merchants often provide telephone numbers next to their name on your billing statement. Please attempt to contact the merchant for information.

☐ 11. If your dispute is for a different reason, please contact us at the above telephone number.

Signature (required): _____   Date: _____

Best contact telephone #: _____   Home #: _____

Billing rights are only preserved by written inquiry. To preserve your billing rights, please return a copy of this form and any supporting information regarding the merchant charge in question to: Attn: Billing Inquiries, P.O. Box 15026, Wilmington, DE 19850-5026, USA.

PLEASE KEEP THE ORIGINAL FOR YOUR RECORDS AND SEND A COPY OF THIS STATEMENT.

**GRACE PERIOD**

"Grace Period" means the period of time during a billing cycle when you will not accrue Periodic Rate Finance Charges on certain transactions or balances. There is no Grace Period for Balance Transfers and Cash Advances. If you pay in full this statement's New Balance Total by its Payment Due Date and if you paid in full this statement's Previous Balance in this statement's billing cycle, then you will have a Grace Period during the billing cycle that began the day after this statement's Closing Date on the Purchase portions of this statement's New Balance Total.

During a 0% Promotional Rate Offer 1) no Periodic Rate Finance Charges accrue on balances with the 0% Promotional Rate, and 2) you must pay the Total Minimum Payment Due by its Payment Due Date (and avoid any other "prevention turn-off event" as defined in your Credit Card Agreement) to maintain the 0% Promotional Rate.

** If a corresponding Annual Percentage Rate is the Finance Charge Schedule on the front of this statement contains a "****" symbol, then with respect to those balances: 1) the 0% Promotional Rate will expire at the end of the next billing cycle, and 2) you must pay this statement's New Balance Total by its Payment Due Date to avoid Periodic Rate Finance Charges after the end of the 0% Promotional Rate Offer on those balances existing as of the Closing Date of this statement.

**CALCULATION OF BALANCES SUBJECT TO FINANCE CHARGE**

Average Balance Method (including new balances) We calculate separate Balances for Purchases, Balance Charge for Balance Transfers, Cash Advances, and for each Promotional Offer balance consisting of Balance Transfers or Cash Advances. We do this by: (1) calculating a daily balance (or each day in this statement's billing cycle) (2) calculating a daily balance for each day prior to this statement's billing cycle that had a "Pre-Cycle balance" – a Pre-Cycle balance is a Balance Transfer or Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Balance Transfers, new Cash Advances and new Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle balance, we take the beginning balance attributable solely to its Pre-Cycle balances (which will be zero on the transaction date of the first Pre-Cycle balance), add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, and add only the applicable Pre-Cycle balances, and their related Transaction Fees. We exclude from this calculation all transactions reported in previous billing cycles.

Average Daily Balance Method (including new Purchases): We calculate separate Balances Subject to Finance Charge for Purchases and for each Promotional Offer balance consisting of Purchases. We do this by: (1) calculating a daily balance for each day in the billing cycle (2) adding all the daily balances together; and (3) dividing the sum of the daily balances by the number of days in the billing cycle.

**PAYMENTS**

We credit payments as of the date received, if the payment is 1) received by 5 p.m. (Eastern Time), 2) received at the address shown in the bottom left-hand corner of the front of this statement, 3) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order, and 4) sent in the enclosed return envelope with only the bottom portion of this statement accompanying it. Payments received after 5 p.m. on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. We will reject payments that are not drawn in U.S. dollars and those drawn on a financial institution located outside of the United States. Credit for any other payments may be delayed up to five days. No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process most payment checks electronically by using the information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you. For more information or to stop the electronic funds transfers, call us at the number listed on the front.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you are willing to pay. To stop the payment your letter must reach us at least three business days before the automatic payment is scheduled to occur.

We include the credit for credit card debt cancellation plan or credit insurance purchased through us in calculating the beginning balance for the first day of the billing cycle after the billing cycle in which such costs are billed.

**TOTAL PERIODIC RATE FINANCE CHARGE COMPUTATION**

Periodic Rate Finance Charges accrue and are compounded on a daily basis. To determine the Periodic Rate Finance Charges, we multiply each Balance Subject to Finance Charge by its applicable Daily Periodic Rate and that result by the number of days in the billing cycle. To determine the total Periodic Rate Finance Charge for the billing cycle, we add the Periodic Rate Finance Charges together. Each Daily Periodic Rate is calculated by dividing its corresponding Annual Percentage Rate by 365.

**HOW WE ALLOCATE YOUR PAYMENTS**

We will allocate your payments in the manner we determine. In most instances, we will allocate your payments to balances (including transactions made after this statement) with lower APRs before balances with higher APRs. This will result in balances with lower APRs (such as new balances with promotional APR offers) being paid before any other existing balances.

**Payment Due Dates and Keeping Your Account in Good Standing**

Your Payment Due Date will not fall on the same day each month. In order to help maintain any promotional rates, to avoid the imposition of Default Rates (if applicable), to avoid late fees, and to avoid overlimit fees, we must receive at least the Total Minimum Payment Due by its Payment Due Date each billing cycle and you must maintain your account balance below your Credit Limit each day.

**Important Information about Payments by Phone**

When using the optional Pay-by-Phone service, you authorize us to initiate an electronic payment from your account at the financial institution you designate. You must authorize the amount and timing of each payment. For your protection, we will ask for security information. A fee may apply. To cancel, call us before the scheduled payment date. Same-day payments cannot be edited or canceled.

**MISCELLANEOUS**

For the complete terms and conditions of your account, consult your Credit Card Agreement. FIA Card Services is a trademark of FIA Card Services, N.A. This account is issued and administered by FIA Card Services, N.A.

If your billing address or contact information has changed, or if your address is incorrect as it appears on this bill, please provide all corrections here.

Address 1 _____
Address 2 _____
City _____
State _____ Zip _____
Area Code & Home Phone _____
Area Code & Work Phone _____

Page 2 of 4

FIA134

**WorldPoints**

| Prepared for: | RICHARD A HADSELL | July 2009 Statement | |
|---|---|---|---|
| Account Number: | ████████1158 | Credit Line: | $5,000.00 |
| | | Cash or Credit Available: | $0.00 |

### Finance Charge Schedule

| Category | Promotional Transaction Types | Daily Periodic Rate | Corresponding Annual Percentage Rate | APR Type | Balance Subject to Finance Charge |
|---|---|---|---|---|---|
| Balance Transfers | | 0.024384% | 8.90% | S | $0.00 |
| Cash Advances | | 0.068466% | 24.99% | S | $0.00 |
| Purchases | | 0.024384% | 8.90% | S | $5,072.06 |

Annual Percentage Rate for this Billing Period:  8.90%
(Includes Periodic Rate Finance Charges and Transaction Fee Finance Charges that results in an APR which exceeds the Corresponding APR above.)

APR Type Definitions: APR Type: S= Standard APR (APR normally in effect)

Page 3 of 4

FIA135

Prepared for:   RICHARD A HADSELL

Account Number: ██████ 1158

**June 2009 Statement**

| | |
|---|---|
| Credit Line: | $5,000.00 |
| Cash or Credit Available: | $0.00 |

WorldPoints

**Customer Service**

For information on Your Account Visit
www.bankofamerica.com
Call toll-free 1-800-826-2656
TDD hearing-Impaired 1-800-346-3178
Mail Payments to:
BANK OF AMERICA
P.O. BOX 851001
DALLAS, TX 75285-1001
Mail Billing Inquiries to:
BANK OF AMERICA
P.O. BOX *5026
WILMINGTON, DE 19850-5026

## Account Information

**Summary of Transactions**

| | | |
|---|---|---|
| Previous Balance | | $4,740.79 |
| Payments and Credits | - | $200.00 |
| Purchases and Adjustments | + | $469.12 |
| Periodic Rate Finance Charges | + | $36.46 |
| Transaction Fee Finance Charges | + | $0.00 |
| New Balance Total | | $5,046.37 |

**Billing Cycle and Payment Information**

| | |
|---|---|
| Days in Billing Cycle | 29 |
| Closing Date | 06/02/09 |
| Payment Due Date | 06/27/09 |
| Current Payment Due | $66.00 |
| Past Due Amount + | $0.00 |
| Total Minimum Payment Due | **$ 66.00** |

## Transactions

| Payments and Credits | Promotional Offer ID | Posting Date | Transaction Date | Reference Number | Account Number | Amount |
|---|---|---|---|---|---|---|
| PAYMENT - THANK YOU | | 05/26 | | | | 200.00 CR |
| **Purchases and Adjustments** | | | | | | |
| SHP SWANSON HLTH PROD 800-437-4148 ND | | 05/05 | 05/04 | 8270 | 1158 | 64.21 |
| SHP SWANSON HLTH PROD 800-437-4148 ND | | 05/05 | 05/05 | 3237 | 1158 | 250.91 |
| ORESUP.COM    DENVER    CO | | 05/11 | 05/08 | 0700 | 1158 | 154.00 |

WORLDPOINTS
636   MONTHLY EARNINGS
0   BONUS POINTS THIS MONTH
5,269   POINTS AVAILABLE

## Important Information About Your Account

SIMPLIFY YOUR LIFE AND HELP THE ENVIRONMENT - ENROLL IN PAPERLESS STATEMENTS.
SIGN INTO YOUR ACCOUNT AT BANKOFAMERICA.COM AND CLICK "GO PAPERLESS."

## Finance Charge Schedule

| Category | Promotional Transaction Types | Daily Periodic Rate | Corresponding Annual Percentage Rate | APR Type | Balance Subject to Finance Charge |
|---|---|---|---|---|---|
| Balance Transfers | | 0.024384% | 8.90% | S | $0.00 |
| Offer DKN6-VPKTZ | BT, CB | 0.000000% | 0.00% | P | |
| Offer DKN6-VPKT2 | BT, CB | 0.005452% | 1.99% | P | $0.00 |
| Offer DKN6-VPKT3 | BT, CB | 0.005452% | 1.99% | P | $0.00 |
| Cash Advances | | 0.068466% | 24.99% | S | $0.00 |

See definitions at the conclusion of your Finance Charge Schedule

04     0050463700006000002000000██████     1158

BANK OF AMERICA
P.O. BOX 651001
DALLAS, TX 75285-1001

RICHARD A HADSELL
1515 E CHASE AVE
EL CAJON CA 92020-8267



☐ Check here for a change of mailing address or phone number(s).
Please provide all corrections on the reverse side.

**Payment Information**

ACCOUNT NUMBER: ██████ 1158

NEW BALANCE TOTAL: $5,046.37
PAYMENT DUE DATE: 06/27/09

TOTAL MINIMUM PAYMENT DUE: $66.00

Enter Payment Amount Enclosed
$

Mail this payment coupon along with a
check or money order payable to: BANK OF AMERICA



⑈524022250⑈ ██████ 1158⑈"

FIA136

**IMPORTANT INFORMATION ABOUT THIS ACCOUNT**   USE211   Rev. 04/08

**CUSTOMER STATEMENT OF DISPUTED ITEM** – Please call toll free 1.866.266.0212 Monday-Thursday 8am-9pm (Eastern Time), Friday 8am-7pm (Eastern Time) and Saturday 8am-6pm (Eastern Time). For prompt service please have the merchant reference number(s) available for the charge(s) in question.

PLEASE DO NOT ALTER WORDING ON THIS FORM AND DO NOT MAIL YOUR LETTER OR FORM WITH YOUR PAYMENT.   Choose only one dispute reason.

Your Name: _____
Transaction Date: _____   Posting Date: _____
Amount $: _____   Disputed Amount $: _____

☐ 1. The amount of the charge was increased from $ _____ to $ _____ or my sales slip was added incorrectly. Enclosed is a copy of the sales slip that shows the correct amount.

☐ 2. I certify that the charge listed above was not made by me or a person authorized by me to use my card, nor were the goods or services represented by the transaction received by me or a person authorized by me.

☐ 3. I have not received the merchandise that was to be shipped to me on ____/____/____ (MM/DD/YY). I have asked the merchant to credit my account.

☐ 4. I was issued a credit slip that was not shown on my statement. A copy of my credit slip is enclosed. The merchant has up to 30 days to credit your account.

☐ 5. Merchandise that was shipped to me has arrived damaged and/or defective. I returned it on ____/____/____ (MM/DD/YY) and asked the merchant to credit my account. Attach a letter describing how the merchandise was damaged and/or defective and a copy of the proof of return.

☐ 6. Although I did engage in the above transaction, I have contacted the merchant, returned the merchandise on ____/____/____ (MM/DD/YY) and requested a credit. I either did not receive this credit or it was unsatisfactory. Attach a letter explaining why you are disputing this charge with a copy of the proof of return. If you are unable to return the merchandise, please explain.

☐ 7. I certify that the charge in question was a single transaction, but was posted twice to my statement. I did not authorize the second transaction. Sale #1 $ _____   Reference # _____. Sale #2 $ _____   Reference # _____.

☐ 8. I contacted the merchant on ____/____/____ (MM/DD/YY) to cancel the pre-authorized order (reservation). Please note cancellation # and if available, enclose a copy of your contract and a copy of your telephone bill showing date and time of cancellation. Reason for cancellation/cancellation #:

☐ 9. Although I did engage in the above transaction, I have contacted the merchant for credit. The service can be provided on ____/____/____ (MM/DD/YY) I was not satisfied with the unsatisfactory. Attach a letter describing the services expected, your attempts to resolve with the merchant and a copy of your contract.

☐ 10. I certify that I do not recognize the transaction. Merchants often provide telephone numbers next to their name on your billing statement. Please attempt to contact the merchant for information.

☐ 11. If your dispute is for a different reason, please contact us at the above telephone number.

Signature (required): _____   Date: _____
Best contact telephone #: _____   Home #: _____

Billing rights are only preserved by written inquiry. To preserve your billing rights, please return a copy of this form and any supporting information regarding the merchant charge in question to:
Attn: Billing Inquiries, P.O. Box 15026, Wilmington, DE 19850-5026, USA.

PLEASE KEEP THE ORIGINAL FOR YOUR RECORDS AND SEND A COPY OF THIS STATEMENT.

## GRACE PERIOD

"Grace Period" means the period of time during a billing cycle when you will not accrue Periodic Rate Finance Charges on certain transactions or balances. There is no Grace Period for Balance Transfers and Cash Advances. If you pay in full this statement's New Balance Total by its Payment Due Date and if you paid in full this statement's Previous Balance in this statement's billing cycle, then you will have a Grace Period during the billing cycle that began the day after this statement's Closing Date on the Purchase portions of this statement's New Balance Total.

During a 0% Promotional Rate Offer, 1) no Periodic Rate Finance Charges accrue on balances with the 0% Promotional Rate; and 2) you must pay the Total Minimum Payment Due by its Payment Due Date (and avoid any other "pay out in turn-off event" as defined in your Credit Card Agreement) to maintain the 0% Promotional Rate.

** If a corresponding Annual Percentage Rate in the Finance Charge Schedule on the front of this statement contains a "***" symbol, then with respect to those balances 1) the 0% Promotional Rate will expire at the end of the next billing cycle; and 2) you must pay this statement's New Balance Total by its Payment Due Date to avoid Periodic Rate Finance Charges after the end of the 0% Promotional Rate Offer on those balances existing as of the Closing Date of this statement.

## CALCULATION OF BALANCES SUBJECT TO FINANCE CHARGE

Average Balance Method (including new Balance Transfers and new Cash Advances): We calculate separate Balances Subject to Finance Charge for Balance Transfers, Cash Advances, and for each Promotional Offer balance consisting of Balance Transfers or Cash Advances. We do this by: (1) calculating a daily balance for each day in this statement's billing cycle (2) calculating a daily balance for each day prior to this statement's billing cycle that had a "Pre-Cycle balance" - a Pre-Cycle balance is a Balance Transfer or Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Balance Transfers, new Cash Advances and and Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle for each Pre-Cycle balance, we take the beginning balance attributable solely to this Pre-Cycle balance (which will be zero on the transaction date of the first Pre-Cycle balance), add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, and new related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

Average Daily Balance Method (including new Purchases): We calculate separate Balances Subject to Finance Charge for Purchases and for each Promotional Offer balance consisting of Purchases. We do this by: (1) calculating a daily balance for each day in the billing cycle; (2) adding all the daily balances together; and (3) dividing the sum of the daily balances by the number of days in the billing cycle.

## PAYMENTS

We credit payments as of the date received, if the payment is 1) received by 5 p.m. (Eastern Time), 2) received at the address shown in the bottom left-hand corner of the front of this statement, 3) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order, and 4) sent in the enclosed return envelope with only the bottom portion of this statement accompanying it. Payments received after 5 p.m. on any day including the Payment Due Date, but that individual otherwise meet the above requirements, will be credited as of the next day. We will reject payments that are not drawn in U.S. dollars and those drawn on a financial institution located outside of the United States. Credit for any other payments may be delayed up to five days. No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process most payment checks electronically by using the information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you. For more information or to stop the electronic funds transfers, call us at the number listed on the front.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us at least three business days before the automatic payment is scheduled to occur.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Purchases, new Account Fees, and new Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero, we treat it as zero. If the Previous Balance shown on this statement was paid in full in this statement's billing cycle, then on the day after that payment was made, we exclude from the beginning balance new Purchases, new Account Fees, and new Transaction Fees which posted on or before that payment in full date; and we do not add new Purchases, new Account Fees, or new Transaction Fees which post after that payment in full date.

We include the costs for the credit card debt cancellation plan or credit insurance purchased through us in calculating the beginning balance for the first day of the billing cycle after the billing cycle in which such costs are billed.

## TOTAL PERIODIC RATE FINANCE CHARGE COMPUTATION

Periodic Rate Finance Charges accrue and are compounded on a daily basis. To determine the Periodic Rate Finance Charges, we multiply each Balance Subject to Finance Charge by its applicable Daily Periodic Rate and then multiply by the number of days in the billing cycle. To determine the total Periodic Rate Finance Charge for the billing cycle, we add the Periodic Rate Finance Charges together. Each Daily Periodic Rate is calculated by dividing its corresponding Annual Percentage Rate by 365.

## HOW WE ALLOCATE YOUR PAYMENTS

We will allocate your payments in the manner we determine. In most instances, we will allocate your payments to balances (including finance charges after this statement) with lower APRs before balances with higher APRs. This will result in balances with lower APRs (such as new balances with promotional APR offers) being paid before any other existing balances.

## Payment Due Dates and Keeping Your Account in Good Standing

Your Payment Due Date will not fall on the same day each month. In order to help maintain any promotional rates, to avoid the imposition of Default Rates (if applicable), to avoid late fees, and to avoid overdraft fees, we must receive at least the Total Minimum Payment Due by its Payment Due Date such billing cycle and you must maintain your account balance below your Credit Limit each day.

## Important Information about Payments by Phone

When using the optional Pay-by-Phone service, you authorize us to initiate an electronic payment from your account at the financial institution you designate. You must authorize the amount and timing of each payment. For your protection, we will ask for security information. A fee may apply. The amount, call us before the scheduled payment date. Same-day payments cannot be edited or canceled.

## MISCELLANEOUS

For the complete terms and conditions of your account, consult your Credit Card Agreement. FIA Card Services is a tradename of FIA Card Services, N.A. This account is issued and administered by FIA Card Services, N.A.

If your billing address or contact information has changed, or if your address is incorrect as it appears on this bill, please provide all corrections here.

Address 1 _____
Address 2 _____
City _____
State _____   Zip _____
Area Code & Home Phone _____
Area Code & Work Phone _____

Page 2 of 4

FIA137

**WorldPoints**

Prepared for:   RICHARD A HADSELL

Account Number: ▓▓▓▓▓▓▓1158

June 2009 Statement
Credit Line:                    $5,000.00
Cash or Credit Available:          $0.00

### Finance Charge Schedule Continued

| Category | Promotional Transaction Types | Daily Periodic Rate | Corresponding Annual Percentage Rate | APR Type | Balance Subject to Finance Charge |
|---|---|---|---|---|---|
| Purchases | | 0.024384% | 8.90% | S | $5,156.46 |

Annual Percentage Rate for this Billing Period:
(Includes Periodic Rate Finance Charges and Transaction Fee Finance Charges that results in an APR which exceeds the Corresponding APR above.)

8.90%

APR Type Definitions: Promotional Transaction Types: BT = Balance Transfer, CB = Check treated as Balance Transfer; APR Type: S= Standard APR (APR normally in effect), P= Promotional APR (APR for limited time on eligible transactions)

FIA138

*Prepared for:*   RICHARD A HADSELL

*Account Number:*   ▮▮▮▮1158

**May 2009 Statement**
*Credit Line:*   $5,000.00
*Cash or Credit Available:*   $259.21

## WorldPoints

### Account Information

| Summary of Transactions | | |
|---|---|---|
| Previous Balance | | $2,471.14 |
| Payments and Credits | - | $38.00 |
| Purchases and Adjustments | + | $2,260.44 |
| Periodic Rate Finance Charges | + | $27.21 |
| Transaction Fee Finance Charges | + | $0.00 |
| **New Balance Total** | | **$4,740.79** |

| Billing Cycle and Payment Information | |
|---|---|
| Days in Billing Cycle | 32 |
| Closing Date | 05/04/09 |
| Payment Due Date | 05/28/09 |
| Current Payment Due | $74.00 |
| Past Due Amount  + | $0.00 |
| Total Minimum Payment Due | $74.00 |

**Customer Service**
*For information on Your Account Visit*
www.bankofamerica.com
Call toll-free 1-800-628-2556
TDD hearing-impaired 1-800-346-3178
*Mail Payments to:*
BANK OF AMERICA
P.O. BOX 851001
DALLAS, TX 75285-1001
*Mail Billing Inquiries to:*
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026

### Transactions

| Payments and Credits | Promotional Offer ID | Posting Date | Transaction Date | Reference Number | Account Number | Amount |
|---|---|---|---|---|---|---|
| PAYMENT ONLINE - EP | | 04/28 | 04/27 | | | 38.00 CR |
| **Purchases and Adjustments** | | | | | | |
| MARIA DUVAL       EVERETT   CH | | 04/04 | 04/03 | 4050 | 1158 | 45.00 |
| MARIA DUVAL       EVERETT   CH | | 04/04 | 04/03 | 3722 | 1158 | 30.00 |
| GROUP M MARKETING, INC 6122635151  TX | | 04/04 | 04/03 | 0104 | 1158 | 99.00 |
| CLKBANK COM_XDEHNQ4Q  800-390-6035 ID | | 04/08 | 04/04 | 7190 | 1158 | 69.95 |
| MARIA DUVAL       EVERETT   CH | | 04/09 | 04/08 | 0421 | 1158 | 45.00 |
| URBANNUTRI8005151070  800-516-1070 NJ | | 04/15 | 04/14 | 3324 | 1158 | 260.00 |
| ULTIMATECOLONCLENSE   CENTREVILLE VA | | 04/20 | 04/16 | 0687 | 1158 | 74.00 |
| PURITAN S PRIDE VITAMI 800-645-9584 NY | | 04/21 | 04/20 | 8124 | 1158 | 159.66 |
| SHP SWANSON HLTH PROD 800-437-4148 ND | | 04/21 | 04/20 | 0908 | 1158 | 63.28 |
| SHP SWANSON HLTH PROD 800-437-4148 ND | | 04/21 | 04/20 | 7753 | 1158 | 142.36 |
| HD WILLIAMS MTN HOME  800-888-1415 MD | | 04/22 | 04/21 | 6393 | 1158 | 134.94 |
| PAYPAL RICEPLEX      4028357733  CA | | 04/27 | 04/26 | 5550 | 1158 | 119.50 |
| FITNESS BARGAINS, INC. 561-752-3790 FL | | 04/28 | 04/26 | 4524 | 1158 | 556.00 |
| SHP SWANSON HLTH PROD 800-437-4148 ND | | 04/28 | 04/27 | 5421 | 1158 | 19.95 |
| SHP SWANSON HLTH PROD 800-437-4148 ND | | 04/28 | 04/27 | 7849 | 1158 | 133.13 |
| BATTERYSPACE        510-525-2328 CA | | 04/28 | 04/28 | 9483 | 1158 | 107.72 |
| GROUP M MARKETING, INC 6122635151  TX | | 05/04 | 05/04 | 0109 | 1158 | 99.00 |
| CLKBANK COM_XDEHNQ4Q  800-390-6035 ID | | 05/04 | 05/04 | 7747 | 1158 | 69.95 |

```
WORLDPOINTS
2,111   MONTHLY EARNINGS
    0   BONUS POINTS THIS MONTH
4,631   POINTS AVAILABLE
```

### Important Information About Your Account

PAY YOUR BILL QUICKLY WITH THE PAY BY PHONE SERVICE. CALL 1.866.297.9256 TO
USE THE AUTOMATED SERVICE OR DISCUSS OTHER PAYMENT OPTIONS.

04     004740790000740000003800000▮▮▮▮▮▮1158



☐ Check here for a change of mailing address or phone number(s).
Please provide all corrections on the reverse side.

**Payment Information**

*ACCOUNT NUMBER:*   ▮▮▮▮1158

*NEW BALANCE TOTAL:* $4,740.79
*PAYMENT DUE DATE:* 05/28/09

TOTAL MINIMUM PAYMENT DUE
$74.00

*Enter Payment Amount Enclosed*
$

BANK OF AMERICA
P.O. BOX 851001
DALLAS, TX 75285-1001

RICHARD A HADSELL
1515 E CHASE AVE
EL CAJON CA 92020-8267-158

*Mail this payment coupon along with a
check or money order payable to: BANK OF AMERICA*

⑆524022250⑆ ▮▮▮▮▮▮▮1158⑈

Page 1 of 4

FIA139

**IMPORTANT INFORMATION ABOUT THIS ACCOUNT**   USE211   Rev. 04/08

**CUSTOMER STATEMENT OF DISPUTED ITEM** – Please call toll free 1.866.266.0212 Monday-Thursday 8am-9pm (Eastern Time), Friday 8am-7pm (Eastern Time) and Saturday 8am-6pm (Eastern Time). For prompt service please have the merchant reference number(s) available for the charge(s) in question.

PLEASE DO NOT ALTER WORDING ON THIS FORM AND DO NOT MAIL YOUR LETTER OR FORM WITH YOUR PAYMENT.

Your Name: _____   Posting Date: _____   Account Number: _____   Choose only one dispute reason.

Amount $: _____   Disputed Amount $: _____   Reference Number: _____

Merchant Name: _____

## GRACE PERIOD

## CALCULATION OF BALANCES SUBJECT TO FINANCE CHARGE

## TOTAL PERIODIC RATE FINANCE CHARGE COMPUTATION

## HOW WE ALLOCATE YOUR PAYMENTS

## Payment Due Dates and Keeping Your Account in Good Standing

## Important Information about Payments by Phone

## MISCELLANEOUS

## PAYMENTS

If your billing address or contact information has changed, or if your address is incorrect as it appears on this bill, please provide all corrections here.

Address 1 _____

Address 2 _____

City _____

State _____   Zip _____

Area Code & Home Phone _____

Area Code & Work Phone _____

FIA140



**Prepared for:** RICHARD A HADSELL

**Account Number:** ▓▓1158

| May 2009 Statement | |
|---|---|
| Credit Line: | $5,000.00 |
| Cash or Credit Available: | $259.21 |



### Finance Charge Schedule

| Category | Promotional Transaction Types | Daily Periodic Rate | Corresponding Annual Percentage Rate | APR Type | Balance Subject to Finance Charge |
|---|---|---|---|---|---|
| Balance Transfers | | 0.024384% | 8.90% | S | $0.00 |
| Offer DKN8-VPKTZ | BT, CB | 0.000000% | 0.00% | P | |
| Offer DKN8-VPKT2 | BT, CB | 0.005452% | 1.99% | P | $0.00 |
| Offer DKN8-VPKT3 | BT, CB | 0.005452% | 1.99% | P | $0.00 |
| Cash Advances | | 0.068466% | 24.99% | S | $0.00 |
| Purchases | | 0.024384% | 8.90% | S | $3,486.67 |

| Annual Percentage Rate for this Billing Period: | 8.90% |
|---|---|

(Includes Periodic Rate Finance Charges and Transaction Fee Finance Charges that results in an APR which exceeds the Corresponding APR above.)

APR Type Definitions: Promotional Transaction Types: BT = Balance Transfer, CB = Check treated as Balance Transfer; APR Type: S= Standard APR (APR normally in effect), P= Promotional APR (APR for limited time on eligible transactions)

FIA141

Prepared for:   RICHARD A HADSELL

Account Number:   ████████1158

**April 2009 Statement**
Credit Line:               $5,000.00
Cash or Credit Available:  $2,528.86

**WorldPoints**

Customer Service Information
For Information on Your Account Visit:
www.bankofamerica.com
Call toll-free 1-800-826-2558
TDD hearing-impaired 1-800-346-3178
Mail Payments to:
BANK OF AMERICA
P.O. BOX 851001
DALLAS, TX 75285-1001
Mail Billing Inquiries to:
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026

## Account Information

### Summary of Transactions

| | |
|---|---|
| Previous Balance | $1,252.72 |
| Payments and Credits − | $20.00 |
| Purchases and Adjustments + | $1,224.61 |
| Periodic Rate Finance Charges + | $13.81 |
| Transaction Fee Finance Charges + | $0.00 |
| **New Balance Total** | **$2,471.14** |

### Billing Cycle and Payment Information

| | |
|---|---|
| Days in Billing Cycle | 30 |
| Closing Date | 04/02/09 |
| Payment Due Date | 04/29/08 |
| Current Payment Due | $38.00 |
| Past Due Amount  + | $0.00 |
| Total Minimum Payment Due | **$38.00** |

## Transactions

| | Promotional Offer ID | Posting Date | Transaction Date | Reference Number | Account Number | Amount |
|---|---|---|---|---|---|---|
| **Payments and Credits** | | | | | | |
| PAYMENT ONLINE - EP | | 03/26 | 03/25 | | | 20.00 CR |
| **Purchases and Adjustments** | | | | | | |
| MARIA DUVAL    EVERETT    CH | | 03/04 | 03/03 | 2172 | 1158 | 45.00 |
| MARIA DUVAL    EVERETT    CH | | 03/04 | 03/03 | 2184 | 1158 | 45.00 |
| GROUP M MARKETING, INC 6122635161  TX | | 03/04 | 03/03 | 0169 | 1158 | 99.00 |
| CLKBANK COM_XDEHNG4Q  800-390-6035 ID | | 03/04 | 03/04 | 7231 | 1158 | 69.95 |
| GOOGINCOME :    8009358570  KN | | 03/07 | 03/04 | 2765 | 1158 | 47.00 |
| MARIA DUVAL    EVERETT    CH | | 03/14 | 03/13 | 5926 | 1158 | 45.00 |
| MARIA DUVAL    EVERETT    CH | | 03/14 | 03/13 | 5934 | 1158 | 30.00 |
| MARIA DUVAL    EVERETT    CH | | 03/14 | 03/13 | 5918 | 1158 | 45.00 |
| INTEGRIS CORP. (E-COMM)9728297307  TX | | 03/24 | 03/24 | 0036 | 1158 | 349.67 |
| IMA NOUVEAU-TECH    716-871-2844 NV | | 03/25 | 03/24 | 7192 | 1158 | 299.00 |
| MARIA DUVAL    EVERETT    CH | | 03/27 | 03/26 | 5600 | 1158 | 45.00 |
| MARIA DUVAL    EVERETT    CH | | 03/27 | 03/26 | 5818 | 1158 | 45.00 |
| WHITAKER HEALTH LETTER 800-539-8219 MD | | 03/31 | 03/30 | 7539 | 1158 | 59.99 |

```
WORLDPOINTS
  1,225   MONTHLY EARNINGS
      0   BONUS POINTS THIS MONTH
  2,520   POINTS AVAILABLE
```

## Important Information About Your Account

PAY YOUR BILL QUICKLY WITH THE PAY BY PHONE SERVICE, CALL 1.866.297.9256 TO
USE THE AUTOMATED SERVICE OR DISCUSS OTHER PAYMENT OPTIONS.

TAX TIME IS HERE! CALL 1-888-491-1142 FOR DELIVERY OF THE 2008 YEAR-END SUMMARY
WITHIN 4 BUSINESS DAYS FOR ONLY $19.95.

REGISTER WITH ONLINE BANKING TO RECEIVE MERCHANT DISCOUNTS UP TO 20%
WWW.BANKOFAMERICA.COM/DISCOUNTS

04      0024711400003800000020000000████████1158



BANK OF AMERICA
P.O. BOX 851001
DALLAS, TX 75285-1001

☐ Check here for a change of mailing address or phone number(s).
  Please provide all corrections on the reverse side.

**Payment Information**

ACCOUNT NUMBER:   ████████158

NEW BALANCE TOTAL: $2,471.14
PAYMENT DUE DATE:  04/29/09

TOTAL MINIMUM
PAYMENT DUE
$38.00

Enter Payment Amount Enclosed
$ _____

RICHARD A HADSELL
1515 E CHASE AVE
EL CAJON CA  92020-8267-158

Mail this payment coupon along with a
check or money order payable to: BANK OF AMERICA



⑆520222250⑆ ████████1158⑈

FIA142

**IMPORTANT INFORMATION ABOUT THIS ACCOUNT**                    USE211    Rev. 04/08

**CUSTOMER STATEMENT OF DISPUTED ITEM** – Please call toll free 1.866.266.0212 Monday-Thursday 8am-9pm (Eastern Time), Friday 8am-7pm (Eastern Time) and Saturday 8am-6pm (Eastern Time). For prompt service please have the merchant reference number(s) available for the charge(s) in question.

PLEASE DO NOT ALTER WORDING ON THIS FORM AND DO NOT MAIL YOUR LETTER OR FORM WITH YOUR PAYMENT.                    Choose only one dispute reason.

Your Name: _____     Account Number: _____
Transaction Date: _____    Posting Date: _____    Reference Number: _____
Amount $: _____    Disputed Amount $: _____    Merchant Name: _____

☐ 1. The entire amount of the charge was increased from $ _____ or my sales slip was added incorrectly. Enclosed is a copy of the sales slip that shows the correct amount.

☐ 2. I certify that the charge listed above was not made by me or a person authorized by me to use my card, nor were the goods or services represented by the transaction received by me or a person authorized by me.

☐ 3. I have not received the merchandise that was to be shipped to me on ___/___/___ (MM/DD/YY). I have asked the merchant to credit my account.

☐ 4. I was issued a credit slip that was not shown on my statement. A copy of my credit slip is enclosed. The merchant has up to 30 days to credit your account.

☐ 5. Merchandise that was shipped to me has arrived damaged and/or defective. I received it on ___/___/___ (MM/DD/YY) and asked the merchant to credit my account. Attach a letter describing how the merchandise was damaged and/or defective and a copy of the proof of return.

☐ 6. Although I did engage in the above transaction, I have contacted the merchant, returned the merchandise on ___/___/___ (MM/DD/YY) and requested a credit. I either did not receive this credit or it was unsatisfactory. Attach a letter explaining why you are disputing this charge with a copy of the proof of return. If you are unable to return the merchandise, please explain.

☐ 7. I certify that the charge in question was a single transaction, but was posted twice to my statement. I did not authorize the second transaction. Sale #1 $ _____ Reference # _____ Sale #2 $ _____ Reference # _____

☐ 8. I received the merchant on ___/___/___ (MM/DD/YY) to cancel the pre-authorized order/reservation. Please note cancellation # and if available, enclose a copy of your contract and a copy of your telephone bill showing date and time of cancellation. Reason for cancellation/cancellation #: _____

☐ 9. Although I did engage in the above transaction, I have contacted the merchant for a credit. The services were provided on ___/___/___ (MM/DD/YY) were not received or were unsatisfactory. Attach a letter describing the services received, your attempts to resolve with the merchant and a copy of your contract.

☐ 10. I certify that I do not recognize the transaction. Merchant is often provide telephone numbers next to their name on your billing statement. Please attempt to contact the merchant for information.

☐ 11. If your dispute is for a different reason, please contact us at the above telephone number.

Signature (required): _____     Date: _____
Best contact telephone #: _____     Home #: _____

Billing rights are only preserved by written inquiry. To preserve your billing rights, please return a copy of this form and any supporting information regarding the merchant charge in question to: Attn: Billing Inquiries, P.O. Box 15026, Wilmington, DE 19850-5026, USA.

PLEASE KEEP THE ORIGINAL FOR YOUR RECORDS AND SEND A COPY OF THIS STATEMENT.

### GRACE PERIOD

"Grace Period" means the period of time during a billing cycle when you will not accrue Periodic Rate Finance Charges on certain transactions or balances. There is no Grace Period for Balance Transfers and Cash Advances. If you pay in full this statement's New Balance Total by its Payment Due Date and if you paid in full this statement's Previous Balance in this statement's billing cycle, then you will have a Grace Period during the billing cycle that began the day after this statement's Closing Date on the Purchase portions of this statement's New Balance Total.

During a 0% Promotional Rate Offer: 1) no Periodic Rate Finance Charges accrue on balances with the 0% Promotional Rate; and 2) you must pay the Total Minimum Payment Due by its Payment Due Date (and avoid any other "promotion turns-off event" as defined in your Credit Card Agreement) to maintain the 0% Promotional Rate.

** If a corresponding Annual Percentage Rate in the Finance Charge Schedule on the front of this statement contains a "***" symbol, then with respect to those balances: 1) the 0% Promotional Rate will expire at the end of the next billing cycle, and 2) you must pay this statement's New Balance Total by its Payment Due Date to avoid Periodic Rate Finance Charges after the end of the 0% Promotional Rate Offer on those balances equaling as of the Closing Date of this statement.

### CALCULATION OF BALANCES SUBJECT TO FINANCE CHARGE

Average Balance Method (including new Balance Transfers and new Cash Advances): We calculate separate Balances Subject to Finance Charge for Balance Transfers, Cash Advances, and for each Promotional Offer balance consisting of Balance Transfers or Cash Advances. We do this by: 1) calculating a daily balance for each day in this statement's billing cycle; 2) calculating a daily balance for each day (from the statement's billing cycle that had a "Pre-Cycle balance" - a Pre-Cycle balance is a Balance Transfer or Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle; 3) adding all the daily balances together; and 4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Balance Transfers, new Cash Advances and new Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle balance, we take the beginning balance attributable solely to Pre-Cycle balances (which will be zero on the transaction date of the first Pre-Cycle balance), add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, and add only the applicable Pre-Cycle balances, and their related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

Average Daily Balance Method (including new Purchases): We calculate separate Balances Subject to Finance Charge for Purchases and for each Promotional Offer balance consisting of Purchases. We do this by: 1) calculating a daily balance for each day in the billing cycle; 2) adding all the daily balances together; and 3) dividing the sum of the daily balances by the number of days in the billing cycle.

### PAYMENTS

We credit payments as of the date received, if the payment is 1) received by 5 p.m. (Eastern Time), 2) received at the address shown in the bottom left-hand corner of the front of this statement, 3) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order, and 4) sent in the enclosed return envelope with only the bottom portion of this statement accompanying it. Payments received after 5 p.m. on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. We will reject payments that are not drawn in U.S. dollars and those drawn on a financial institution located outside of the United States. Credit for any other payments may be delayed up to five days. No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process most payment checks electronically by using the information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you. For more information or to stop the electronic funds transfer, call us at the number listed on the front.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us at least three business days before the automatic payment is scheduled to occur.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Purchases, new Account Fees, and new Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero. If the Previous Balance shown on this statement was paid in full in this statement's billing cycle, then on the day after that payments in full date, we exclude from the beginning balance new Purchases, new Account Fees, and new Transaction Fees which posted on or before that payment in full date, and we do not add new Purchases, new Account Fees, or new Transaction Fees which post after that payment in full date.

We include the cost for the credit card debt cancellation plan or credit insurance purchased through us in calculating the beginning balance for the first day of the billing cycle after the billing cycle in which such costs are billed.

### TOTAL PERIODIC RATE FINANCE CHARGE COMPUTATION

Periodic Rate Finance Charges accrue and are compounded on a daily basis. To determine the Periodic Rate Finance Charges, we multiply each Balance Subject to Finance Charge by its applicable Daily Periodic Rate and that result by the number of days in the billing cycle. To determine the total Periodic Rate Finance Charge for the billing cycle, we add the Periodic Rate Finance Charges together. Each Daily Periodic Rate is calculated by dividing its corresponding Annual Percentage Rate by 365.

### HOW WE ALLOCATE YOUR PAYMENTS

We will allocate your payments in the manner we determine. In most instances, we will allocate your payments to balances (including transactions made after this statement) with lower APRs before balances with higher APRs. This will result in balances with lower APRs (such as new balances with promotional APR offers) being paid before any other existing balances.

**Payment Due Dates and Keeping Your Account in Good Standing**

Your Payment Due Date will not fall on the same day each month. In order to help maintain any promotional rates, avoid the imposition of Default Rates (if applicable), to avoid late fees, and to avoid overlimit fees, we must receive at least the Total Minimum Payment Due by its Payment Due Date each billing cycle and you must maintain your account balance below your Credit Limit each day.

**Important Information about Payments by Phone**

When using the optional Pay-by-Phone service, you authorize us to initiate an electronic payment from your account at the financial institution you designate. You must authorize the amount and timing of each payment. For your protection, we will ask for security information. A fee may apply. To cancel, call us before the scheduled payment date. Same-day payments cannot be related or cancelled.

### MISCELLANEOUS

For the complete terms and conditions of your account, consult your Credit Card Agreement. FIA Card Services is a trademark of FIA Card Services, N.A. This account is issued and administered by FIA Card Services, N.A.

If your billing address or contact information has changed, or if your address is incorrect as it appears on this bill, please provide any corrections here.

Address 1 _____
Address 2 _____
City _____
State _____    Zip _____
Area Code & Home Phone _____
Area Code & Work Phone _____

Page 2 of 6

FIA143

**WorldPoints**

| Prepared for: | RICHARD A HADSELL | April 2009 Statement | |
|---|---|---|---|
| | | Credit Line: | $5,000.00 |
| Account Number: | 1158 | Cash or Credit Available: | $2,528.88 |

**Important Information About Your Account Continued**

LEARN HOW TO USE YOUR MASTERCARD CARD TO PAY ALL YOUR MONTHLY BILLS
WWW.MASTERCARD.COM/BILLPAY

**Finance Charge Schedule**

| Category | Promotional Transaction Types | Daily Periodic Rate | Corresponding Annual Percentage Rate | APR Type | Balance Subject to Finance Charge |
|---|---|---|---|---|---|
| Balance Transfers | | 0.024384% | 8.90% | S | $0.00 |
| Offer DKN6-VPKTZ | BT, CB | 0.000000% | 0.00% | P | |
| Offer DKN6-VPKT2 | BT, CB | 0.005452% | 1.99% | P | $0.00 |
| Offer DKN6-VPKT3 | BT, CB | 0.005452% | 1.99% | P | $0.00 |
| Cash Advances | | 0.068466% | 24.99% | S | $0.00 |
| Purchases | | 0.024384% | 8.90% | S | $1,887.71 |

Annual Percentage Rate for this Billing Period:    8.90%
(Includes Periodic Rate Finance Charges and Transaction Fee Finance Charges that results in an APR which exceeds the Corresponding APR above.)

APR Type Definitions: Promotional Transaction Types: BT = Balance Transfer, CB = Check treated as Balance Transfer; APR Type: S= Standard APR (APR normally in effect), P= Promotional APR (APR for limited time on eligible transactions)

FIA144

Enjoy a low 0% promotional APR on each eligible Balance Transfer and Check Cash Advance bearing Offer ID DKN6-VPKTZ posting to your account through your statement Closing Date in October 2009.*

- Create extra cash flow when you transfer balances from higher-rate credit cards.
- Access cash needed when the unexpected occurs.
- Simply deposit these checks into your bank account and use the money as you wish.
- Handle your finances conveniently on one monthly statement.

**It's that simple.**
If you prefer, call **1-888-515-3308** or visit **bankofamerica.com/easybt** to complete a balance transfer.

---

**1102**

RICHARD A HADSELL
1515 E CHASE AVE
EL CAJON CA 92020-8267-158

Check not valid after 7/1/09

DATE _____ 63-15/311
Offer ID DKN6-VPKTZ

PAY TO THE
ORDER OF _____ V O I D _____ $

_____ DOLLARS

FIA Card Services, N.A.
Wilmington, Delaware

FOR _____

⑆031100160⑆ ▉▉▉▉▉ 9653⑈ 1102

---

**1103**

RICHARD A HADSELL
1515 E CHASE AVE
EL CAJON CA 92020-8267-158

Check not valid after 7/1/09

DATE _____ 63-15/311
Offer ID DKN6-VPKTZ

PAY TO THE
ORDER OF _____ V O I D _____ $

_____ DOLLARS

FIA Card Services, N.A.
Wilmington, Delaware

FOR _____

⑆031100160⑆ ▉▉▉▉▉ 9653⑈ 1103

---

**1104**

RICHARD A HADSELL
1515 E CHASE AVE
EL CAJON CA 92020-8267-158

Check not valid after 7/1/09

DATE _____ 63-15/311
Offer ID DKN6-VPKTZ

PAY TO THE
ORDER OF _____ V O I D _____ $

_____ DOLLARS

FIA Card Services, N.A.
Wilmington, Delaware

FOR _____

⑆031100160⑆ ▉▉▉▉▉ 9653⑈ 1104

---

* Promotional Offer ID DKN6-VPKTZ:

The Promotional APR for these Balance Transfers and Check Cash Advances bearing this Offer ID is a corresponding ANNUAL PERCENTAGE RATE of 0%. This Promotional Offer will apply to eligible transactions posting to your account until this Promotional Offer ends on your statement Closing Date in October 2009. Check Cash Advances which get this Promotional Offer will post to your account as Balance Transfers. If you pay late, then as of the first day of the billing cycle in which that occurs, the promotional offer will end. When a Promotional Offer ends, its Promotional Rates will terminate. Any Balance Transfer or Check Cash Advance balance subject to that Promotional Rate will return to the Balance Transfer Standard Rate or Default Rate as applicable. Non-promotional Check Cash Advances are subject to the Cash Advance Standard Rate or Default Rate as applicable. See enclosed billing statement for the current rates.

The standard transaction fee for each Balance Transfer and Check Cash Advance is 3% of each transaction (min. $10). However, if any Balance Transfer or Check Cash Advance posting to your account has a transaction date on or after June 1, 2009, the standard transaction fee will be 4% of each transaction (min. $10).
Minimum Finance Charge $1.50.
*See Disclosures on Reverse side.

FIA145



# 4 things you should know about your checks

1) You can use them almost anywhere. The enclosed checks are good at all the same places that accept regular checks.

2) Your checks are good for extra cash. Just write a check out to yourself and cash or deposit it at the bank.

3) They're an easy way to pay for anything. Use your checks to take care of bills, make a big purchase, or cover unexpected expenses.

4) The money comes out of your available credit on your credit card account. So you can buy what you need now, without having to dip into your bank account.

* Balance Transfers and Check Cash Advances are processed in accordance with the terms of your Credit Card Agreement ("Agreement") and are subject to account status, delinquency, and credit availability. There is no grace period for Balance Transfers or Cash Advances. Finance Charges accrue from the transaction date. The transaction date for each such check is the date you or the person to whom the check is made payable first deposits or cashes the check.

The Average Balance Method (including new Balance Transfers and new Cash Advances) as described in your Agreement (and on your billing statement) is used to compute your balance subject to finance charge for Balance Transfers, Cash Advances, and Promotional Offer balances consisting of Balance Transfers and Cash Advances.

You may not use a Balance Transfer or Check Cash Advance to pay any other Cash Advance, to make a payment on this or any other account issued by FIA Card Services, N.A. Use of these checks as repayment will result in a Returned Payment Fee as described in your Agreement.

All Balance Transfer and Cash Advance transactions may be subject to transaction fees in accordance with the terms of your Agreement. See your Agreement for any other applicable transaction fees.

Promotional Annual Percentage Rate (APR) offers are subject to credit availability and account status.

Non-promotional APRs are subject to change in accordance with the terms of your Agreement, as may be amended (including APR amendments, if any, accompanying this billing statement). These changes may increase your non-promotional APRs. If you have not used your account since rejecting any APR increase notification sent to you, use of your Account (including use of any of these checks) will result in the new APR being applied to your account. In addition, we may increase the APRs on your account up to the Default Rate without giving you notice. For additional APR information, please refer to the Finance Charge Schedule located on the front of your current billing statement and to your Agreement.

World MasterCard and Visa Signature credit card accounts Balance Transfers and Cash Advances are subject to authorization by FIA Card Services, N.A. and may be limited to the value of your available revolving line. All credit card accounts other than World MasterCard and Visa Signature credit card accounts Borrowing the full amount of your available credit may result in an overdraft fee, as applicable.

We will allocate payments to balances (including new transactions) with lower APRs before balances with higher APRs.

This credit card program is issued and administered by FIA Card Services, N.A.

American Express is a federally registered service mark of American Express, and is used pursuant to a license. MasterCard and World MasterCard are registered trademarks of MasterCard International Incorporated and are used pursuant to license. Visa and Visa Signature are registered trademarks of Visa International Service Association, and are used pursuant to license from Visa U.S.A., Inc. Platinum Plus, WorldPoints, and Quantum are registered trademarks of FIA Card Services, N.A.

©2005 FIA Card Services, N.A.

**Prepared for:** RICHARD A HADSELL

**Account Number:** ████1158

### March 2009 Statement
Credit Line: $5,000.00
Cash or Credit Available: $3,747.28

WorldPoints

**Customer Service**
For Information on Your Account Visit:
www.bankofamerica.com
Call toll-free 1-800-826-2556
TDD hearing-impaired 1-800-346-3178
Mail Payments to:
BANK OF AMERICA
P.O. BOX 851001
DALLAS, TX 75285-1001
Mail Billing Inquiries to:
BANK OF AMERICA
P.O. BOX 15028
WILMINGTON, DE 19850-5028

### Account Information

**Summary of Transactions**

| | |
|---|---|
| Previous Balance | $937.00 |
| Payments and Credits − | $52.48 |
| Purchases and Adjustments + | $360.64 |
| Periodic Rate Finance Charges + | $7.56 |
| Transaction Fee Finance Charges + | $0.00 |
| New Balance Total | $1,252.72 |

**Billing Cycle and Payment Information**

| | |
|---|---|
| Days in Billing Cycle | 28 |
| Closing Date | 03/03/09 |
| Payment Due Date | 03/28/09 |
| Current Payment Due | $20.00 |
| Past Due Amount + | $0.00 |
| Total Minimum Payment Due | $20.00 |

### Transactions

| | Promotional Offer ID | Posting Date | Transaction Date | Reference Number | Account Number | Amount |
|---|---|---|---|---|---|---|
| **Payments and Credits** | | | | | | |
| PAYMENT ONLINE - EP | | 02/26 | 02/25 | | | 52.00 CR |
| PROMO RATE FINANCE CHARGE ADJ | | 02/26 | 02/04 | | | 0.48 CR |
| **Purchases and Adjustments** | | | | | | |
| CLKBANK.COM_XDEHNCMQ  800-390-6035 ID | | 02/04 | 02/04 | 2767 | 1158 | 69.95 |
| EMILLIONAIRESYSTEM  8009523046  KN | | 02/21 | 02/20 | 3456 | 1158 | 1.85 |
| MYVITANET.COM  8008076080  NY | | 02/21 | 02/20 | 0018 | 1158 | 21.84 |
| EMILLIONAIRESYSTEM  8009523046  KN | | 02/23 | 02/21 | 6487 | 1158 | 197.00 |
| WILLIAMS HEALTH LETTER 800-827-3044 MD | | 02/24 | 02/23 | 8140 | 1158 | 69.90 |

```
WORLDPOINTS
  361   MONTHLY EARNINGS
    0   BONUS POINTS THIS MONTH
1,295   POINTS AVAILABLE
```

### Important Information About Your Account

PAY YOUR BILL QUICKLY WITH THE PAY BY PHONE SERVICE. CALL 1.866.267.9256 TO
USE THE AUTOMATED SERVICE OR DISCUSS OTHER PAYMENT OPTIONS.

TAX TIME IS HERE! CALL 1-866-491-1142 FOR DELIVERY OF THE 2008 YEAR-END SUMMARY
WITHIN 4 BUSINESS DAYS FOR ONLY $19.95.

LEARN HOW TO USE YOUR MASTERCARD CARD TO PAY ALL YOUR MONTHLY BILLS
WWW.MASTERCARD.COM/BILLPAY

REGISTER WITH ONLINE BANKING TO RECEIVE MERCHANT DISCOUNTS UP TO 20%
WWW.BANKOFAMERICA.COM/DISCOUNTS

04    0012527200002000000052000000████████1158

BANK OF AMERICA
P.O. BOX 851001
DALLAS, TX 75285-1001

RICHARD A HADSELL
1515 E CHASE AVE
EL CAJON CA  92020-8267-158



☐ Check here for a change of mailing address or phone number(s). Please provide all corrections on the reverse side.

**Payment Information**

ACCOUNT NUMBER: ████████158

NEW BALANCE TOTAL: $1,252.72
PAYMENT DUE DATE: 03/28/09

TOTAL MINIMUM PAYMENT DUE $20.00

Enter Payment Amount Enclosed
$

Mail this payment coupon along with a
check or money order payable to: BANK OF AMERICA

⑆5240 22250⑆ ████████ 1158⑈



FIA147

**IMPORTANT INFORMATION ABOUT THIS ACCOUNT**   USE211   Rev. 04/08

**CUSTOMER STATEMENT OF DISPUTED ITEM** – Please call toll free 1.866.266.0212 Monday-Thursday 8am-9pm (Eastern Time), Friday 8am-7pm (Eastern Time) and Saturday 8am-6pm (Eastern Time). For prompt service please have the merchant reference number(s) available for the charge(s) in question.

PLEASE DO NOT ALTER WORDING ON THIS FORM AND DO NOT MAIL YOUR LETTER OR FORM WITH YOUR PAYMENT.   Choose only one dispute reason.

Your Name: _____   Account Number: _____
Transaction Date: _____   Posting Date: _____   Reference Number: _____
Amount $: _____   Disputed Amount $: _____   Merchant Name: _____

☐ 1. The amount of the charge was increased from $_____ to $_____ or my sales slip was added incorrectly. Enclosed is a copy of the sales slip that shows the correct amount.

☐ 2. I certify that the charge listed above was not made by me or a person authorized by me to use my card, nor were the goods or services represented by the transaction received by me or a person authorized by me.

☐ 3. I have not received the merchandise that was to be shipped to me on ___/___/___ (MM/DD/YY). I have asked the merchant to credit my account.

☐ 4. I was issued a credit slip that was not shown on my statement. A copy of this credit slip is enclosed. The merchant has up to 30 days to credit your account.

☐ 5. Merchandise that was shipped to me has arrived damaged and/or defective. I returned it on ___/___/___ (MM/DD/YY) and asked the merchant to credit my account. Attach a letter describing how the merchandise was damaged and/or defective and a copy of the proof of return.

☐ 6. Although I did engage in the above transaction, I have contacted the merchant, returned the merchandise ___/___/___ (MM/DD/YY) and requested a credit. I either did not receive this credit or it was unsatisfactory. Attach a letter explaining why you are disputing this charge with a copy of the proof of return. If you are unable to return the merchandise, please explain.

☐ 7. I certify that the charge in question was a single transaction, but was posted twice to my statement. I did not authorize the second transaction. Sale #1 $_____ Reference # _____ Sale #2 $_____ Reference # _____

☐ 8. I notified the merchant on ___/___/___ (MM/DD/YY) to cancel the pre-authorized order/reservation. Please note: credit isn't valid if available, enclose a copy of your contract and a copy of your reply we'll be showing date and time of cancellation. Reason is a cancellation/cancellation #: _____

☐ 9. Although I did engage in the above transaction, I have contacted the merchant for credit. The services to be provided on ___/___/___ (MM/DD/YY) were not received or were unsatisfactory. Attach a letter describing the services expected, your attempts to resolve with the merchant and a copy of your contract.

☐ 10. I certify that I do not recognize the transaction. Merchant often provide telephone numbers next to their name on your billing statement. Please attempt to contact the merchant for information.

☐ 11. If your dispute is for a different reason, please contact us at the above telephone number.

Signature (required): _____   Date: _____
Best contact telephone #: _____   Home#: _____

Billing rights are only preserved by written inquiry. To preserve your billing rights, please return a copy of this form and any supporting information regarding the merchant charge in question to: Attn: Billing Inquiries, P.O. Box 15026, Wilmington, DE 19850-5026, USA.

PLEASE KEEP THE ORIGINAL FOR YOUR RECORDS AND SEND A COPY OF THIS STATEMENT.

**GRACE PERIOD**

"Grace Period" means the period of time during a billing cycle when you will not accrue Periodic Rate Finance Charges on certain transactions or balances. There is no Grace Period for Balance Transfers and Cash Advances. If you pay in full this statement's New Balance Total by its Payment Due Date and if you paid in full this statement's Previous Balance shown in this statement's billing cycle, then you will have a Grace Period during the billing cycle that begins the day after this statement's Closing Date on the Purchase portion of this statement's New Balance Total.

During a 0% Promotional Rate Offer: 1) no Periodic Rate Finance Charges accrue on balances with this 0% Promotional Rate and 2) you must pay the Total Minimum Payment Due by its Payment Due Date (and avoid any other "promotion turn-off event" as defined in your Credit Card Agreement) to maintain the 0% Promotional Rate.

** If a corresponding Annual Percentage Rate in the Finance Charge Schedule on the front of this statement contains a "**" symbol, then with respect to those balances: 1) the 0% Promotional Rate expires at the end of the next billing cycle, and 2) you must pay this statement's New Balance Total by its Payment Due Date to avoid Periodic Rate Finance Charges after the end of the 0% Promotional Rate Offer on the Purchase portion on the Closing Date of this statement.

**CALCULATION OF BALANCES SUBJECT TO FINANCE CHARGE**

Average Balance Method (including new balances) – For Balances and Cash Advances: We calculate separate Balances Subject to Finance Charge for Balance Transfers, Cash Advances, and for each Promotional Offer balance consisting of Balance Transfers or Cash Advances. We do this by: 1) calculating a daily balance for each day in this statement's billing cycle; 2) calculating a daily balance for each day prior to this statement's billing cycle that had a "Pre-Cycle balance" - a Pre-Cycle balance is a Balance Transfer or Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle; 3) adding all the daily balances together; and 4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Balance Transfers, new Cash Advances and and Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle balance, we take the beginning balance attributable solely to Pre-Cycle balances (which will be zero on the transaction date of the first Pre-Cycle balance), add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, and add only the applicable Pre-Cycle balances, and their related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

Average Daily Balance Method (including new Purchases): We calculate separate Balances Subject to Finance Charge for Purchases and for each Promotional Offer balance consisting of Purchases. We do this by: 1) calculating a daily balance for each day in the billing cycle; 2) adding all the daily balances together; and 3) dividing the sum of the daily balances by the number of days in the billing cycle.

**TOTAL PERIODIC RATE FINANCE CHARGE COMPUTATION**

Periodic Rate Finance Charges accrue and are compounded on a daily basis. To determine the Periodic Rate Finance Charges, we multiply each Balance Subject to Finance Charge by its applicable Daily Periodic Rate and then result by the number of days in the billing cycle. To determine the total Periodic Rate Finance Charge for the billing cycle, we add the Periodic Rate Finance Charges together. Each Daily Periodic Rate is calculated by dividing its corresponding Annual Percentage Rate by 365.

**HOW WE ALLOCATE YOUR PAYMENTS**

We will allocate your payments in the manner we determine. In most instances, we will allocate your payments to balances (including transactions made after this statement) with lower APRs before balances with higher APRs. This will result in balances with lower APRs (such as new balances with promotional APR offers) being paid before any other existing balances.

**Payment Due Dates and Keeping Your Account in Good Standing**

Your Payment Due Date will not fall on the same day each month. In order to help maintain any promotional rates, to avoid the imposition of Default Rates (if applicable), to avoid late fees, and to avoid overlimit fees, we must receive at least the Total Minimum Payment Due by its Payment Due Date. Each cash billing cycle and you must maintain your account balance below your Credit Limit each day.

**Important Information about Payments by Phone**

When using the optional Pay-by-Phone service, you authorize us to initiate an electronic payment from your account at the financial institution you designate. You must authorize the amount and timing of each payment. For your protection, we will ask for security information. A fee may apply. To cancel, call us before the scheduled payment date. Same-day payments cannot be edited or canceled.

**MISCELLANEOUS**

For the complete terms and conditions of your account, consult your Credit Card Agreement. FIA Card Services is a tradename of FIA Card Services, N.A. This account is issued and administered by FIA Card Services, N.A.

**PAYMENTS**

We credit payments as of the date received, if the payment is 1) received by 5 p.m. (Eastern Time), 2) received at the address shown in the bottom left-hand corner of the front of this statement, 3) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order, and 4) sent in the enclosed return envelope with only the bottom portion of this statement accompanying it. Payments received after 5 p.m. on any day (including the Payment Due Date, but that otherwise meet the above requirements) will be credited as of the next day. We will reject payments that are not drawn in U.S. dollars and those drawn on a financial institution located outside of the United States. Credit for any other payments may be delayed up to five days. No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process most payment checks electronically by using the information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you. For more information or to stop the electronic funds transfers, call us at the number listed on the front.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us at least three business days before the automatic payment is scheduled to occur.

If your billing address or contact information has changed, or if your address is incorrect as it appears on this bill, please provide all corrections here.

Address 1 _____
Address 2 _____
City _____
State _____ Zip _____
Area Code & Home Phone _____
Area Code & Work Phone _____

FIA148

**WorldPoints**

Prepared for:   RICHARD A HADSELL

Account Number: ████████ 158

March 2009 Statement
Credit Line:              $5,000.00
Cash or Credit Available:   $3,747.28

### Finance Charge Schedule

| Category | Promotional Transaction Types | Daily Periodic Rate | Corresponding Annual Percentage Rate | APR Type | Balance Subject to Finance Charge |
|---|---|---|---|---|---|
| Balance Transfers | | 0.024384% | 8.90% | S | $0.00 |
| Offer DKN6-VPKTZ | BT, CB | 0.000000% | 0.00% | P | |
| Offer DKN6-VPKT2 | BT, CB | 0.005452% | 1.99% | P | $0.00 |
| Offer DKN6-VPKT3 | BT, CB | 0.005452% | 1.99% | P | $0.00 |
| Cash Advances | | 0.068468% | 24.99% | S | $0.00 |
| Purchases | | 0.024384% | 8.90% | S | $1,108.88 |

Annual Percentage Rate for this Billing Period:                                                                    8.90%
(Includes Periodic Rate Finance Charges and Transaction Fee Finance Charges that results in an APR which exceeds
the Corresponding APR above.)

APR Type Definitions: Promotional Transaction Types: BT = Balance Transfer, CB = Check treated as Balance Transfer; APR Type: S= Standard APR (APR
normally in effect), P= Promotional APR (APR for limited time on eligible transactions)

Page 3 of 6

FIA149

**Consolidate your balances and make just one monthly payment.***

- Create extra cash flow when you transfer balances from higher-rate credit cards.
- Access cash needed when the unexpected occurs.
- Simply deposit these checks into your bank account and use the money as you wish.
- Handle your finances conveniently on one monthly statement.

It's that simple.

1099

RICHARD A HADSELL
1515 E CHASE AVE
EL CAJON CA 92020-8267-158

DATE _____ 02-16 / 311

PAY TO THE ORDER OF _____ V O I D _____ $ [____]

_____ DOLLARS

FIA Card Services, N.A.
Wilmington, Delaware

FOR _____      _____

⑆031100160⑆ ⬛⬛⬛⬛ 9653⑈ 1099

1100

RICHARD A HADSELL
1515 E CHASE AVE
EL CAJON CA 92020-8267-158

DATE _____ 02-16 / 311

PAY TO THE ORDER OF _____ V O I D _____ $ [____]

_____ DOLLARS

FIA Card Services, N.A.
Wilmington, Delaware

FOR _____      _____

⑆031100160⑆ ⬛⬛⬛⬛ 9653⑈ 1100

1101

RICHARD A HADSELL
1515 E CHASE AVE
EL CAJON CA 92020-8267-158

DATE _____ 02-16 / 311

PAY TO THE ORDER OF _____ V O I D _____ $ [____]

_____ DOLLARS

FIA Card Services, N.A.
Wilmington, Delaware

FOR _____      _____

⑆031100160⑆ ⬛⬛⬛⬛ 9653⑈ 1101

### Use these checks to simplify and organize your finances.

The standard transaction fee for each Check Cash Advance is 3% of each transaction (min. $10).
Minimum Finance Charge $1.50.
*See Disclosures on Reverse side.

FIA150



## 4 things you should know about your checks

1) You can use them almost anywhere. The enclosed checks are good at all the same places that accept regular checks.

2) Your checks are good for extra cash. Just write a check out to yourself and cash or deposit it at the bank.

3) They're an easy way to pay for anything. Use your checks to take care of bills, make a big purchase, or cover unexpected expenses.

4) The money comes out of your available credit on your credit card account. So you can buy what you need now, without having to dip into your bank account.

FIA151

**WorldPoints**

Prepared for: RICHARD A HADSELL

Account Number: ████ 1158

February 2009 Statement
Credit Line: $5,000.00
Cash or Credit Available: $4,063.00

**Customer Service**
For information on Your Account Visit
www.bankofamerica.com
Call toll-free 1-800-526-2556
TDD hearing-impaired 1-800-346-3178
Mail Payments to:
BANK OF AMERICA
P.O. BOX 851001
DALLAS, TX 75285-1001
Mail Billing Inquiries to:
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026

## Account Information

**Summary of Transactions**

| | | |
|---|---|---|
| Previous Balance | | $538.90 |
| Payments and Credits | - | $195.00 |
| Balance Transfers | + | $134.50 |
| Purchases and Adjustments | + | $434.00 |
| Periodic Rate Finance Charges | + | $4.60 |
| Transaction Fee Finance Charges | + | $20.00 |
| New Balance Total | | $837.00 |

**Billing Cycle and Payment Information**

| | |
|---|---|
| Days in Billing Cycle | 29 |
| Closing Date | 02/03/09 |
| Payment Due Date | 02/26/09 |
| Current Payment Due | $52.00 |
| Past Due Amount + | $0.00 |
| Total Minimum Payment Due | $52.00 |

## Transactions

| Payments and Credits | Promotional Offer ID | Posting Date | Transaction Date | Reference Number | Account Number | Amount |
|---|---|---|---|---|---|---|
| PROMOTION STATEMENT CREDIT | | 01/21 | 01/21 | 4376 | | 20.00 CR |
| BA ELECTRONIC PAYMENT | | 01/26 | | | | 175.00 CR |
| **Balance Transfers** | | | | | | |
| CHECK         CHECK # 001079 | | 01/15 | 01/12 | 5192 | 1158 | 99.50 |
| BALANCE TRANSFER TRANSACTION FEE | | 01/15 | 01/12 | 5192 | 1158 | 10.00 |
| CHECK         CHECK # 001078 | | 01/20 | 01/14 | 5977 | 1158 | 35.00 |
| BALANCE TRANSFER TRANSACTION FEE | | 01/20 | 01/14 | 5977 | 1158 | 10.00 |
| **Purchases and Adjustments** | | | | | | |
| LATE FEE FOR PAYMENT DUE 01/26 | | 01/26 | 01/25 | 0873 | | 39.00 |
| GROUP M MARKETING, INC 5122635151  TX | | 02/02 | 02/01 | 0126 | 1158 | 395.00 |

```
WORLDPOINTS
395   MONTHLY EARNINGS
  0   BONUS POINTS THIS MONTH
934   POINTS AVAILABLE

WE DID NOT RECEIVE YOUR PAYMENT BY
THE PAYMENT DUE DATE. AS A
RESULT THE FOLLOWING PROMOTIONAL
OFFER(S) WILL NO LONGER BE IN EFFECT
AFTER THE CLOSING DATE SHOWN ON
THIS STATEMENT. OFFER ID(S):
DKH4-VPK73.
```

## Important Information About Your Account

YOUR PAYMENT WAS NOT RECEIVED BY THE DUE DATE.  TO AVOID FUTURE FEES OR RATE
INCREASES, PLEASE MAKE YOUR PAYMENTS ON TIME.  REMEMBER, IF TWICE IN 12 MONTHS
YOUR PAYMENT IS RECEIVED AFTER THE DUE DATE, YOUR APR MAY INCREASE.

04    0009370000052000017500000████████1158

BANK OF AMERICA
P.O. BOX 851001
DALLAS, TX 75285-1001

RICHARD A HADSELL
1515 E CHASE AVE
EL CAJON CA  92020-8267-158



☐ Check here for a change of mailing address or phone number(s).
Please provide all corrections on the reverse side.

**Payment Information**

ACCOUNT NUMBER: ████ 1158

NEW BALANCE TOTAL: $837.00
PAYMENT DUE DATE: 02/26/09

TOTAL MINIMUM PAYMENT DUE
$52.00

Enter Payment Amount Enclosed
$

Mail this payment coupon along with a
check or money order payable to: BANK OF AMERICA

 ⑆5240 22250⑆ ████████ 1158⑈

FIA152

**IMPORTANT INFORMATION ABOUT THIS ACCOUNT**　　　　　　USE211　Rev. 04/08

**CUSTOMER STATEMENT OF DISPUTED ITEM** – Please call toll free 1.866.266.0212 Monday–Thursday 8am–9pm (Eastern Time), Friday 8am–7pm (Eastern Time) and Saturday 8am–6pm (Eastern Time). For prompt service please have the merchant reference number(s) available for the charge(s) in question.

PLEASE DO NOT ALTER WORDING ON THIS FORM AND DO NOT MAIL YOUR LETTER OR FORM WITH YOUR PAYMENT.

Your Name: _____　　　　　　　　　　　Choose only one dispute reason.
Transaction Date: _____　Posting Date: _____
Amount $: _____　Disputed Amount $: _____

Account Number: _____
Reference Number: _____
Merchant Name: _____

☐ 1. The amount of the charge was increased from $_____ to $_____ ... or my sales slip was added incorrectly. Enclosed is a copy of the sales slip that shows the correct amount.

☐ 2. I certify that the charge listed above was made by me or a person authorized by me to use my card, nor were the goods or services represented by the transaction received by me or a person authorized by me.

☐ 3. I have not received the merchandise that was to be shipped to me on ___/___/___ (MM/DD/YY). I have asked the merchant to credit my account.

☐ 4. I was issued a credit slip that was not shown on my statement. A copy of my credit slip is enclosed. The merchant has up to 30 days to credit your account.

☐ 5. Merchandise that was shipped to me has arrived damaged and/or defective. I returned it on ___/___/___ (MM/DD/YY) and asked the merchant to credit my account. Attach a letter describing how the merchandise was damaged and/or defective and a copy of the proof of return.

☐ 6. Although I did engage in the above transaction, I have contacted the merchant, returned the merchandise on ___/___/___ (MM/DD/YY) and requested a credit. I either did not receive this credit or it was issued improperly. Attach a letter explaining why you are disputing this charge with a copy of the proof of return. If you are unable to return the merchandise, please explain.

☐ 7. I certify that the charge in question was a single transaction, but was posted twice to my statement. I did not authorize the second transaction. Sale #1 $_____ / Reference # _____  Sale #2 $_____ / Reference # _____

☐ 8. I cancelled the merchant on ___/___/___ (MM/DD/YY) to cancel the pre-authorized order (reservation). Please note an Expired # and if available, enclose a copy of your contract and a copy of your telephone bill showing date and time of cancellation. Reason for cancellation / cancellation #:

☐ 9. Although I did engage in the above transaction, I have contacted the merchant for credit. The services or merchandise were provided on ___/___/___ (MM/DD/YY) were not satisfactory or were unsatisfactory. Attach a letter describing the services expected, your attempts to resolve with the merchant and a copy of your contract.

☐ 10. I certify that I do not recognize the transaction. Merchant often provides telephone numbers next to their name on your billing statement. Please attempt to contact the merchant for information.

☐ 11. If your dispute is for a different reason, please contact us at the above telephone number.

Signature (required): _____　　Date: _____
Best contact telephone #: _____　　Home #: _____

Billing rights are only preserved by written inquiry. To preserve your billing rights, please return a copy of this form and any supporting information regarding the item(s) in question to: Attn: Billing Inquiries, P.O. Box 15026, Wilmington, DE 19850-5026, USA.

PLEASE SEND THE ORIGINAL FORM AND SEND A COPY OF THIS STATEMENT.

## GRACE PERIOD

"Grace Period" means the period of time during a billing cycle when you will not accrue Periodic Rate Finance Charges on certain transactions or balances. There is no Grace Period for Balance Transfers and Cash Advances. If you pay in full this statement's New Balance Total by its Payment Due Date and if you paid in full this statement's Previous Balance in this statement's billing cycle, then you will have a Grace Period during the billing cycle that begins the day after this statement's Closing Date on the Purchase portions of this statement's New Balance Total.

During a 0% Promotional Rate Offer: If no Periodic Rate Finance Charges accrue on balances with the 0% Promotional Rate and 2) you must pay the Total Minimum Payment Due by its Payment Due Date (and avoid any other "promotion turned event" as defined in your Credit Card Agreement) to maintain the 0% Promotional Rate.

** If a corresponding Annual Percentage Rate in the Finance Charge Schedule on the front of this statement contains a "***" symbol, then with respect to those balances: 1) the 0% Promotional Rate will expire at the end of the next billing cycle, and 2) you must pay this statement's New Balance Total by its Payment Due Date to avoid Periodic Rate Finance Charges after the end of the 0% Promotional Rate Offer on those balances existing as of the Closing Date of this statement.

## CALCULATION OF BALANCES SUBJECT TO FINANCE CHARGE

Average Balance Method (including new Balance Transfers and new Cash Advances): We calculate separate Balances Subject to Finance Charge for Balance Transfers, Cash Advances, and for each Promotional Offer balance consisting of Balance Transfers or Cash Advances. We do this by: (1) calculating a daily balance for each day in this statement's billing cycle; (2) calculating a daily balance for each day prior to this statement's billing cycle that had a "Pre-Cycle balance" – a Pre-Cycle balance is a Balance Transfer or Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Balance Transfers, new Cash Advances and and Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle balance, we take the beginning balance attributable solely to Pre-Cycle balances (which will be zero in the transaction date of the Pre-Cycle balance), add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, and add only the applicable Pre-Cycle balances, and their related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

Average Daily Balance Method (excluding new Purchases): We calculate separate Balances Subject to Finance Charge for Purchases and for each Promotional Offer balance consisting of Purchases. We do this by: (1) calculating a daily balance for each day in the billing cycle; (2) adding all the daily balances together; and (3) dividing the sum of the daily balances by the number of days in the billing cycle.

## PAYMENTS

We credit payments as of the date received, if the payment is 1) received by 5 p.m. (Eastern Time), 2) received at the address shown in the bottom left-hand corner of the front of this statement, 3) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order, and 4) sent in the enclosed return envelope with only the bottom portion of this statement accompanying it. Payments received after 5 p.m. on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. We will reject payments that are not drawn in U.S. dollars and those drawn on a financial institution located outside of the United States. Credit for any other payments may be delayed up to five days. No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process your payment checks electronically by using the information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you. For more information or to stop the payment, checks transfers, call us at the number listed on this form.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us at least three business days before the automatic payment is scheduled to occur.

## TOTAL PERIODIC RATE FINANCE CHARGE COMPUTATION

Periodic Rate Finance Charges accrue and are compounded on a daily basis. To determine the Periodic Rate Finance Charge, we multiply each Balance Subject to Finance Charge by its applicable Daily Periodic Rate and that result by the number of days in the billing cycle. To determine the total Periodic Rate Finance Charge for the billing cycle, we add the Periodic Rate Finance Charges together. Each Daily Periodic Rate is calculated by dividing its corresponding Annual Percentage Rate by 365.

## HOW WE ALLOCATE YOUR PAYMENTS

We will allocate your payments in the manner we determine. In most instances, we will allocate your payments to balances (including transactions made after this statement) with lower APRs before balances with higher APRs. This will result in balances with lower APRs (such as new balances with promotional APR offers) being paid before any other existing balances.

## Payment Due Dates and Keeping Your Account in Good Standing

Your Payment Due Date will not fall on the same day each month. In order to help maintain any promotional rates, to avoid the imposition of Default Rates (if applicable), to avoid late fees, and to avoid overlimit fees, we must receive at least the Total Minimum Payment Due by its Payment Due Date each billing cycle and you must maintain your account balance below your Credit Limit each day.

## Important Information about Payments by Phone

When using the optional Pay-by-Phone service, you authorize us to initiate an electronic payment from your account at the financial institution you designate. You must authorize the amount and timing of each payment. For your protection, we hold for security information. A fee may apply. If cancel, call us before the scheduled payment date. Same-day payments cannot be edited or canceled.

## MISCELLANEOUS

For the complete terms and conditions of your account, consult your Credit Card Agreement. FIA Card Services is a trademark of FIA Card Services, N.A. This account is issued and administered by FIA Card Services, N.A.

---

If your billing address or contact information has changed, or if your address is incorrect as it appears on this bill, please provide all corrections here:

Address 1 _____
Address 2 _____
City _____
State _____ Zip _____
Area Code & Home Phone _____
Area Code & Work Phone _____

Page 2 of 6

FIA153

**WorldPoints**

Prepared for:   RICHARD A HADSELL

Account Number: ▬▬▬▬1158

February 2009 Statement
Credit Line:                          $5,000.00
Cash or Credit Available:    $4,063.00

## Important Information About Your Account Continued

PAY YOUR BILL QUICKLY WITH THE PAY BY PHONE SERVICE. CALL 1-888-297-9258 TO
USE THE AUTOMATED SERVICE OR DISCUSS OTHER PAYMENT OPTIONS.

MAKE BUDGETING AND TAX PREPARATION EASIER WITH THE 2008 YEAR-END SUMMARY.
ORDER THIS DETAILED SPENDING SUMMARY BY CALLING 1-866-491-1148.

REGISTER WITH ONLINE BANKING TO RECEIVE MERCHANT DISCOUNTS UP TO 20%
WWW.BANKOFAMERICA.COM/DISCOUNTS

## Finance Charge Schedule

| Category | Promotional Transaction Types | Daily Periodic Rate | Corresponding Annual Percentage Rate | APR Type | Balance Subject to Finance Charge |
|---|---|---|---|---|---|
| Balance Transfers | | 0.024384% | 8.90% | S | $68.26 |
| Offer DKN8-VPKT3 | BT, CB | 0.005452% | 1.99% | P | $0.00 |
| Cash Advances | | 0.068468% | 24.99% | S | $0.00 |
| Purchases | | 0.024384% | 8.90% | S | $582.49 |

Annual Percentage Rate for this Billing Period:
(Includes Periodic Rate Finance Charges and Transaction Fee Finance Charges that results in an APR which exceeds
the Corresponding APR above.)                                                                                   41.17%

APR Type Definitions: Promotional Transaction Types: BT = Balance Transfer, CB = Check treated as Balance Transfer; APR Type: S= Standard APR (APR
normally in effect), P= Promotional APR (APR for limited time on eligible transactions)

Page 3 of 6

FIA154

**Consolidate your balances and make just one monthly payment.***

- **Create extra cash flow** when you transfer balances from higher-rate credit cards.
- **Access cash needed when** the unexpected occurs.
- **Simply deposit these checks into your bank** account and use the money as you wish.
- **Handle your finances** conveniently on one monthly statement.

**It's that simple.**

1090

RICHARD A HADSELL
1515 E CHASE AVE
EL CAJON CA  92020-8267-158

DATE _____

PAY TO THE
ORDER OF _____ V O I D _____ $ _____

_____ DOLLARS

FIA Card Services, N.A.
Wilmington, Delaware

FOR _____

⑈⑈0 3 1 1 0 0 1 6 0⑈⑈ ▓▓▓▓▓▓▓ 9 6 5 3⑈⑈ 1 0 9 0

1091

RICHARD A HADSELL
1515 E CHASE AVE
EL CAJON CA  92020-8267-158

DATE _____

PAY TO THE
ORDER OF _____ V O I D _____ $ _____

_____ DOLLARS

FIA Card Services, N.A.
Wilmington, Delaware

FOR _____

⑈⑈0 3 1 1 0 0 1 6 0⑈⑈ ▓▓▓▓▓▓▓ 9 6 5 3⑈⑈ 1 0 9 1

1092

RICHARD A HADSELL
1515 E CHASE AVE
EL CAJON CA  92020-8267-158

DATE _____

PAY TO THE
ORDER OF _____ V O I D _____ $ _____

_____ DOLLARS

FIA Card Services, N.A.
Wilmington, Delaware

FOR _____

⑈⑈0 3 1 1 0 0 1 6 0⑈⑈ ▓▓▓▓▓▓▓ 9 6 5 3⑈⑈ 1 0 9 2

**Use these checks to simplify and organize your finances.**
The standard transaction fee for each Check Cash Advance is 3% of each transaction (min. $10).
Minimum Finance Charge $1.50.
*See Disclosures on Reverse side.

Page 5 of 6

FIA155



# 4 things you should know about your checks

1) You can use them almost anywhere. The enclosed checks are good at all the same places that accept regular checks.

2) Your checks are good for extra cash. Just write a check out to yourself and cash or deposit it at the bank.

3) They're an easy way to pay for anything. Use your checks to take care of bills, make a big purchase, or cover unexpected expenses.

4) The money comes out of your available credit on your credit card account. So you can buy what you need now, without having to dip into your bank account.

FIA156

Prepared for:   RICHARD A HADSELL

Account Number: ████████1158

January 2009 Statement
Credit Line:              $5,000.00
Cash or Credit Available:  $4,461.10

**WorldPoints** 

**Customer Service**
For Information on Your Account Visit
www.bankofamerica.com
Call toll-free 1-800-826-2558
TDD hearing-impaired 1-800-346-3178
Mail Payments to:
BANK OF AMERICA
P.O. BOX 851001
DALLAS, TX 75285-1001
Mail Billing Inquiries to:
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026

## Account Information

### Summary of Transactions

| | | |
|---|---|---|
| Previous Balance | | $0.00 |
| Payments and Credits | - | $0.00 |
| Purchases and Adjustments | + | $538.90 |
| Periodic Rate Finance Charges | + | $0.00 |
| Transaction Fee Finance Charges | + | $0.00 |
| New Balance Total | | $538.90 |

### Billing Cycle and Payment Information

| | |
|---|---|
| Days in Billing Cycle | 34 |
| Closing Date | 01/05/09 |
| Payment Due Date | 01/25/09 |
| Current Payment Due | $15.00 |
| Past Due Amount  + | $0.00 |
| Total Minimum Payment Due | **$ 15.00** |

## Transactions

| Purchases and Adjustments | Promotional Offer ID | Posting Date | Transaction Date | Reference Number | Account Number | Amount |
|---|---|---|---|---|---|---|
| WEBROOT SOFTWARE, INC. 8007728883  CO | | 12/03 | 12/02 | 6482 | 1158 | 18.95 |
| CLEARVIEW EYE  LASER SAN DIEGO  CA | | 12/20 | 12/18 | 0026 | 1158 | 300.00 |
| CLKBANK COM_8NEHNOSQ  800-390-6035 ID | | 01/05 | 01/04 | 4956 | 1158 | 149.00 |
| CLKBANK COM_XDEHNQ4Q  800-390-6035 ID | | 01/05 | 01/04 | 4804 | 1158 | 69.95 |

WORLDPOINTS
539   MONTHLY EARNINGS
0     BONUS POINTS THIS MONTH
539   POINTS AVAILABLE

## Important Information About Your Account

PAY YOUR BILL QUICKLY WITH THE PAY BY PHONE SERVICE. CALL 1-866-297-9258 TO
USE THE AUTOMATED SERVICE OR DISCUSS OTHER PAYMENT OPTIONS.

RESERVE YOUR 2008 YEAR-END SUMMARY TODAY. CALL 1-888-461-1146 BY 1-30-09 AND
YOU WILL BE MAILED A DETAILED SPENDING SUMMARY BY 2-13-09.

REGISTER WITH ONLINE BANKING TO RECEIVE MERCHANT DISCOUNTS UP TO 20%
WWW.BANKOFAMERICA.COM/DISCOUNTS

LEARN HOW TO USE YOUR MASTERCARD CARD TO PAY ALL YOUR MONTHLY BILLS
WWW.MASTERCARD.COM/BILLPAY

04    00053890000015000000000000000████████1158

BANK OF AMERICA
P.O. BOX 851001
DALLAS, TX 75285-1001

RICHARD A HADSELL
1515 E CHASE AVE
EL CAJON CA  92020-8267-158

☐ Check here for a change of mailing address or phone number(s).
Please provide all corrections on the reverse side.

**Payment Information**

ACCOUNT NUMBER: ████████1158

NEW BALANCE TOTAL: $538.90
PAYMENT DUE DATE:  01/25/09

TOTAL MINIMUM
PAYMENT DUE
$15.00

Enter Payment Amount Enclosed
$

Mail this payment coupon along with a
check or money order payable to: BANK OF AMERICA

Page 1 of 6



⑆524022250⑆ ████████1158⑈

FIA157

**IMPORTANT INFORMATION ABOUT THIS ACCOUNT**  USE211  Rev. 04/08

**CUSTOMER STATEMENT OF DISPUTED ITEM** – *Please call toll free 1.866.266.0212 Monday-Thursday 8am-9pm (Eastern Time), Friday 8am-7pm (Eastern Time) and Saturday 8am-6pm (Eastern Time). For prompt service please have the merchant reference number(s) available for the charge(s) in question.*

PLEASE DO NOT ALTER WORDING ON THIS FORM AND DO NOT MAIL YOUR LETTER OR FORM WITH YOUR PAYMENT.

Your Name: _____  Routing Date: _____
Transaction Date: _____  Disputed Amount $: _____
Amount $: _____

Account Number: _____
Reference Number: _____
Merchant Number: _____

Choose only one dispute reason.

☐ 1. The amount of the charge was increased from $_____ to $_____ or my sales slip was added incorrectly. Enclosed is a copy of the sales slip that shows the correct amount.

☐ 2. I certify that the charge listed above was not made by me or a person authorized by me to use my card, nor were the goods or services represented by the transaction received by me or a person authorized by me.

☐ 3. I have not received the merchandise that was to be shipped to me on ___/___/___ (MM/DD/YY). I have asked the merchant to credit my account.

☐ 4. I was issued a credit slip that was not shown on my statement. A copy of my credit slip is enclosed. The merchant has up to 30 days to credit your account.

☐ 5. Merchandise that was shipped to me has arrived damaged and/or defective. I returned it on ___/___/___ (MM/DD/YY) and asked the merchant to credit my account. Attach a letter describing how the merchandise was damaged and/or defective and a copy of the proof of return.

☐ 6. Although I did engage in the above transaction, I have contacted the merchant, returned the merchandise on ___/___/___ (MM/DD/YY) and requested a credit. I either did not receive the credit or it was not necessary. Attach a letter explaining why you are disputing this charge with a copy of the proof of return. If you are unable to return the merchandise, please explain.

☐ 7. I certify that the charge in question was a single transaction, but was posted twice to my statement. Reference # $_____. Reference # $_____.  Sale #1 $_____. Sale #2 $_____.

☐ 8. I notified the merchant on ___/___/___ (MM/DD/YY) to cancel the preauthorized order/reservation. Please note cancellation # and if available, enclose a copy of your contract and a copy of your telephone bill showing date and time of cancellation. Reserve cancellation / cancellation #:

☐ 9. Although I did engage in the above transaction, I have contacted the merchant for credit. The service to be provided on ___/___/___ (MM/DD/YY) was not received or was unsatisfactory. Attach a letter describing the services expected, your attempts to resolve with the merchant and a copy of your contract.

☐ 10. I certify that I do not recognize the transaction. Merchants often provide additional information which may help to identify the transaction.

☐ 11. If your dispute is for a different reason, please contact us at the above telephone number.

Signature (required): _____  Date: _____
Best contact telephone #: _____  Home#: _____

Billing rights are only preserved by written inquiry. To preserve your billing rights, please return a copy of this form and any supporting information regarding the merchant charge in question to: Attn: Billing Inquiries, P.O. Box 15026, Wilmington, DE 19850-5026, USA.

PLEASE KEEP THE ORIGINAL FOR YOUR RECORDS AND SEND A COPY OF THIS STATEMENT.

### GRACE PERIOD

"Grace Period" means the period of time during a billing cycle when you will not accrue Periodic Rate Finance Charges on certain transactions or balances. There is no Grace Period for Balance Transfers and Cash Advances. If you pay in full this statement's New Balance Total by its Payment Due Date and if you paid in full this statement's Previous Balance in this statement's billing cycle, then you will have a Grace Period during the billing cycle that began the day after this statement's Closing Date on the Purchase portions of this statement's New Balance Total.

During a 0% Promotional Rate Offer: 1) no Periodic Rate Finance Charges accrue on balances with the 0% Promotional Rate and 2) you must pay the Total Minimum Payment Due by its Payment Due Date (and avoid any other "promotion turn-off event" as defined in your Credit Card Agreement) to maintain the 0% Promotional Rate.

• If a corresponding Annual Percentage Rate in the Finance Charge Schedule on the front of this statement contains a "****" symbol, then with respect to those balances: 1) the 0% Promotional Rate will expire at the end of the next billing cycle, and 2) you must pay this statement's New Balance Total by its Payment Due Date to avoid Periodic Rate Finance Charges after the end of the 0% Promotional Rate Offer on those balances existing as of the Closing Date of this statement.

### CALCULATION OF BALANCES SUBJECT TO FINANCE CHARGE

Average Balance Method (including new Balance Transfers and new Cash Advances): We calculate separate Balances Subject to Finance Charge for Balance Transfers, Cash Advances, and for each Promotional Offer balance consisting of Balance Transfers or Cash Advances. We divide by: (1) calculating a daily balance for each day in this statement's billing cycle; (2) calculating a daily balance for each day prior to this statement's billing cycle that had a "Pre-Cycle balance" – a Pre-Cycle balance is a Balance Transfer or Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Balance Transfers, new Cash Advances and new Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero, we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle balance, we take the beginning balance attributable solely to Pre-Cycle balances (which will be zero on the transaction date of the first Pre-Cycle balance), add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Pre-Cycle balances, and add related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

Average Daily Balance Method (including new Balance Transfers): We calculate separate Balances Subject to Finance Charge for Purchases and for each Promotional Offer balance consisting of Purchases. We do this by: (1) calculating a daily balance for each day in the billing cycle; (2) adding all the daily balances together; and (3) dividing the sum of the daily balances by the number of days in the billing cycle.

### PAYMENTS

We credit payments as of the date received, if the payment is 1) received by 5 p.m. (Eastern Time), 2) received at the address shown in the bottom left-hand corner of the front of this statement, 3) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order, and 4) sent in the enclosed return envelope with only the bottom portion of this statement accompanying it. Payments received after 5 p.m. on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. We will reject payments that are not drawn in U.S. dollars and those drawn on a financial institution located outside of the United States. Credit for any other payments may be delayed up to five days. No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process most payment checks electronically by using the information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you. For more information or to stop the electronic funds transfers, call us at the number listed on the front.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us at least three business days before the automatic payment is scheduled to occur.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Purchases, new Account Fees, and new Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero, we treat it as zero. If the Previous Balance shown on this statement was paid in full in this statement's billing cycle, then on the day after that payment in full date, we exclude from the beginning balance new Purchases, new Account Fees, and new Transaction Fees which posted on or before that payment in full date, and we do not add new Purchases, new Account Fees, or new Transaction Fees paid in full which post after that payment in full date.

We include the costs for the credit card debt cancellation plan or credit insurance purchased through us in calculating the beginning balance for the first day of the billing cycle after the billing cycle in which such costs were billed.

### TOTAL PERIODIC RATE FINANCE CHARGE COMPUTATION

Periodic Rate Finance Charges accrue and are compounded on a daily basis. To determine the Periodic Rate Finance Charges, we multiply each Balance Subject to Finance Charge by its applicable Daily Periodic Rate and then result by the number of days in the billing cycle. To determine the total Periodic Rate Finance Charge for the billing cycle, we add the Periodic Rate Finance Charges together. Each Daily Periodic Rate is calculated by dividing its corresponding Annual Percentage Rate by 365.

### HOW WE ALLOCATE YOUR PAYMENTS

We will allocate your payments in the manner we determine. In most instances, we will allocate your payments to balances (including transactions made after this statement) with lower APRs before balances with higher APRs. This will result in balances with lower APRs (such as new balances with promotional APR offers) being paid before any other existing balances.

**Payment Due Dates and Keeping Your Account in Good Standing**

Your Payment Due Date will we fall on the same day each month. In order to help maintain any promotional rates, to avoid the imposition of Default Rates (if applicable), to avoid late fees, and to avoid over-limit fees, we must receive at least the Total Minimum Payment Due by its Payment Due Date each billing cycle and you must maintain your account balance below your Credit Limit each day.

**Important Information about Payments by Phone**

When using the optional Pay-by-Phone service, you authorize us to initiate an electronic payment from your account at the financial institution you designate. You must authorize the amount and timing of each payment. For your protection, we will ask for security information. A fee may apply. To cancel, call us before the scheduled payment date. Same-day payments cannot be edited or canceled.

### MISCELLANEOUS

For the complete terms and conditions of your account, consult your Credit Card Agreement. FIA Card Services is a trademark of FIA Card Services, N.A. This account is issued and administered by FIA Card Services, N.A.

If your billing address or contact information has changed, or if your address is incorrect as it appears on this bill, please provide all corrections here.

Address 1 _____
Address 2 _____
City _____
State _____  Zip _____
Area Code & Home Phone _____
Area Code & Work Phone _____

FIA158



| Prepared for: | RICHARD A HADSELL | | January 2009 Statement | |
|---|---|---|---|---|
| Account Number: | ▮▮▮▮158 | | Credit Line: | $5,000.00 |
| | | | Cash or Credit Available: | $4,481.10 |

## Finance Charge Schedule

| Category | Promotional Transaction Types | Daily Periodic Rate | Corresponding Annual Percentage Rate | APR Type | Balance Subject to Finance Charge |
|---|---|---|---|---|---|
| Balance Transfers | | 0.024384% | 8.90% | S | $0.00 |
| Offer DKN8-VPKTX | BT, CB, DB | 0.0000000% | 0.00% | P | $0.00 |
| Offer DKN8-VPKTZ | BT, CB | 0.0000000% | 0.00% | P | $0.00 |
| Offer DKN6-VPKT2 | BT, CB | 0.005452% | 1.99% | P | $0.00 |
| Cash Advances | | 0.068466% | 24.99% | S | $0.00 |
| Purchases | | 0.024384% | 8.90% | S | $0.00 |

**Annual Percentage Rate for this Billing Period:**
(Includes Periodic Rate Finance Charges and Transaction Fee Finance Charges that results in an APR which exceeds the Corresponding APR above.)

See Corresponding Annual Percentage Rate Above

APR Type Definitions: Promotional Transaction Types: BT = Balance Transfer, CB = Check treated as Balance Transfer, DB = Direct Deposit treated as Balance Transfer; APR Type: S= Standard APR (APR normally in effect), P= Promotional APR (APR for limited time on eligible transactions)

FIA159

Extend your low 1.99% promotional APR on each eligible Balance Transfer and Check Cash Advance bearing Offer ID DKN6-VPKT2 through your statement Closing Date in September 2009 when an eligible transaction posts to your account by your statement Closing Date in February 2009.*

- Create extra cash flow when you transfer balances from higher-rate credit cards.
- Access cash needed when the unexpected occurs.
- Simply deposit these checks into your bank account and use the money as you wish.
- Handle your finances conveniently on one monthly statement.

**It's that simple.**
If you prefer, call **1-888-515-3308** or visit **bankofamerica.com/easybt** to complete a balance transfer.

---

1081

RICHARD A HADSELL
1515 E CHASE AVE
EL CAJON CA 92020-8267-158

DATE _____ 03-16
Offer ID DKN6-VPKT2      311

PAY TO THE
ORDER OF     V O I D                    $

FIA Card Services, N.A.
Wilmington, Delaware                                         DOLLARS

FOR _____

⑆031100160⑆           9653⑈ 1081

---

1082

RICHARD A HADSELL
1515 E CHASE AVE
EL CAJON CA 92020-8267-158

DATE _____ 03-16
Offer ID DKN6-VPKT2      311

PAY TO THE
ORDER OF     V O I D                    $

FIA Card Services, N.A.
Wilmington, Delaware                                         DOLLARS

FOR _____

⑆031100160⑆           9653⑈ 1082

---

1083

RICHARD A HADSELL
1515 E CHASE AVE
EL CAJON CA 92020-8267-158

DATE _____ 03-16
Offer ID DKN6-VPKT2      311

PAY TO THE
ORDER OF     V O I D                    $

FIA Card Services, N.A.
Wilmington, Delaware                                         DOLLARS

FOR _____

⑆031100160⑆           9653⑈ 1083

---

* Promotional Offer ID DKN6-VPKT2:

The Promotional APR for these Balance Transfers and Check Cash Advances bearing this Offer ID is a corresponding ANNUAL PERCENTAGE RATE of 1.99%. This Promotional Offer will apply to eligible transactions posting to your account until this Promotional Offer ends on your statement Closing Date in September 2009, if an eligible transaction posts to your account by your statement Closing Date in February 2009. If an eligible transaction does not post to your account by your statement Closing Date in February 2009, then this Promotional Offer will end on your statement Closing Date in February 2009. Check Cash Advances which get this Promotional Offer will post to your account as Balance Transfers. If you pay late, then as of the first day of the billing cycle in which that occurs, the promotional offer will end. When a Promotional Offer ends, its Promotional Rates will terminate. Any Balance Transfer or Check Cash Advance balance subject to that Promotional Rate will return to the Balance Transfer Standard Rate or Default Rate as applicable. Non-promotional Check Cash Advances are subject to the Cash Advance Standard Rate or Default Rate as applicable. See enclosed billing statement for the current rates.

The standard transaction fee for each Balance Transfer and Check Cash Advance is 3% of each transaction (min. $10).
Minimum Finance Charge $1.50.
*See Disclosures on Reverse side.







# 4 things you should know about your checks

1) You can use them almost anywhere. The enclosed checks are good at all the same places that accept regular checks.

2) Your checks are good for extra cash. Just write a check out to yourself and cash or deposit it at the bank.

3) They're an easy way to pay for anything. Use your checks to take care of bills, make a big purchase, or cover unexpected expenses.

4) The money comes out of your available credit on your credit card account. So you can buy what you need now, without having to dip into your bank account.

* Balance Transfers and Check Cash Advances are processed in accordance with the terms of your Credit Card Agreement ("Agreement") and are subject to account status, delinquency, and credit availability. There is no grace period for Balance Transfers or Cash Advances. Finance Charges accrue from the transaction date. The transaction date for each access check is the date you or the person to whom the check is made payable first deposits or cashes the check.

The Average Balance Method (including new Balance Transfers and new Cash Advances) as described in your Agreement (and on your billing statement) is used to compute your balance subject to finance charge for Balance Transfers, Cash Advances, and Promotional Offer balances consisting of Balance Transfers and Cash Advances.

You may not use a Balance Transfer or Check Cash Advance or any other Cash Advance, to make a payment on this or any other account issued by FIA Card Services, N.A. Use of these checks as repayment will result in a Returned Payment Fee as described in your Agreement.

All Balance Transfer and Cash Advance transactions may be subject to transaction fees in accordance with the terms of your Agreement. See your Agreement for any other applicable transaction fees.

Promotional Annual Percentage Rate (APR) offers are subject to credit availability and account status.

Non-promotional APRs are subject to change in accordance with the terms of your Agreement, as may be amended (including APR amendments, if any, accompanying this billing statement). These changes may increase your non-promotional APRs. If you have not paid your account since receiving any APR increase notification sent to you, use of your Account (including use of any access checks) will result in the new APR being applied to your account. In addition, we may increase the APRs on your account up to the Default Rate without giving you notice. For additional APR information, please refer to the Finance Charge Schedule located on the front of your current billing statement and in your Agreement.

World MasterCard and Visa Signature credit card accounts: Balance Transfers and Cash Advances are subject to authorization by FIA Card Services, N.A. and may be limited to the value of your available revolving line. All credit card accounts other than World MasterCard and Visa Signature credit card accounts: Borrowing the full amount of your available credit may result in an overlimit fee, if applicable.

We will allocate payments to balances (including new transactions) with lower APRs before balances with higher APRs.

This credit card program is issued and administered by FIA Card Services, N.A.

American Express is a federally registered service mark of American Express, and is used pursuant to a license. MasterCard and World MasterCard are registered trademarks of MasterCard International, Incorporated and are used pursuant to license. Visa and Visa Signature are registered trademarks of Visa International Service Association, and are used pursuant to license from Visa U.S.A., Inc.

Platinum Plus, WorldPoints, and Quantum are registered trademarks of FIA Card Services, N.A.

©2008 FIA Card Services, N.A.    D-31-SST