# EXHIBIT H

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA


RICHARD A. HADSELL,

           Plaintiff,

    vs.                       CASE NO. 12CV0235L RBB

MANDARICH LAW GROUP, LLP and
CACH, LLC,

           Defendants.

_____


VIDEOTAPED DEPOSITION OF RICHARD HADSELL

San Diego, California

September 27, 2012


Reported by:
Cheryl M. Collins
CSR No. 9512

Job No. 10003512

```
 1                    UNITED STATES DISTRICT COURT

 2                   SOUTHERN DISTRICT OF CALIFORNIA

 3

 4     RICHARD A. HADSELL,

 5               Plaintiff,
          vs.                        CASE NO. 12CV0235L RBB
 6
       MANDARICH LAW GROUP, LLP and
 7     CACH, LLC,

 8               Defendants.
       _____

 9

10

11

12

13

14

15

16

17

18

19

20

21          Videotaped Deposition of RICHARD HADSELL, taken on

22     behalf of Defendants at 701 B Street, Suite 1115, San Diego,

23     California, beginning at 10:01 a.m. and ending at 11:45 a.m.

24     on Thursday, September 27, 2012, before Cheryl M. Collins,

25     Certified Shorthand Reporter No. 9512.
```

```
1    APPEARANCES:

2

3        For Plaintiff:

4            HYDE & SWIGART
             BY:  ROBERT L. HYDE, ESQ.
5            411 Camino Del Rio South, Suite 301
             San Diego, California 92108
6            619.233.7770
             619.297.1022 Fax
7            bob@westcoastlitigation.com

8            -and-

9            KAZEROUNI LAW GROUP, APC
             BY:  ABBAS KAZEROUNI, ESQ.
10           2700 North Main Street, Suite 1000
             Santa Ana, California 92705
11           800.400.6808
             800.520.5523 Fax
12           ak@kazlg.com

13

14       For Defendants:

15           MESSER & STILP, LTD.
             BY:  NICOLE STRICKLER, ESQ.
16           166 West Washington, Suite 300
             Chicago, Illinois 60602
17           312.334.3442
             312.334.3434 Fax
18           strickler@messerstilp.com

19       Also Present:

20           COLLETTE STARK - VIDEOGRAPHER

21           MARY HART

22

23

24

25
```

1   A. No.

2   Q. Okay. Do you have any idea whether it was in the

3 last year?

4   A. No.

5   Q. Do you have any idea whether if it was in the year

6 2011 at all?

7   A. No.

8   Q. Do you believe it was in 2010?

9   A. Possibly.

10   Q. Possibly. Do you remember what the content of

11 communication you received was?

12   A. Not in totality.

13   Q. Okay. Can you tell me what you remember?

14   A. They're basically stating that I owe a debt and I

15 have a total amount due, and I disagreed with both of those

16 statements in their letter stating the amount or that I had

17 owed a debt, period.

18   Q. Okay. Now, this was a letter; correct?

19   A. Yes.

20   Q. Was there any other letters that you received?

21   MR. HYDE: From Mandarich?

22 BY MS. STRICKLER:

23   Q. From Mandarich Law Group.

24   A. Yes.

25   Q. Do you remember the approximate time frame that you

1    you to assume anything that she tells you is factual.  The

2    fact that she says it was 2010 does not mean it was 2010.

3    Okay?  We want you to go by what you actually know.

4                THE WITNESS:  I honestly don't recall.

5    BY MS. STRICKLER:

6        Q.   Okay.  Now, at any point did you send Mandarich Law

7    Group any correspondence?

8        A.   Yes.

9        Q.   Do you recall when you sent that correspondence?

10       A.   No.

11       Q.   Do you recall what the content of that of that

12   correspondence was?

13       A.   Something to the effect of, "Stop contacting me.

14   Stop writing me letters.  Stop phone-calling me.  Stop

15   putting me on the computer-generated caller list and leaving

16   messages on my phone.  And that I do not owe this debt."

17       Q.   Do you recall the exact words that you used or is

18   that just kind of your summation?

19       A.   It's the best of my memory at this time.

20       Q.   Okay.  And you don't recall when you sent that

21   correspondence?

22       A.   No.

23       Q.   Do you know the address that you sent it to?

24       A.   No.

25       Q.   Do you know or do you have any -- I guess, strike

1    that.

2              Did you send it certified?

3    A.   No.

4    Q.   How did you transmit it?

5    A.   Through the United States Postal Service.

6    Q.   Okay.  So just regular mail?

7    A.   Yes.

8    Q.   Okay.  Did you ever receive it returned?

9    A.   No.

10   Q.   Okay.  Did you ever get any indication from

11   Mandarich Law Group that they receive it?

12   A.   Not really.

13   Q.   Okay.  Have you filed for bankruptcy?

14   A.   Yes.

15   Q.   When?

16   A.   I don't remember.

17   Q.   Can you give me an approximate time frame?  Do you

18   know if it was in the last year?

19   A.   35 years ago.

20   Q.   Okay.  So just one time?

21   A.   Yes.

22   Q.   Did you do so in California?

23   A.   Yes.

24   Q.   Have you ever filed a lawsuit prior to this one?

25   A.   No.

1     A.   Yes.

2     Q.   Did you have checks?

3     A.   Yes.

4     Q.   Did you write checks?

5     A.   Yes.

6     Q.   Was that the method that you used to pay bills?

7     A.   Yes.

8     Q.   You know how people have their preferences.

9     Do you recall the account number on that bank

10   account?

11    A.   No.

12    Q.   You've had a chance to review Exhibit 3, and I know

13  in this Exhibit 3 there are copies of two checks; correct?

14    A.   Yes.

15    Q.   Did you write those checks?

16    A.   Yes.

17    Q.   So are these, to the best of your knowledge, true

18  and accurate copies of checks by you to Bank of America?

19    A.   Yes.

20    Q.   What were those for?

21    A.   It appears to make a payment to Bank of America,

22  not World Points.

23    Q.   Okay.  What's the account -- I'm sorry.  I'll go

24  back to the first page.

25    What's the account number, if you can see one?

1    A.    On what?   The Wachovia account?

2    Q.    No, not the Wachovia account.   Just the first page

3    of what I gave you.

4         If you look at it, it has 5466330999 at the top

5    written in handwriting.   If you look down to the right in

6    the middle of the page, it has an account number.   What's

7    that number?

8    A.    Do you want me to read it?

9    Q.    Yep, sure do.

10    A.    5466 3300 1268 1158.

11    Q.    Okay.   Let's go back to Exhibit 2 now.

12         Do you see an account number on that statement?

13    A.    Yes.

14    Q.    What's that account number?

15    A.    It's the same number.

16    Q.    Same number.   Do you think they're the same

17    accounts?

18    A.    It appears so.

19    Q.    So we'll just go book to the last two pages of

20    Exhibit 3.

21         Would you agree, same account number?

22    A.    Yes.

23    Q.    And this last page of this check, is that another

24    check that you wrote to Bank of America --

25    A.    Yes.

1    Q.   -- to pay on that account?

2    A.   Yes.

3    Q.   And this account that you're paying on, that these

4   checks were written on, did you ever pay the full balance of

5   that account?

6    A.   No.

7    Q.   Did you ever document any of the collection

8   attempts that were made by Mandarich Law Group?  In other

9   words, did you keep any notes or anything?

10    A.   No.

11    MS. STRICKLER:  I think I'm done.  Why don't you

12  just give me like a minute.  We can just go off the record

13  for a sec.

14    THE VIDEOGRAPHER:  The time is 11:22 a.m.  We are

15  off the record.

16    (Recess taken)

17    THE VIDEOGRAPHER:  The time is 11:35 a.m.  We are

18  back on the record.

19  BY MS. STRICKLER:

20    Q.   Just a couple more follow-up questions for you.

21    Do you know if your wife Maria was remarried after

22  you two divorced?

23    A.   Yes.

24    Q.   Is her husband's name George Cortez?

25    A.   Yes.

5466330999349340

Amount: $200.00
Account: 5466330012681158
Bank Number:

Sequence Number: 4086020189
Capture Date: 05/26/2009
Check Number: 0



Exh: 3
Wit: *Hadsell*

04    0047407900007400000038000005466330012681158

BANK OF AMERICA
P.O. BOX 851001
DALLAS, TX 75285-1001

88 0508   N 154 488 33568 31627 H001 AV 0.324
RICHARD A HADSELL
1515 E CHASE AVE
EL CAJON CA 92020-8267-156

☐ Check here for a change of mailing address or phone number(s).
Please provide all corrections on the reverse side.



**Payment Information**

ACCOUNT NUMBER:   5466 3300 1268 1158

NEW BALANCE TOTAL: $4,740.79
PAYMENT DUE DATE:  05/28/09

TOTAL MINIMUM
PAYMENT DUE
*Enter Payment Amount Enclosed*

$200.00

*Mail this payment coupon along with a*
*check or money order payable to: BANK OF AMERICA*



⑆52402225⑆ ᛁ555001268ᛁ158⑈

**PAYMENTS**
We credit payments as of the date received, if the payment is 1) received by 5 p.m. (Eastern Time), 2) received at the address shown in the bottom left-hand corner of the front of this statement, 3) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order, and 4) sent in the enclosed return envelope with only the bottom portion of this statement accompanying it. Payments received after 5 p.m. on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. We will reject payments that are not drawn in U.S. dollars and those drawn on a financial institution located outside of the United States. Credit for any other payments may be delayed up to five days. No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process most payment checks electronically by using the information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you. For more information or to stop the electronic funds transfers, call us at the number listed on the front.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us at least three business days before the automatic payment is scheduled to occur.

If your billing address or contact information has changed, or if your address is incorrect as it appears on this bill, please provide all corrections here.

Address 1 _____

Address 2 _____

City _____

State _____ Zip _____

Area Code &
Home Phone _____

Area Code &
Work Phone _____

Amount:        $200.00
Account:       1010212899425
Bank Number:   12228717

Sequence Number:  4086020190
Capture Date:     05/26/2009
Check Number:     1008

RICHARD A HADSELL
1515 E CHASE AVE
EL CAJON, CA 92020

1008

90-8717/1222
BRANCH 35050

May 19, 09   Date

Pay to the
order of    Bank of America                    $ 200 oo/xx

two thousand oo/xx                              Dollars

WACHOVIA
Wachovia Bank, N.A.
wachovia.com

For _____

⑇622287170⑇ 1010212899425⑇ 1008

0001 408602 05262009 01 190
95-54663300126811158 NBK52LJ 1 408602
FOR DEPOSIT ONLY TO FIA CARD SERVICES NA
>031100160< NBK52LJ

Amount:        $88.00
Account:       5466330012681158
Bank Number:

Sequence Number:   4045450075
Capture Date:      08/17/2009
Check Number:      0

04     004950180000880000021200005466330012681158

BANK OF AMERICA
P.O. BOX 051001
DALLAS, TX 75285-1001

88 0906   N 215 363 2589   12381 0001 AT 0.357
RICHARD A HADSELL
1515 E CHASE AVE
EL CAJON CA 92020-8267



☐ Check here for a change of mailing address or phone number(s).
Please provide all corrections on the reverse side.

**Payment Information**

ACCOUNT NUMBER:   5466 3300 1268 1158

NEW BALANCE TOTAL: $4,950.18
PAYMENT DUE DATE:  08/28/09

TOTAL MINIMUM
PAYMENT DUE
$88.00

Enter Payment Amount Enclosed
$ 88.00

Mail this payment coupon along with a
check or money order payable to: BANK OF AMERICA



⑆524022250⑆  ⑈5550012681158⑈

PAYMENTS

We credit payments as of the date received, if the payment is 1) received by 5 p.m. (Eastern Time), 2) received at the address shown in the bottom left-hand corner of the front of this statement, 3) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order, and 4) sent in the enclosed return envelope with only the bottom portion of this statement accompanying it. Payments received after 5 p.m. on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. We will reject payments that are not drawn in U.S. dollars and those drawn on a financial institution located outside of the United States. Credit for any other payments may be delayed up to five days. No payment shall operate as an account and satisfaction without the prior written approval of one of our Senior Officers.

We process most payment checks electronically by using the information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you. For more information or to stop the electronic funds transfers, call us at the number listed on the front.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us at least three business days before the automatic payment is scheduled to occur.

If your billing address or contact information has changed, or if your address is incorrect as it appears on this bill, please provide all corrections here.

Address 1 _____

Address 2 _____

City _____

State _____  Zip _____

Area Code &
Home Phone _____

Area Code &
Work Phone _____

Amount:        $88.00
Account:       1010212899425
Bank Number:   12228717

Sequence Number:   4045450076
Capture Date:      08/17/2009
Check Number:      1017

**RICHARD A HADSELL**
1515 E CHASE AVE
EL CAJON, CA 92020

**1017**
90-8717/1222
BRANCH 33050

AUG 13, 09    Date

Pay to the
order of     BANK OF AMERICA     | $ 88 00/xx

Eighty Eight 00/xx     ———————— Dollars

**WACHOVIA**
Wachovia Bank, N.A.
wachovia.com

For _____

⑆122287170⑆ 1010212899425⑆ 1017

0001 404545 08172009 01 076
38 5466330012681158 NBKLB7Y 1 404545
FOR DEPOSIT ONLY TC FIA CARD SERVICES NA
>031100160< NBKLB7Y

1          DECLARATION UNDER PENALTY OF PERJURY

2

3          I declare under penalty of perjury under the laws

4     of the State of California and the United States of America

5     that the foregoing is true and correct.

6     Subscribed at_____, California, this

7     _____day of_____, 2012.

8

9

10

11

12

13                              _____

14                                   RICHARD HADSELL

15

16

17

18

19

20

21

22

23

24

25

1                        REPORTER'S CERTIFICATION

2

3          I, Cheryl M. Collins, Certified Shorthand Reporter

4    No. 9512, State of California, do hereby certify:

5          That said proceedings were taken at the time and

6    place therein named and were reported by me in shorthand and

7    transcribed by means of computer-aided transcription, and

8    that the foregoing is a full, complete, and true record of

9    said proceedings.

10         And I further certify that I am a disinterested

11   person and am in no way interested in the outcome of said

12   action, or connected with or related to any of the parties

13   in said action, or to their respective counsel.

14         The dismantling, unsealing, or unbinding of the

15   original transcript will render the reporter's certificate

16   null and void.

17         IN WITNESS WHEREOF, I have hereunto set my hand

18   this 8th day of October 2012.

19

20

21        _Cheryl M Collins_

22                            Cheryl M. Collins, CSR No. 9512

23

24

25